# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| INTERVARSITY CHRISTIAN FELLOWSHIP/USA, *et. al.*, | Case No. 3:19-cv-10375<br>Hon. Robert H. Cleland |
| *Plaintiffs*, | |
| v. | |
| BOARD OF GOVERNORS OF WAYNE STATE UNIVERSITY, *et. al.*, | |
| *Defendants*. | |

## EX PARTE MOTION FOR LEAVE TO FILE EXHIBITS IN THE TRADITIONAL MANNER

Defendants Board of Governors of Wayne State University, Roy Wilson, Sandra Hughes O'Brien, Michael Busuito, Mark Gaffney, Marilyn Kelly, Dana Thompson, Bryan C. Barnhill II, Anil Kumar, Shirley Stancato, David Strauss, and Ricardo Villarosa (collectively, the "Wayne State Defendants"), by and through their counsel Honigman LLP, seek leave of this Court to file certain exhibits to their Motion for Summary Judgment in the traditional manner.

Exhibits 21 and 36 to the Wayne State Defendants' Motion for Summary Judgment cannot be submitted electronically through the court's CM/ECF system because Exhibits 21 and 36 are multi-column, multi-row Excel spreadsheets that cannot be legibly converted to PDF.

Exhibits 21 and 36 will be submitted to the clerk of the Court on a single USB flash drive with the following file names:

- Ex 21 - 2016-2018 Student Organization Spreadsheet
- Ex. 36 - July 2018-May 2020 Student Organization Spreadsheet

For the foregoing reasons, the Wayne State Defendants respectfully request that this Court grant the leave sought in this motion. The Wayne State Defendants request entry of the order by text only order.

        Respectfully submitted,

    HONIGMAN LLP

    By: /s/ Andrew M. Pauwels
        J. Michael Huget (P39150)
        Leonard M. Niehoff (P36695)
        Andrew M. Pauwels (P79167)
        Rian C. Dawson (P81187)
        Honigman LLP
        315 E. Eisenhower, Suite 100
        Ann Arbor, Michigan 48108
        (734) 418-4200
        mhuget@honigman.com
        lniehoff@honigman.com
        apauwels@honigman.com
        rdawson@honigman.com

*Attorneys for Defendants Board of Governors of Wayne State University, Roy Wilson, Sandra Hughes O'Brien, Michael Busuito, Mark Gaffney, Marilyn Kelly, Dana Thompson, Bryan C. Barnhill II, Anil Kumar, Shirley Stancato, David Strauss, and Ricardo Villarosa*

Dated: October 21, 2020

## **CERTIFICATE OF SERVICE**

This is to certify that on October 21, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record.

By: /s/ Andrew M. Pauwels
J. Michael Huget (P39150)
Leonard M. Niehoff (P36695)
Andrew M. Pauwels (P79167)
Rian C. Dawson (P81187)
Honigman LLP
315 E. Eisenhower, Suite 100
Ann Arbor, Michigan 48108
(734) 418-4200
mhuget@honigman.com
lniehoff@honigman.com
apauwels@honigman.com
rdawson@honigman.com

*Attorneys for Defendants Board of Governors of Wayne State University, Roy Wilson, Sandra Hughes O'Brien, Michael Busuito, Mark Gaffney, Marilyn Kelly, Dana Thompson, Bryan C. Barnhill II, Anil Kumar, Shirley Stancato, David Strauss, and Ricardo Villarosa*

36634235.1