# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| INTERVARSITY CHRISTIAN FELLOWSHIP/USA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BOARD OF GOVERNORS OF WAYNE STATE UNIVERSITY, *et al.*, <br><br> *Defendants*. | Civil Action No. 3:19-cv-10375-RHC-SDD <br><br> Judge Robert H. Cleland <br><br> **FACT APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND PERMANENT INJUNCTION** |

Paul C. Schultz
Mitzel Law Group PLC
1590 Eisenhower Pl.
Ann Arbor, MI 48108-3284
(734) 668-4100 phone
*pschultz@mitzellaw.com*

Daniel H. Blomberg
Eric S. Baxter
Lori Windham
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Suite 700
Washington, DC, 20036
(202) 955-0095 phone
(202) 955-0090 fax
*dblomberg@becketlaw.org*
*ebaxter@becketlaw.org*

*Counsel for Plaintiffs*

# Index of Exhibits

| Exhibit | Description |
|---|---|
| A | Ann Beyerlein Declaration |
| A1 | History of InterVarsity Christian Fellowship (IVCF) |
| A2 | Purpose of IVCF |
| B | Daniel Blomberg Declaration |
| B1 | 2018-2019 RSO Registrations Spreadsheet* |
| B2 | 2018-2019 RSO New Registrations V1 Spreadsheet* |
| B3 | 2018-2019 RSO New Registrations V2 Spreadsheet* |
| B4 | 2018-2019 RSO Existing Registration Spreadsheet* |
| B5 | 2019-2020 Existing Club Sports Spreadsheet* |
| B6 | 2019-2020 Existing Fraternities and Sororities Spreadsheet* |
| B7 | 2019-2020 Existing RSO Spreadsheet* |
| B8 | 2019-2020 New RSO Spreadsheet* |
| B9 | Defs' 1-21-2020 Answers to Plfs' First Set of Interrogs. |
| B10 | Defs' 3-19-2020 Amend. Resp. to Plfs' First Set of Interrogs. |
| B11 | Defs' 5-1-2020 Amend. Resp. to Interrog. 12 |
| B12 | Defs' 9-19-2020 Second Amended Response and Objections |
| B13 | WSU Webpage Re: How to Re-register a Student Organization |
| B14 | WSU Webpage Re: Statistics on WSU Fraternities and Sororities |
| B15 | WSU Webpages Re: DOSO and the RSO Program |
| B16 | Various WSU RSO Constitutions |

---

* Exhibits marked with an asterisk have been filed by leave in the traditional manner.

| | |
|---|---|
| **B17** | Email Regarding WSU Cancellations of IVCF Meeting-Space |
| **B18** | Correspondence Between IVCF & WSU, 12-2017 and 01-2018 |
| **B19** | WSU Info Re: WSU Scholarships and Women's Programs |
| **B20** | WSU Info Re: Veteran Resource Center, Women's Programs |
| **B21** | Flyers Distributed by IVCF at WSU to Advertise Activities |
| **B22** | Information Re: WSU Scholarships |
| **B23** | Email from Tom Lin, IVCF Pres., to Louis Lessem, WSU GC |
| **B24** | WSU Student Organization Rosters from 1937-1949 |
| **B25** | Alexandra Fluegel, *WSU Christian Group Reinstated After Suing for Discrimination*, Detroit Metro Times (March 9, 2018) |
| **B26** | Ann Zaniewski, *Wayne State University Re-certifies Christian Student Group InterVarsity*, Detroit Free Press (March 8, 2018) |
| **B27** | IYSSE Statement of Principles |
| | |
| **C** | Ricardo Villarosa Deposition |
| **C1** | WSU Student Organization Resources Webpage (Dep. Ex. 2) |
| **C2** | WSU Student Veterans Organization Constitution (Dep. Ex. 3) |
| **C3** | OrgSync RSO Reg. Spreadsheet* (Dep. Ex. 5) |
| **C4** | 2018-2019 School Year RSO Reg. Submissions* (Dep. Ex. 6) |
| **C5** | WSU Non-Discrim./Affirmative Action Policy (Dep. Ex. 7) |
| **C6** | WSU Women's Resources Webpage (Dep. Ex. 8) |
| **C7** | WSU Fraternity and Sorority Webpage (Dep. Ex. 10) |
| **C8** | Spring 2017 Rejected InterVarsity Constitution (Dep. Ex. 12) |
| **C9** | Fall 2017 Rejected InterVarsity Constitution (Dep. Ex. 13) |
| **C10** | WSU Ass't GC Sarah A. Luke Letter (Dep. Ex. 16) |
| **C11** | Letter from IVCF President Tom Lin to WSU (Dep. Ex. 17) |

3

| | |
|---|---|
| **D** | David Strauss Deposition |
| **E** | Ryan Mitchell Deposition |
| **F** | Ann Beyerlein Deposition |
| **G** | Cristina Garza Declaration (with Exhibits 1-4) |
| **H** | Douglas LaRowe Declaration |