# EXHIBIT D



Deposition of:
# David Strauss

*August 13, 2020*

In the Matter of:

# IVCF v. Wayne State University

Veritext Legal Solutions
800-734-5292 | calendar-dmv@veritext.com |

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE EASTERN DISTRICT OF MICHIGAN

3      - - - - - - - - - - - - - - - x

4      INTERVARSITY CHRISTIAN          :

5      FELLOWSHIP/USA, et al.,          :

6                      Plaintiffs,     :

7          vs.                     : Civil Action No.

8      BOARD OF GOVERNORS OF WAYNE    : 2:19-cv-10375

9      STATE UNIVERSITY, et al.,       :

10                     Defendants.     :

11     - - - - - - - - - - - - - - - x

12        VIRTUAL 30(b)(6) and PERSONAL DEPOSITION OF:

13       WAYNE STATE UNIVERSITY and DAVID J. STRAUSS

14                GIVEN BY DAVID J. STRAUSS

15     DATE:          Thursday, August 13, 2020

16     TIME:          9:04 a.m.

17     LOCATION:      Remote Proceedings

18     REPORTED BY:   Denise M. Brunet, RPR

19                    Reporter/Notary

20               Veritext Legal Solutions

21            1250 Eye Street, N.W., Suite 350

22                 Washington, D.C.  20005

Page 2

1   A P P E A R A N C E S

2

3   On behalf of the Plaintiffs:

4       LORI H. WINDHAM, ESQUIRE

5       DANIEL H. BLOMBERG, ESQUIRE

6       GABY GONZALEZ-ARAIZA, ESQUIRE

7       CHRISTOPHER MILLS, ESQUIRE

8       The Becket Fund for Religious Liberty

9       1200 New Hampshire Avenue, Northwest

10      Suite 700

11      Washington, D.C.  20036

12      (202) 955-0095

13      lwindham@becketlaw.org

14

15  On behalf of the Defendants:

16      ANDREW M. PAUWELS, ESQUIRE

17      Honigman, LLP

18      660 Woodward Avenue, Suite 2290

19      Detroit, Michigan  48226

20      (313) 465-7290

21      apauwels@honigman.com

22  (Appearances continued on the next page.)

Page 3

1   APPEARANCES (continued):

2

3   ALSO PRESENT:  Thomas Cavalier

4       Hilary Boerger

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22  (All parties appearing remotely.)

Page 4

1   C O N T E N T S

2   EXAMINATION BY:                    PAGE:

3   Counsel for Plaintiffs          5

4   Counsel for Defendants          195

5

6   DEPOSITION EXHIBITS:               PAGE:

7   1 - Defendants' responses and objections to

8       plaintiffs' notice of deposition      9

9   2 - Letter from Luke to Garza dated 10/23/17 72

10  3 - E-mail from Lin to Wilson dated 11/27/17 74

11  4 - Letter from Lin to Wilson dated 11/27/17 75

12  5 - Spreadsheet Bates stamped WSU006642      96

13  6 - E-mail chain Bates stamped WSU005401

14      through 03                  109

15  7 - E-mail chain Bates stamped WSU005404

16      through 06                  112

17  8 - WSU non-discrimination/affirmative

18      action policy               128

19  9 - Defendants' responses and objections

20      to plaintiffs' first set of

21      interrogatories             145

22      (*Exhibits attached to the transcript.)

Page 5

1   P R O C E E D I N G S

2   WHEREUPON,

3           DAVID J. STRAUSS,

4   called as a witness, and having been remotely

5   sworn by the notary public, was examined and

6   testified as follows:

7       EXAMINATION BY COUNSEL FOR PLAINTIFFS

8   BY MS. WINDHAM:

9       Q   Good morning, Mr. Strauss.

10      A   Good morning.

11      Q   I'm Lori Windham and I am attorney for

12  plaintiffs in InterVarsity v. Wayne State.  Do you

13  prefer I call you Mr. Strauss, Dr. Strauss, Dean

14  Strauss?

15      A   David.  It doesn't matter.  The only --

16  that's fine.  My wife always laughs when people

17  call the phone and ask for Dr. Strauss.  Whatever

18  you're comfortable with.

19      Q   Thank you.  I will try and remember

20  Dr. Strauss.  I might slip into Mr. Strauss.

21      MS. WINDHAM:  I will -- I'll actually ask

22  to start -- we had this in the notice, asking

2 (Pages 2 - 5)

Page 6

1  counsel for all parties to stipulate on the record
2  their consent to this manner of deposition, their
3  waiver of any objection to this manner of
4  deposition, including any objection to the
5  admissibility at trial of this testimony based on
6  this manner of deposition.  And I will so
7  stipulate for plaintiffs.
8       MR. PAUWELS:  Andrew Pauwels on behalf of
9  defendants and Dr. Strauss.  So stipulated as
10  well.
11      MS. WINDHAM:  Thank you.
12  BY MS. WINDHAM:
13   Q   So just to get started, Dr. Strauss, some
14  ground rules.  Please provide verbal answers, yes
15  or no, not shaking head, huh-uh, uh-huh.  If you
16  run into trouble with technology, which as we all
17  know, has been common in recent days, if you have
18  trouble with a poor correction or if you have
19  trouble with seeing exhibits, hearing me, please
20  let us know.
21      If you need to take a break, please let
22  me know.  I know we have a break coming up about

Page 7

1  10:00.
2       Please do not communicate with anyone
3  about this deposition other than counsel, court
4  reporter or me during the deposition.  If you need
5  to make a call or otherwise respond, please let me
6  know.
7       And do not review any documents during
8  this deposition other than the exhibits that I am
9  going to share with you via Exhibit Share.  If you
10  need to review another document or writing for
11  some reason, please let me know.
12   A   I'm going to just turn off my -- put my
13  phone on silent.
14   Q   Thank you.
15   A   Okay.
16   Q   I'll check mine as well.
17      All right.  Can you please state your
18  name for the record.
19   A   My name is David Strauss.
20   Q   And do you understand that you're under
21  the same oath today as you would be if you were
22  testifying in a courtroom?

Page 8

1   A   Yes.
2   Q   And is there anything that would prevent
3  you from thinking clearly or testifying truthfully
4  today?
5   A   No.
6   Q   I'm going to assume that you understand
7  my question unless you tell me otherwise and ask
8  me a question about it.  Is that fair?
9   A   Yes.
10   Q   Have you ever been deposed before?
11   A   Yes.
12   Q   How many times?
13   A   Once.
14   Q   And was that relevant to your work at
15  Wayne State?
16   A   Yes.
17   Q   And was it a litigation that you were
18  involved in as a party or witness with Wayne
19  State?
20   A   I don't remember the details of the case.
21   Q   About how long ago was it?
22   A   I don't remember.

Page 9

1   Q   So in addition to your personal
2  deposition today, we also have you designated as a
3  witness on behalf of Wayne State.  So I'm just
4  going to show you -- it's actually not the notice.
5  It's your attorney's responses.  And I'm putting
6  that into the Exhibit Share folder right now as
7  Exhibit 1.  Are you able to see that?
8       (Deposition Exhibit Number 1 was marked
9  for identification.)
10      MR. PAUWELS:  You may need to refresh.
11      THE WITNESS:  Here it is.  Is it -- is it
12  called responses and objections to notice?
13  BY MS. WINDHAM:
14   Q   Yes, that's it.
15   A   Yes, it's a PDF.
16   Q   Yes.
17   A   Yes, I do see that.  Should I open it?
18   Q   Yes, please.
19   A   Okay.  Got it.  I'm just -- if you see me
20  looking this direction, I have two screens so
21  you're on this screen and the materials are on my
22  other screen.

3 (Pages 6 - 9)

1    Q   Got it. So I'm looking at page 3 of that
2  PDF.
3    A   Yes.
4    Q   And it shows that you are designated to
5  testify regarding topic 1.
6    A   Yes.
7    Q   And if you go down to page 4, do you see
8  that you are designated to testify with regard to
9  some portions of topic 2?
10   A   Yes.
11   Q   Okay. Thank you. Let me ask if you
12  reviewed any documents to prepare for the
13  deposition today.
14   A   No.
15   Q   So I want to ask you some questions about
16  your background and current position. What is
17  your current job title?
18   A   Dean of students.
19   Q   And how long have you been in that
20  position with Wayne State?
21   A   18-1/2 years. January of 2002.
22   Q   And what did you do before that?

1    A   Prior to coming to Wayne State, I worked
2  at the Ohio State University for 11 years.
3    Q   And what was your position there?
4    A   I had several.
5    Q   And what were those?
6    A   From 1991 to 1994, I was the coordinator
7  of Greek life. And then from 1994 till 2002, I
8  had various positions in the university honors
9  program, and then it became the university honors
10  and scholars program. So I began as a program
11  assistant and left as associate director.
12   Q   How many people are in the dean of
13  students' office at Wayne State?
14   A   Full time or part time or all?
15   Q   Let's start with full time.
16   A   Including myself, 11.
17   Q   And what about part time?
18   A   Eight student assistants. So the
19  part-timers are students for an on-campus job.
20   Q   And do -- so going to the full time for a
21  moment, do all of them report directly to you?
22   A   Yes.

1    Q   And for the part-time student assistants,
2  do all of them report directly to you?
3    A   No.
4    Q   Who do they report to?
5    A   Four of them report to our coordinator
6  of -- it's our -- warrior life coordinator is her
7  title. So four of them report to the warrior life
8  coordinator. One of them reports to our associate
9  director for student life marketing. One of them
10  reports to our coordinator for student life
11  wellness.
12       And one of them reports to the office of
13  economic development, but we pay half her salary
14  and she resides in our office because she's the
15  transportation ambassador, so she engages with
16  students and -- we're in the student center.
17   Q   So --
18   A   I'm sorry. Then there's one more that I
19  forgot. And we have one more -- Daniel, who now
20  got shifted to work up front. So he's with our
21  coordinator -- warrior life coordinator.
22   Q   And what does the warrior life

1  coordinator do?
2    A   She is the manager of our front office
3  which is our -- where students come in when they
4  need support. And then she assists us with our
5  student basic needs programs, our care reports,
6  our food pantry, our -- what we call student life
7  basic needs services. Our wellness initiative.
8    Q   And your warrior life coordinator, what
9  is her name?
10   A   Her name is Christina, C-H-R-I-S-T-I-N-A,
11  and her last name is Neal, N-E-A-L.
12   Q   And does she report directly to you?
13   A   Yes.
14   Q   And you mentioned a marketing director?
15   A   We have an associate director for student
16  life marketing.
17   Q   And does that person report directly to
18  you?
19   A   Yes.
20   Q   And you also mentioned a wellness
21  coordinator?
22   A   Yeah. Coordinator of student life

4 (Pages 10 - 13)

Page 14

1  wellness.
2  Q   And does that person report directly to
3  you?
4  A   Yes.
5  Q   And then you mentioned the economic
6  development department. Is that somebody -- is
7  that within the dean of students' office or is
8  that a separate office?
9  A   That's under the office of economic
10  development, under the vice president for economic
11  development.
12  Q   So the student who reports to them is the
13  only person in your office who does not report to
14  you either directly or indirectly?
15  A   It depends on how you define
16  "indirectly."
17  Q   So when I say indirectly, I mean they
18  report to an intermediate person who then reports
19  to you?
20  A   No, that's not correct. So they reside
21  in the office. I know the student. They ask me
22  for advice. But I have no -- I have no

Page 15

1  supervisory authority.
2  Q   So other than that student, does everyone
3  in the dean of students' office either report to
4  you or report to somebody who then reports to you?
5  A   Yes, that's correct.
6  Q   So I'm going to ask you some questions --
7  a lot of questions about student organizations.
8  And just so that we understand each other, when I
9  use the word "registered student organizations,"
10  or RSOs, I'm talking about student organizations
11  that are registered. I'm including in that Greek
12  groups and club sports. Do you understand that
13  characterization?
14  A   Yes.
15  Q   I'll sometimes --
16  MR. PAUWELS: Lori, do you mind if I
17  interrupt for -- I'm sorry to interrupt the train
18  of thought, but can we -- just to clarify the
19  record, is this the 30(b)(6) portion of the
20  deposition? I assume so because you showed him
21  the notice, but I just wanted to make sure that
22  the record was clear.

Page 16

1  MS. WINDHAM: This is actually the
2  personal part of his deposition. I'm going to ask
3  him some things about his personal
4  responsibilities regarding his office and student
5  organizations.
6  MR. PAUWELS: Understood. All right.
7  Thank you.
8  BY MS. WINDHAM:
9  Q   So with regard to -- we got the -- stick
10  with the understanding with regard to student
11  organizations. As I'm going, I'll also ask some
12  questions about organizations that are applying
13  for registered staff as to student organizations.
14  I think that will be clear from my questions, but
15  if it's not, please let me know.
16  So what is your office's -- the dean of
17  students office's role with regard to student
18  organizations?
19  A   We are the office that is designated with
20  the responsibility for student organizations and
21  registering student organizations.
22  Q   And who designates you with that

Page 17

1  responsibility?
2  A   The university.
3  Q   And who at the university does that or
4  makes that designation?
5  A   Well, I -- I am part of the office of the
6  provost. It's been that way since before I got
7  here.
8  Q   And so you mentioned registering student
9  organizations. What other responsibilities does
10  your office have in addition to registering
11  student organizations?
12  A   I'm sorry. There was a hiccup there.
13  Can you say that again?
14  Q   You mentioned registering student
15  organizations. What other responsibilities with
16  regard to student organizations does your office
17  have?
18  A   Okay. We are the office that is
19  responsible for the student code of conduct, and
20  student organizations do fall under the student
21  code of conduct which is the university policy for
22  rights and responsibilities.

5 (Pages 14 - 17)

1       We have a student activity funding board
2   which allocates funds to student organizations
3   that they apply for.
4       That's all.  You know, we have student
5   organization fairs and those types of things, but
6   that's...
7   Q   So does your office organize or host --
8   you mentioned student organization fairs and that
9   sort of thing.  Does your office organize or host
10  events for student organizations?
11  A   We organize events for students and we
12  are having a two-hour -- what we call an advance.
13  We don't call retreats retreats, because
14  retreating is going backwards; we call it advance
15  because they're going forward.  But I can't credit
16  that to -- I took that from my last institution.
17      But -- so we're doing that to help them
18  prepare for the fall.
19  Q   And who is attending that advance?
20  A   We invited all registered student
21  organizations.  It's not required.  It's optional.
22  Q   And would it be just the leaders or

1   designated representatives of those organizations
2   or would it be everybody who is involved in those
3   organizations?
4   A   Anyone who is involved is welcome to
5   attend.
6   Q   And is that something that you do every
7   year?
8   A   No.  It's the first year we did it
9   because of the unusual circumstances of fall and
10  that we -- you know, usually, students just come
11  in our office and we see them, we talk to them and
12  we attend their meetings.  But the unusual
13  circumstances that we're not -- this fall we're
14  not permitted to have any in-person provost
15  meetings, events or activities.  No one on campus
16  is allowed in.  In fact, yesterday our division --
17  our conference just canceled all fall sports for
18  fall semester.  So this is a way just to connect
19  with students.
20  Q   And so is this going to be a virtual
21  event?
22  A   Yes.  It's a two-hour event on Zoom next

1   week.
2   Q   Is that taking the place of something
3   that you'd normally host or do with student
4   organizations?
5   A   No.  No.
6   Q   I know you -- I know you often have
7   Festifall in the fall.  Is that going forward this
8   year?
9   A   It's going to be virtual, September 1st.
10  Q   And what is the purpose of Festifall?
11  A   Festifall is a -- I'll give you a quick
12  history.  So the day before classes start, we have
13  a program called orientation -- well, the two days
14  before classes start, we have a program called
15  orientation part 2 for all new students, all
16  first-year -- what we call FTIAC, first time in
17  any college.  And it's a welcome back.  And there
18  are student success sessions from the academic
19  success center.  There's a big spirit activity.
20  That's on day one.  We do a Title IX education as
21  part of our federal compliance and state
22  compliance related to sexual misconduct.

1       And then the next day we do what's called
2   a convocation with the president, a formal
3   welcome.  And then we have Festifall, which is a
4   big picnic and a big fair with student
5   organizations and university departments, meet the
6   deans of the colleges.  Families are -- family
7   members are invited as well.  And it's just a way
8   to learn about getting involved on campus.  And
9   any registered student organization is able to
10  have a table.  And it's very fun.  And we're very
11  disappointed that we can't have it this year, but
12  we're doing it virtually.  And we have a good
13  product that we're using to do that.  And students
14  have already begun -- student organizations have
15  already begun signing up for it.  We put out the
16  information.
17  Q   And I understand you have something
18  similar to that in January where student
19  organizations can sign up for tables?
20  A   Uh-huh.  Called Winterfest that we do
21  usually the -- depending on the calendar, usually
22  the last week of January.

Page 22

1  Q  And is that similar in setup to
2  Festifall?  What's the difference?  I'm assuming
3  you'll have to move it inside given it's in
4  January.
5      A  Yeah, we do it inside, and the difference
6  is that we only do student organizations.  So
7  Festifall has university departments and
8  university units, but --
9      THE REPORTER:  I'm sorry.  Departments
10  and...
11      THE WITNESS:  University units, so
12  parking, computing, English department, et cetera.
13  But the Winterfest is only for student orgs.
14  BY MS. WINDHAM:
15  Q  And -- sorry, I'm just checking my notes
16  here.
17      So in addition to Festifall and
18  Winterfest, what other -- what other programs or
19  events do you organize that student organizations
20  participate in?
21  A  So we also have student organizations
22  day.  And student organizations day is always the

Page 23

1  Wednesday of the first full week of classes.  And
2  the reason I say the first full week is because we
3  start before Labor Day, and then Labor Day is a
4  Monday, so we don't have a full week there.  So
5  that next week we have student organizations day.
6  This year we're actually pushing it back a couple
7  of weeks to the fourth week; we're converting our
8  homecoming week into a spirit week, and another
9  way for students to get involved on campus,
10  because as our sports have been cancelled, we're
11  going to try and still have a spirited week.
12  Q  And what other -- so how does -- how does
13  the student organizations day differ from
14  something like Festifall or Winterfest?
15  A  It doesn't.  It's the same thing.  Info
16  tables.
17  Q  And what other -- I'm describing it as a
18  benefit; I realize you may disagree --
19      THE REPORTER:  I'm sorry.  Could you
20  repeat that, please.
21      MS. WINDHAM:  Sorry.
22  BY MS. WINDHAM:

Page 24

1  Q  I was about to describe that as a
2  benefit.  I don't know if you'll agree with that
3  characterization.  I was going to say, what other
4  benefits or opportunities does your office make
5  available for student organizations?
6  A  They can apply for funds for programs,
7  events, activities that happen on campus from a
8  board that we call the student activity funding
9  board, which is a nine-student board where they
10  apply for funds to put on events.
11  Q  And what other opportunities or benefits
12  are available?
13  A  From our office?
14  Q  Yes.
15  A  Just those.  Other than, you know,
16  informal -- if they have a question, they can come
17  ask us for help.  That's not required -- you know,
18  we're there for them as student affairs
19  professionals to assist them if they have
20  questions, issues, problems, need help.
21  Q  And you mentioned the student activities
22  funding board.  How are the students selected for

Page 25

1  that board?
2  A  They apply.  And then we have a committee
3  of folks from my staff and folks from other staffs
4  that select them.
5  Q  And what exactly is the student
6  activities funding board's responsibilities?
7  A  So a student organization will make
8  application for funding for an event.  And the
9  board reviews that funding request and says -- you
10  know, approves or -- approves, alters, or doesn't
11  approve the request.
12      The supply of money is less than the
13  demand for money.  So there is that application
14  process.  Every university has some type of a
15  funding board.  We just call ours student activity
16  funding board.
17  Q  And you said student organizations can
18  apply.  Is that limited to registered student
19  organizations?
20  A  Yeah.  Yes.  It's a benefit of being an
21  RSO, yes.
22  Q  And the -- so the student activities

Page 26

1  funding board -- from your earlier question [sic]
2  I take it that not every request is funded?
3     A   That is correct.
4     Q   And if there is -- well, let me ask, how
5  does the board decide which activities to fund?
6  Do they have criteria that they use?
7     A   They do.  They do.  They have a criteria.
8  They -- so students apply.  They have to -- the
9  form asks the organization, what is this doing --
10  what will this do for student life on campus?  How
11  does this support the mission of the university?
12  What is your -- what are the outcomes?  What are
13  your learning outcomes?
14        And then they review that.  They review
15  the -- they do some sort of a -- you know, the
16  evaluation of the cost and what is the service,
17  what is the program being offered.  And it is
18  advised by our office.  We're the fiduciary for
19  that money.  It's about $230,000.
20     Q   And then do they vote on whether to fund?
21  How is the decision made?
22     A   They do.  They vote.

Page 27

1     Q   And does your office have the ability to
2  override that decision?
3     A   Yes.  I do.
4     Q   Only you?
5     A   Yes.
6     Q   And how are the -- I know you touched on
7  this earlier.  How are the members of the student
8  activities funding board selected?
9     A   We will -- they apply and -- for their
10  interest in serving on the board, and then there
11  is a selection process.  There are also three
12  members that are appointed by the student
13  government which we call student senate, and then
14  six members who are at-large students from the
15  student population -- from the student community.
16     Q   And those six members, they are appointed
17  by your office?
18     A   Yes.
19     Q   And who in your office is responsible for
20  making those appointments?
21     A   So the advisor to the -- what we call
22  SAFB is Ryan Mitchell.

Page 28

1     Q   And he is the one who makes those
2  appointments?
3     A   He works with a committee that will
4  assemble others from outside the office who are
5  not dean of students office representatives to do
6  interviews if there's -- if there are more
7  students who apply than there are spots.  That's
8  not always the case.
9     Q   And so who makes the ultimate decision on
10  which students to select?
11     A   The group of interviewers.
12     Q   So the committee?
13     A   Uh-huh.
14     Q   Just a moment.
15        We already touched on this a little bit,
16  but I want to ask you, who else on your team has
17  responsibilities with regard to student
18  organizations?
19     A   Ricardo Villarosa.  I guess if you -- I
20  guess I need to know more about -- I mean,
21  everybody -- we're a team, so everybody helps.
22  You know, we don't -- people just don't have their

Page 29

1  rigid lane that they stay in.  We're all helping
2  each other.  So I mean, I could -- if you have
3  more specific questions.
4     Q   So everybody in your office has some
5  responsibility or does some work with regard to
6  student organizations?
7     A   There are those that have a specific
8  responsibility of a task within a registered
9  student organization.  There are others that are
10  here because someone has a question and someone is
11  up front and someone has -- student org walks in
12  with a question.  We have 550 student
13  organizations, so if a student organization walks
14  in with a question, you know, and someone is --
15  who might be responsible for that area isn't --
16  isn't in right at that point, we're going to see
17  if we can assist the student or say, no, you need
18  to come back later for that person.  Depends on
19  what the question is.
20     Q   And so you mentioned Mr. Mitchell.  What
21  are his responsibilities with regard to the
22  student organizations?

8 (Pages 26 - 29)

Page 30

1    A   So his title is the coordinator of
2   student organization programs and fraternity and
3   sorority life.  So his responsibility -- when an
4   organization receives money from the student
5   activity funding board, because it is university
6   money, our office is the fiduciary for that money.
7   So when it comes to contracts, students are not
8   permitted to sign any contracts.  Staff has to
9   do -- I have to do it.
10       So we're there -- Ryan is there to help
11  them with their event, help them with the
12  planning, help them with the financial logistics,
13  an advisor, so that's designated to him.
14       So if -- you know, if a group wanted to
15  have a dance with a DJ, then Ryan would contact
16  the DJ, get the contract.  We have a whole
17  contract process we go through, but that would be
18  his job, because the students can't sign.  I mean,
19  that's an overview.  I could always go and tell
20  you more than you probably want to know about
21  working with student -- with -- with DJs and
22  things like that.

Page 31

1    Q   Who is responsible for reservations and
2   contracts with the student center, for getting
3   space there, setting up events there?
4    A   The student center administration.
5   That's not part of my operation.
6    Q   And you also mentioned Mr. Villarosa.
7   What are --
8    A   Villa.
9    Q   Villarosa.
10   A   Like a house, villa.
11   Q   So Mr. Villarosa, what are his
12  responsibilities with regard to student
13  organizations?
14   A   So he does the -- he is the one that does
15  the registering process.  So when a student
16  organization submits their material, submits their
17  registration, he is the one that reviews that.
18   Q   And does he consult you on those reviews?
19   A   If he has a question, a concern, he does.
20   Q   How frequently would you estimate that
21  that happens?
22   A   Infrequently.

Page 32

1    Q   And who is the ultimate decision-maker
2   for whether a student organization is registered?
3    A   We -- if we have any -- if we have any
4   questions on a -- on a registration, we will
5   consult with the office of general counsel.
6   Ultimately, it would be my authority or -- I mean,
7   it's the provost or his or her designee -- that's
8   me.  But because Mr. Villarosa reports to me, then
9   ultimately it's my responsibility if there's a
10  question.
11       But if there's ever a question, we're
12  consulting with general counsel before we make a
13  final decision.  It depends on what the question
14  is, but -- we are going to err on the side of
15  consulting with general counsel.
16   Q   So the initial decision -- let's say --
17  if there's no questions, the initial decision to
18  register an organization, who would make that
19  decision?
20   A   Oh, Mr. Villarosa.
21   Q   And when there are no questions or
22  issues, would you have any reason to be involved

Page 33

1   in that decision?
2    A   No.
3    Q   And if a question or issue arises, what's
4   the process, then?
5    A   He will consult with me.  We will then
6   collectively determine what we believe a
7   resolution to be.  If we have any trepidation, we
8   will consult with the office of general counsel.
9    Q   Is there anybody you might consult with
10  other than the office of general counsel?
11   A   We will start with the office of general
12  counsel.
13   Q   And -- I'll move on there.
14       Speaking about Mr. Villarosa's authority
15  to do the initial recognition of student
16  organizations, did you delegate that authority to
17  him?
18   A   Yes.  That's part of the position
19  description.
20   Q   And if you wanted to override one of
21  Mr. Villarosa's decisions on student organization
22  recognition, could you do so?

9 (Pages 30 - 33)

Page 34

1   A   Yes.

2   Q   Have you ever done so?

3   A   I don't recall that I have.

4   Q   How often do you personally interact with

5   student organizations or their representatives?

6   A   Can you explain what you mean?

7   Q   If a student organization representative

8   were to come into your office or need some help,

9   would you ever interact with them directly?

10   A   Yes.

11   Q   And about how often would you say that

12   happens?

13   A   In the non-COVID times, almost daily.

14   It's part of my job.  Or I see it as part of my

15   job to be interactive with students and student

16   orgs.

17   Q   And what about going out on campus?  Do

18   you attend events that are hosted by student

19   organizations?

20   A   I do when they -- when they invite me.

21   Sometimes they don't.  Some of them don't want me

22   at their events.  I have the -- I mean, I can stop

Page 35

1   by, and I like to because I like to be visible.  I

2   like to support them.  So I would say, yes.

3        Do I go to every one?  No.  But I do --

4   if they say, will you stop by our event,

5   absolutely.  It's part of the job.  It's part of

6   what you do as a dean.  Or at least what I think

7   we should do.

8   Q   How often would you say you're stopping

9   by at a student organization event?

10   A   At least once a week.  It depends on what

11   else is on my calendar.  Even if it's just to pop

12   in for a minute and say, hi, hope you all are

13   doing okay.

14   Q   Do you ever remember stopping by

15   InterVarsity Christian Fellowship event?

16   A   When they would have, you know -- you

17   know, saying hi -- not to an event.  You know, I

18   may be -- they may be having a gathering in a room

19   and the door is open, and I might say, hi, but --

20   you know, if they're here on my floor.  But other

21   than that, not -- not attending their event, no.

22   Q   How -- what were your -- before this

Page 36

1   litigation started, so going back, you know,

2   before 2018, how often would you say you

3   interacted with InterVarsity Christian Fellowship

4   or their representatives on campus?

5   A   Rarely, if ever.

6   Q   Do you remember who specifically -- do

7   you remember anyone in particular you interacted

8   with?

9   A   You froze on me.  I can hear you, but

10   your video froze, just FYI.

11       No, I don't recall.

12   Q   Do you remember any issues or anything

13   specific, good or bad, with regard to InterVarsity

14   Christian Fellowship before the current

15   controversy started?

16       MR. PAUWELS:  Object to the form.

17   BY MS. WINDHAM:

18   Q   So going back prior to 2018, prior to

19   2017, do you recall any particular interactions

20   with or any particular issues with regard to

21   InterVarsity Christian Fellowship?

22   A   No.

Page 37

1   Q   I just wanted to ask about a couple of

2   other things in your office.  What are warrior

3   pride affinity programs?

4   A   Can you -- can you explain?

5   Q   I just saw it mentioned on the website

6   and was curious.

7   A   Can you refer me to that?  Can you pull

8   it up?

9   Q   I do not have the link, but I will get

10   that for you.

11   A   I'm wondering if you had it -- I would

12   like to see where it was specifically.  That would

13   help me better answer the question.  I mean, I can

14   tell you in a general sense what it is, but I'd

15   prefer that I see where it's being referred from.

16   Q   I'll get that.  I have one other link for

17   the same document.  I will get that and -- so I

18   can upload it for you a little bit later.

19   A   Thank you.  Yeah, we can do it, if you

20   want, when I have to speak to the group.

21   Q   Sounds good.  So I want to ask you a

22   little bit about your recordkeeping for your

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

Page 38

1  office. When did your office switch to OrgSync to
2  track student organization registration?
3      MR. PAUWELS: Object to the form and
4  foundation.
5  BY MS. WINDHAM:
6      Q   At one point you used OrgSync for student
7  organization registration, correct?
8      A   Yes.
9      Q   And when did you start using that
10  program?
11     A   I don't recall the exact date. I can
12  find that information on our financial records of
13  payment, but I don't have it right in my head.
14     Q   Do you have a general time period?
15     A   Yes. Let me do some quick math.
16  Somewhere around 2016. But again, I would prefer
17  to give you an exact date by looking on the -- our
18  electronic record system with the university for
19  financial records.
20     Q   We'll follow up on that. And on --
21  prior -- so prior to -- actually, let me ask you,
22  do you still use OrgSync?

Page 39

1      A   Well, it's -- it's more complicated than
2  a yes/no, but I would -- OrgSync merged with
3  another company and -- we still use the -- in a
4  different iteration, yes.
5      Q   So -- is that --
6      A   Can I explain that? I need to ask if I
7  can -- so OrgSync was a product, and there was a
8  product called CollegiateLink and they were
9  competitors. And CollegiateLink bought OrgSync,
10  and then they merged the two products. And
11  then -- so for a while we were an OrgSync
12  campus -- you were either a CollegiateLink campus
13  or an OrgSync campus. And then they merged
14  everybody together eventually to what's called
15  Engage.
16      So it was just companies buying
17  companies, but the premise of the product was the
18  same.
19     Q   And so do you use Engage now?
20     A   Yes. So the product is now called
21  Engage, but it's -- and then the company got
22  bought out again. So it's -- but it's called

Page 40

1  Engage, is what everybody uses.
2      They phased in the usage of Engage so
3  they didn't switch all their campuses to Engage at
4  once. They -- you're talking about a thousand
5  campuses. So they transitioned it. But it's
6  still been the same web platform product.
7      Q   And so that's what you use for student
8  organization registration?
9      A   Yes.
10     Q   And is that also what you use for
11  communications back and forth with regard to that
12  registration?
13     A   Yes. And e-mail. But yes, because when
14  a student organization goes in, we dialogue with
15  them through the product.
16     Q   And you use e-mail as well sometimes?
17     A   Well, it goes into your e-mail system,
18  the way it works.
19     Q   So when a student organization leader
20  sends a message to your office through -- I'm
21  sorry, I was going to say OrgSync, but that's not
22  the current name.

Page 41

1      A   Engage. Engage. Yeah.
2      Q   Does that then go through to someone's
3  e-mail box?
4      A   Right. You get an alert in your e-mail,
5  correct.
6      Q   And whose does it go to?
7      A   To Ricardo Villarosas.
8      Q   And do all of them go to his e-mail box
9  or would they have the opportunity to direct it to
10  somebody else?
11     A   No. The registration goes to him.
12     Q   And does your office use that platform to
13  communicate with each other internally?
14     A   No.
15     Q   How do you communicate -- what technology
16  or -- what technology do you use to communicate
17  internally?
18     A   E-mail, phone, Microsoft Teams, and
19  walking down the hall when we're allowed to see
20  each other after we get through COVID.
21     Q   And so when did the transition from
22  OrgSync to the current platform happen? Do you

11 (Pages 38 - 41)

1  recall?
2      A   Yeah.  That was summer of '18.  Summer of
3  '18.  Because we had for '18-'19, and of course
4  '19-'20 was cut short because -- well, we went on
5  closure in March.
6      Q   So I want to go back to before you
7  transitioned to OrgSync.
8      A   Yes.
9      Q   Before using OrgSync, what did the
10  student organization registration and process look
11  like?  How did it work?
12     A   Well, we had a electronic form through a
13  product called Adobe FormsCentral which was just a
14  form submission.
15     Q   And was that form on your website?
16     A   Yes.  Filled out the form and submitted
17  it.
18         THE REPORTER:  I'm sorry.  Say it again,
19  please.
20         THE WITNESS:  You filled out the form and
21  hit submit, like any of us would fill out a web
22  form.

1  BY MS. WINDHAM:
2      Q   And when students filled out that form,
3  who did it go to?
4      A   Well, the person in Mr. -- before --
5  we've always had a staff member who reviews
6  student organization registration.  So it's
7  currently Mr. Villarosa.  It has been others.
8      Q   And do you know about how long you were
9  using that Adobe form process?
10     A   Yeah.  We were using it for about three,
11  four years.
12     Q   And where are the records kept of those
13  forms and those communications?
14     A   For which?
15     Q   For the Adobe form process.
16     A   That product is no longer available.  So
17  the -- there wasn't a repository.  Engage is a
18  cloud-based system.
19     Q   And so for any Adobe forms records, are
20  there records of those in e-mails?
21     A   I would have to do more research on those
22  records.

1      Q   But the forms were generally sent to an
2  e-mail when they were submitted?
3      A   Yeah.  There was a -- you would hit
4  submit.  It would go to a staff member for review.
5      Q   Would you ever have reason to have hard
6  copies of those forms or those applications?
7      A   No.  Prior to FormsCentral, we were
8  hard -- we were all paper.  The move was to --
9      Q   And --
10     A   I'm sorry.
11     Q   Go ahead.
12     A   No.  The move was to move us to a digital
13  interaction for students so that they didn't have
14  to always come into the office to do their
15  registration work.
16     Q   And so if my math is right -- always a
17  risky thing -- somewhere around 2012, 2013 is when
18  you started using the Adobe FormsCentral?
19     A   I think that's accurate.  The person at
20  the time is not on my -- she's not at the
21  university anymore.  So I would have to jog her
22  memory.

1      Q   And who was responsible for that?  Who
2  was that you were referring to?
3      A   Back then?
4      Q   Uh-huh.
5      A   So her first name is Denise, D-E-N-I-S-E.
6  And her last name I'll spell for you
7  D-E-J-O-N-G-H-E.  DeJonghe.
8      Q   And what was her position -- in the dean
9  of students office?
10     A   Yeah.  So Heather Marks, who is our
11  coordinator -- I'm sorry, Heather Marks is our
12  associate director for student life marketing.
13  That's a new title.  Before that, it was marketing
14  coordinator.  So Heather -- when Denise left,
15  Heather took that job.
16     Q   And so prior to when you started using
17  OrgSync -- so I'm talking about the Adobe forms --
18  what was the student group registration process
19  like?
20     A   Submit the -- you know, completing a
21  form.
22     Q   And then once you completed a form, what

Page 46

1  would happen?
2      A   Reviewed.
3      Q   Who would review it?
4      A   The person responsible for reviewing the
5  forms.
6      Q   And who was that?
7      A   I've had a lot of staff in the days.
8  I -- you know, I probably couldn't tell you every
9  single person without sitting down and thinking
10  about it for a few minutes.
11     Q   Was there a particular person who would
12  receive those forms into their e-mails?  Were they
13  directed toward one staff member?
14     A   There was always -- yeah, so there was
15  always a staff member responsible for student
16  organization registration.  It was a staff
17  person's position responsibility.
18     Q   And who had that responsibility prior to
19  Mr. Villarosa?
20     A   I'd have to jog my memory.
21     Q   Once an organization submitted a form --
22  and again, I'm talking about the Adobe forms time

Page 47

1  period -- once an organization submitted a form,
2  it would then go to a staff member.  Who would
3  review that application?
4      A   The staff member.
5      Q   And would it be the same staff member
6  with regard to all student organizations?
7      A   Yes.
8      Q   Would you ever be responsible for
9  reviewing those?
10     A   Only if there was a question and I needed
11  to be consulted.
12     Q   And so who would, then, make the
13  decision -- the initial decision to register or
14  not register the organization?
15     A   The staff person.
16     Q   The same person who received the form?
17     A   Yes.
18     Q   And what would happen if a question
19  arose?
20     A   They would come to me.  And if we needed
21  to consult outside of dean of students office, we
22  would contact the office of general counsel.

Page 48

1      Q   Was student organization registration
2  during that time period an annual process?
3      A   Yes.  Every fall.
4      Q   So you had to apply for recognized
5  student -- sorry.  You had to apply for recognized
6  status every fall?
7          THE REPORTER:  I'm sorry.  Could you
8  repeat the question, please.
9  BY MS. WINDHAM:
10     Q   So a student organization would have to
11  apply for recognized status every fall?
12     A   Registered status.  They have to register
13  every fall.  We would start it in -- like around
14  August, you know.  Way back -- go ahead, I'm
15  sorry.
16     Q   I think I was about to ask you the same
17  question.  Was there a prior -- a different
18  process or a time when that was different?
19     A   Yes.  So in the early 2000s, they would
20  have to register at the beginning of fall semester
21  and the beginning of winter semester.  And it took
22  me a couple of years to convince my staff, why are

Page 49

1  we making them do this twice a year?
2          I came from an institution that was way
3  far ahead in their activities than this place.  So
4  I cleaned some things up to make it easier for
5  students.
6      Q   And do you remember about what time that
7  happened, when you --
8      A   About -- we did that about 2005, 2006.
9      Q   So fair to say as long as you have been
10  dean of students, organizations have had to apply
11  to be registered at least once a year?
12     A   Yes.
13     Q   Do you know if you have any records from
14  the -- going back to the Adobe forms time period?
15  Do you think you still have any records,
16  organization applications then?
17     A   I don't know.  I don't believe so.
18     Q   Do you have a document retention policy
19  for the dean of students office?
20     A   We have -- the university has financial
21  document retention records.
22     Q   Do you have a policy that would apply to

13 (Pages 46 - 49)

Page 50

1   documents that are not financial documents?

2      A   No.

3      Q   And do you -- would you consider student

4   organization applications to be financial

5   documents?

6      A   No.  Now that we have the Engage product,

7   we have a cloud system where we -- where there is

8   a repository.  So there is -- so we have that

9   information on Engage.  One of the reasons we went

10   to an online product was to have that document

11   management.

12     Q   And did you have a document retention

13   policy in place after this litigation started?

14     A   Well, we -- we've had the online product.

15   So that -- that is our repository because the

16   company, which is called Campus Labs, but now they

17   just got bought out about two months ago, so we're

18   still trying to remember their new name -- but

19   they retain that data for us.

20     Q   And do you have any kind of document

21   retention policy regarding any data, information

22   that's not kept in the cloud by Campus Labs?

Page 51

1      A   I guess I don't understand your question.

2      Q   So I asked you about document retention

3   policies, and you responded with regard to data

4   that's kept by Campus Labs.  I'm asking about data

5   that is not kept by them.  Do you have a document

6   retention policy for that data?

7      A   Student organization data?  What data?

8      Q   Information or communications in your

9   office that would be related to student

10   organizations.

11     A   Well, I mean, the two -- we have three

12   areas of, you know, data.  We have the Engage

13   product for student organization materials --

14   registration materials.  We have -- we have a

15   platform that we use for conduct management.  And

16   then we have the university financial system.

17     Q   And do you have a data retention policy

18   for any or all three sets of information?

19     A   I would have to -- I don't think I can

20   talk -- I need to have better clarification on how

21   you define policy.  The university has an

22   administrative policies and procedures manual, but

Page 52

1   it doesn't -- there's not -- from my office and

2   for what we do, there's not a -- our recordkeeping

3   is this.

4      So I -- I think policy is a pretty broad

5   word.  I'd have to have a better understanding of

6   what you're looking for.

7      Q   So going specifically to your review

8   process for constitutions or applications for

9   recognized [sic] student organization status, does

10   your office have documents or communications

11   related to that process that would not -- that

12   would be kept somewhere other than the cloud

13   repository?

14     A   Student organization registration

15   material is -- is in Engage.

16     Q   So there would be no material that is

17   kept anywhere other than in Engage?

18     A   What are you referring to as material?

19     Q   Communications or documents related to

20   student organization applications and

21   registration.

22     A   There is -- you know, e-mails are a

Page 53

1   method of communication amongst individuals if

2   there are questions or communications.

3      It's 10:03.  Can I pause now to go to my

4   other call?

5      MS. WINDHAM:  Yes.  Certainly.  How long?

6      THE WITNESS:  Can we reconvene at 10:15?

7      MS. WINDHAM:  Yes.  That sounds good.

8      THE WITNESS:  Okay.  Thank you.

9      MS. WINDHAM:  Thank you.

10     (Whereupon, a short recess was taken.)

11   BY MS. WINDHAM:

12     Q   I'll go ahead and pick up -- actually,

13   let me see.  Just a second.

14     A couple of questions from what we were

15   talking about just before the break.  You talked a

16   little bit about before you moved to OrgSync, you

17   were using the Adobe forms process for student

18   organization registration.  Was there any place

19   where those applications would be kept other than

20   in e-mail?

21     A   Yeah.  Yes.  So Denise, who was utilizing

22   Adobe FormsCentral -- there was a way for her to

14 (Pages 50 - 53)

Page 54

1　keep that repository of those forms coming in.
2　　Q　And where is -- where was that kept?
3　　A　On her computer system.
4　　Q　Her computer system in the dean of
5　students office?
6　　A　Yes.
7　　Q　And do you still have that computer
8　system, like those files?
9　　A　No.
10　　Q　What happened to them?
11　　A　I don't know.  I'd have to -- I'd have to
12　ask Heather.  She might have -- know a history
13　more on them.
14　　Q　You said Heather.  Heather Marks?
15　　A　So Heather took over for Denise, and
16　actually Heather was one of Denise's students and
17　then came back to the university to work.  So --
18　but it's been so long ago and when we retired the
19　FormsCentral product -- because Adobe was no
20　longer supporting it and there were a lot of
21　problems; a lot of users were talking about the
22　problems, and we just -- it -- it was becoming

Page 55

1　something where they just weren't -- Adobe was no
2　longer supporting it.  There were hiccups.  There
3　were problems with it.  And that's where we then
4　had to make the investment into OrgSync at the
5　time, because Adobe was just -- it was failing
6　more than it was being successful in providing us
7　a product that was always going down.
8　　　　But there was nothing else out there.
9　OrgSync is very expensive, and we had to do some
10　shuffling because, as you know, in higher
11　education we certainly do not have the funds for
12　platform management.
13　　Q　So I want to move to talking about --
14　actually, let me go ahead and just start with
15　talking about InterVarsity.  And I know in this
16　case -- you probably know, I'm sure -- we have
17　InterVarsity at Wayne State, the student chapter,
18　and then we have InterVarsity USA, which is the
19　national organization.  And when I mention
20　InterVarsity, I'm going to be talking about the
21　student chapter.  Do you understand that?
22　　A　Yes.  Uh-huh.

Page 56

1　　Q　And so if I am making some reference to
2　the national organization then I think that should
3　be clear from my question, but otherwise, you and
4　I can both assume that I'm talking about the
5　student chapter.
6　　A　That sounds good.
7　　Q　So prior -- I know we covered a little
8　bit of this before, but prior to 2017, do you
9　recall any specific interactions with InterVarsity
10　or with its leaders or representatives?
11　　A　No.
12　　Q　And were you aware of the group at all?
13　　A　Yes.
14　　Q　And were you aware of the student
15　organization on campus?
16　　A　Yes.  I thought your other questions were
17　also referring to InterVarsity on campus.
18　　Q　They were.  And I realize I was probably
19　confusing you there.  Because I was going to ask
20　the follow-up, which is, were you aware of the
21　national organization as well?
22　　A　Not as much about the national.  You

Page 57

1　know, oftentimes, you get confused -- when you
2　think of InterVarsity Christian Fellowship, and
3　then there's the Fellowship of Christian Athletes,
4　and sometimes people will confuse -- so where I
5　was previously was a very active --
6　　　　THE REPORTER:  I'm sorry.  Could you slow
7　down a little big, please.
8　　　　THE WITNESS:  Sure.  So where I was
9　prior, FCA, Fellowship of Christian Athletes, was
10　very popular.  But no, I -- I was aware -- just in
11　being in my line of work, I was aware of
12　InterVarsity as an organization for students on
13　college campuses.  And then, when I arrived here,
14　just knowing InterVarsity, just being at Festifall
15　and student org day and Winterfest.
16　BY MS. WINDHAM:
17　　Q　Okay.  And I will -- to be clear, I'll go
18　back now and just asking about the student
19　chapter.
20　　A　Okay.
21　　Q　So then -- I want to take you to 2017
22　when InterVarsity was not recognized.  When did

15 (Pages 54 - 57)

Page 58

1  you become aware of the situation or the issue
2  with InterVarsity?
3     A   When Mr. Villarosa brought to my
4  attention the -- the alerting to me of the
5  question that he had in their form submission as
6  it related to their organizational structure.
7     Q   And do you know when that -- about when
8  that was?
9     A   I don't.  I can't recall the exact date.
10 I could find it, but I don't have it here.
11    Q   And was that -- did he make you aware of
12 other organizations who had issues as well or just
13 InterVarsity?
14    A   He always makes me aware of the student
15 organization that there is an issue.
16    Q   And do you recall the specific
17 conversation that you had with him about the issue
18 with InterVarsity?
19    A   No.
20    Q   Was there anybody else who was present
21 when you had that conversation with Mr. Villarosa?
22    A   I don't recall.

Page 59

1     Q   Who made the initial decision in 2017 not
2  to register InterVarsity?
3     A   I don't recall.
4     Q   And when you became aware of the issue,
5  was it before or after the initial decision had
6  been made?
7     A   Which initial decision?
8     Q   The initial decision not to register
9  InterVarsity in 2017.
10    A   When Mr. Villarosa had the question
11 mark -- what I call a question mark about the
12 registration -- he brought that to me.  I informed
13 him that we needed to contact the office of
14 general counsel.  We then contacted the office of
15 general counsel.
16    Q   So you were the one who decided to refer
17 it to the office of general counsel?
18    A   Yes.  And I asked Mr. Villarosa to
19 contact them.
20    Q   Was there anybody else that you consulted
21 on that decision?
22    A   I don't recall.

Page 60

1     Q   How many times did you discuss that
2  decision with Mr. Villarosa?
3     A   I can't -- I don't have a -- I don't have
4  a quantifying number.
5     Q   Was it more than once?
6     A   Yes.
7     Q   Was it more than five times?
8     A   We had ongoing discussion as he was
9  getting information from general counsel.
10    Q   And over what time period were those
11 discussions going on?
12    A   I don't have the specific dates.
13    Q   Can you give me an estimate?
14    A   Well, from the time of not being -- from
15 the time of the concern being raised and then them
16 not being registered and then the decision being
17 made to allow them to register, which allowed them
18 to reserve space without paying for the space,
19 which was an issue, that they wanted the reserved
20 space and not pay for the space as an outside
21 group, I would say that was, you know, several --
22 that was a few months.  I couldn't quantify how

Page 61

1  many.
2        I could go back -- I'm sure we could find
3  it, but I don't have that on my -- tip of my
4  tongue right now.
5     Q   And in addition to you and Mr. Villarosa,
6  was anybody else in the dean of students office
7  involved in those discussions and ongoing
8  conversations?
9     A   Not involved.  Aware.  We're a close
10 group.  There's only 11 of us.  So -- and we're
11 all in one office suite together.  So people were
12 aware, but not involved in any authority of it.
13    Q   So I have some documents related to that,
14 some of which you've probably seen before.  It's
15 going to take me just a minute to pull those up
16 for you, but we can --
17    A   Sure.
18    Q   -- walk through those.  Sorry, give me
19 just a minute.  I'm also new with Exhibit Share.
20    A   Gives me a chance to have my snack.
21    Q   Okay.  I just downloaded the document
22 stamped WSU001775.  Can you see that now?

16 (Pages 58 - 61)

Page 62

1    A   Yep.  Yep.  I opened it.

2    Q   Great.  And this is an e-mail between

3   Mr. Villarosa and Ann Beyerlein?

4    A   I see that.

5    Q   Have you ever seen this document before?

6    A   I was made aware of the decision.  I

7   don't recall if I did or did not see the actual

8   document that you're showing me, but I am -- I'm

9   just scrolling through it.  But I am aware of it.

10  I'm aware of the decision that was made because he

11  kept me informed.

12   Q   So this document is dated, as you'll see,

13  October 3rd, 2017.

14   A   Yes.

15   Q   And it says, "I have confirmation from

16  our office of general counsel."

17      So based on that, it would be fair to say

18  that you were aware of the situation prior to this

19  date, October 3rd, 2017?

20   A   Yes.

21   Q   And you said earlier that you had been

22  the one to make the decision to refer it to the

Page 63

1   office of general counsel?

2    A   Yes.

3    Q   And it appears from this e-mail that

4   would have happened at some point prior to

5   October 3rd, 2017; is that correct?

6    A   Yes.

7    Q   How often does your office refer issues

8   the to general counsel's office -- actually,

9   strike that.  Let me be more specific.

10      How often does your office refer

11  questions to the general counsel's office about

12  student organization registration?

13   A   Can you define "often"?

14   Q   How many times a year would you say your

15  office refers questions about student organization

16  registration to the general counsel's office?

17   A   Under ten.

18   Q   And this year -- this would be the

19  2017-2018 school year -- about how many times do

20  you think you needed to refer -- about how many

21  times did you refer questions about student

22  organization registration to the general counsel's

Page 64

1   office?

2    A   You know, I would say it's between five

3   and ten.

4    Q   So, say --

5    A   No, between five and ten.  I don't have

6   an exact number, but it certainly isn't large.

7   That's why I use that range of five to ten.

8    Q   And safe to say that InterVarsity's

9   application was not the only one that was referred

10  to the general counsel's office that year?

11   A   I think it's safe to say that.  I

12  couldn't give you a quantifying without doing the

13  research -- more in-depth research on it, but I

14  think it is safe to say that.

15   Q   Do you remember the names of any other

16  organizations that you had to refer to the general

17  counsel's office for questions?

18   A   You mean ever?

19   Q   Sorry.  The 20- -- within the 2017-2018

20  school year.

21   A   I don't.

22   Q   So after -- actually, I'm going to move

Page 65

1   on to another e-mail.  Give me just a moment.

2   Hazards of the new system.  I have these out of

3   order, so it takes me a moment to find the one I'm

4   looking for.

5    A   That's okay.

6    Q   Actually, if we go back to that e-mail

7   for just a moment, 1775, on page 2 of it, there's

8   an e-mail further down the string from Cristina

9   Garza to Mr. Villarosa.  And it's dated Monday,

10  September 18th, 2017.  Do you see that?

11   A   I do.

12   Q   Had you ever seen this e-mail before?

13   A   I don't know if I actually had it in my

14  inbox, but I do recall the information.  I recall

15  the -- narrative.  You know, just -- because I

16  was -- when this -- you know, when something --

17  you know, when we refer to general counsel, you

18  know, I'm involved with it, in that, you know,

19  I'm -- as the supervisor, I'm informed.  So he and

20  I would have conversations about it.  He would

21  keep me updated on -- you know, when we would have

22  our one-on-ones, he would keep me updated.

17 (Pages 62 - 65)

Page 66

1    So while I couldn't say that I've seen
2  this actual e-mail, I can say that I'm aware of
3  the narrative in it.
4    Q   And were you aware -- prior to fall of
5  2017, going back to the spring of 2017 and the
6  prior semester, were you aware of any issues with
7  InterVarsity's registration that spring?
8    A   No.
9    Q   Okay. I'm going to move on to another
10  e-mail. And that should be there for you in just
11  a moment. And this one is stamped WSU001775. Can
12  you see that?
13    A   775? Uh-huh.
14    Q   Yes. And this is an e-mail between
15  Mr. Villarosa and Ann Beyerlein on --
16    A   I think you're -- wait. Let me -- no. I
17  think you're meaning -- I think you just uploaded
18  774. 775 is the one we just went over.
19    Q   You're right. I see that. Thank you.
20     So on -- so looking at the document
21  that's Bates stamped WSU001774 --
22    A   10/17/2017, 7:13 p.m.

Page 67

1    Q   Yes, that's right.
2    A   I have it in front of me.
3    Q   Between Cristina Garza and Mr. Villarosa.
4    A   Uh-huh.
5    Q   Had you ever seen this e-mail before?
6    A   I'm aware of it. There are times where I
7  would -- you know, he's just right down the hall
8  from me, so -- and you have -- that's how you exit
9  the office. So there are times he says, hey,
10  dude, come on in; I got to talk to you about
11  something. And he'll pull it up on his screen.
12  We do that often around here.
13    Q   And do you remember whether you saw this
14  particular e-mail in that way?
15    A   I don't remember if I saw the particular
16  e-mail, but I do -- I do recall the topic and the
17  narrative and the request.
18    Q   And you say you recall the request.
19  You're talking about the request to get a letter
20  from the general counsel's office --
21    A   Yeah, paragraph --
22    Q   -- explaining --

Page 68

1    THE REPORTER: I'm sorry. Please try not
2  to speak over each other. Could you please repeat
3  the question?
4  BY MS. WINDHAM:
5    Q   Paragraph 2, the request was, "Would it
6  be possible to get a letter from the general
7  counsel's office clarifying and explaining your
8  policy?"
9     Do you recall that request?
10    A   Yes.
11    Q   And did you discuss it with
12  Mr. Villarosa?
13    A   Well, if I did discuss it, the direction
14  would have been to contact general counsel.
15    Q   But you do not recall whether or not you
16  discussed it with Mr. Villarosa?
17    A   I don't recall, but I know that the
18  protocol would be to notify general counsel.
19    Q   Prior to notifying general counsel, did
20  you consult any other sources or materials
21  determining whether InterVarsity should be
22  registered?

Page 69

1    A   Can you -- can you clarify?
2    Q   When the issue arose with InterVarsity,
3  did you consult any other policies, any other
4  sources, any other materials when thinking through
5  whether they should be registered?
6    A   Well, you know, we're familiar with the
7  non-discrimination policy. So we may have
8  referred to that to recall the exact language,
9  although that -- and then if we had that question
10  mark, we then called general counsel.
11    Q   That's your general practice?
12    A   Yes.
13    Q   And do you recall specifically with
14  regard to this issue with InterVarsity in 2017
15  whether you followed that practice?
16    A   We contacted general counsel, "we" being
17  Ricardo did. And just to clarify for you, it's --
18  around here, it's not -- you know, we -- we know
19  each other, so it's not -- it's not the formality
20  that he has to make the request to me and I have
21  to make the request to them.
22     You know, we have a -- we know that we

18 (Pages 66 - 69)

Page 70

1    have a person that's assigned to us for student
2    affairs work. And so we would go to that person.
3    But that person -- and even to this day, doesn't
4    sit on the formality that the request must come
5    from the dean. They know that if someone is
6    coming from the dean of students' office, they'll
7    accept that call. Does that make sense?
8      Q    It does.
9      A    Yeah.
10     Q    And so do you know who made that call or
11   who made that request in 2017?
12     A    Ricardo. It's easier for me -- I've
13   called him Ricardo for so many years, calling him
14   Mr. Villarosa is strange. So if it's okay with
15   you, I'm just going to say Ricardo.
16         THE REPORTER: I'm sorry. Please slow
17   down.
18         THE WITNESS: Okay. I grew up in the
19   east. We talk very fast.
20         So I made the -- I call him Ricardo. I
21   just want to say that I'll refer to him as
22   Ricardo. And I did ask him or direct him to call

Page 71

1    general counsel.
2    BY MS. WINDHAM:
3      Q    And who was it -- it sounds like there's
4    someone in general counsel's office who works with
5    you with regard to student affairs?
6      A    Yes.
7      Q    And who was that in 2017?
8      A    So in this case, the person that did --
9    so there were two people that did the student
10   affairs work. This one was given to Sarah Luke.
11   There's another -- there was another attorney
12   there who has retired, Linda Galante. But Sarah
13   Luke worked closely with Linda. And so those
14   would be the two that we would go to. Typically,
15   we went to Linda with behavioral issues and
16   questions, conduct.
17     Q    So I just added a document to the folder.
18   This is WSU001716.
19     A    Okay. Got it.
20     Q    And do you recognize this letter?
21     A    I do. I was copied on it.
22     Q    And so you've seen it before?

Page 72

1      A    Yes.
2          MS. WINDHAM: I'd like to have this
3    letter marked as Exhibit 2.
4          (Deposition Exhibit Number 2 was marked
5    for identification.)
6    BY MS. WINDHAM:
7      Q    And was there anyone in addition to Sarah
8    Luke at general counsel's office whom you
9    consulted with on this decision or on this issue
10   prior to this letter going out?
11     A    I'm not able to answer that. I don't
12   know.
13     Q    And so at this time, would it be fair to
14   say that the decision had been made that
15   InterVarsity would not be a recognized student
16   organization?
17     A    Yes.
18     Q    And who made that decision?
19     A    Based on this letter, that was a -- that
20   was the analysis provided to us and, thus, we
21   denied the registration.
22     Q    And you say we. Who is we?

Page 73

1      A    Ricardo made -- Ricardo is the
2    communicator of it, but I take responsibility for
3    my employees.
4      Q    So you take responsibility for the
5    decision not to recognize InterVarsity?
6      A    I think we can say that.
7      Q    And you mentioned consulting with counsel
8    of course and consulting with Mr. Villarosa. Was
9    there anybody else you consulted with before
10   making that decision?
11     A    No.
12     Q    I have another letter that I believe
13   you've also seen. Give me just a moment and I
14   will upload that. Okay. So I'm going to first
15   open WSU001715.
16     A    Yep.
17     Q    And do you recognize this e-mail?
18     A    Yes.
19     Q    Have you seen this before?
20     A    Yes.
21     Q    And you were copied on this?
22     A    Yes.

19 (Pages 70 - 73)

Page 74

1    MS. WINDHAM: I'd like to have this
2 marked as Exhibit 3.
3    (Deposition Exhibit Number 3 was marked
4 for identification.)
5 BY MS. WINDHAM:
6    Q    And this e-mail is from Tom Lin at
7 InterVarsity USA; is that correct?
8    A    Oh, you're asking me? Yes. I thought
9 you were entering it as the record.
10    Yes, this is from President Tom Lin,
11 president/CEO. InterVarsity Christian Fellowship,
12 to President Wilson, university president.
13 BY MS. WINDHAM:
14    Q    And then I'm also going to open
15 WSU001717.
16    A    Uh-huh.
17    Q    Do you see that?
18    A    Yes.
19    Q    And that is a letter from Tom Lin to
20 President Wilson?
21    A    Yes.
22    Q    Do you recognize this letter?

Page 75

1    A    Yes.
2    Q    And this is the letter that was attached
3 to the e-mail that we had just discussed as
4 Exhibit 3, correct?
5    A    Yes.
6    MS. WINDHAM: I'd like to have this
7 marked as Exhibit 4.
8    (Deposition Exhibit Number 4 was marked
9 for identification.)
10 BY MS. WINDHAM:
11    Q    After you received this e-mail and this
12 letter, what did you do?
13    A    Notify -- notified general counsel.
14 General counsel was aware that we received it by
15 noting who is cc'd on the letter. So we
16 acknowledge that we -- to general counsel that we
17 received the e-mail, but general counsel is also
18 aware that we received the e-mail because we were
19 copied on it.
20    Q    And other than notifying general counsel,
21 did you take any other steps after receiving this
22 letter?

Page 76

1    A    No.
2    Q    Did you discuss this letter with anyone
3 else?
4    A    No.
5    Q    Did you discuss it with general counsel?
6    A    Yes.
7    Q    And was anyone else present for that
8 discussion?
9    A    It wasn't a -- I don't recall an
10 in-person discussion. It was just, you know,
11 Sarah Luke knowing that we also received and read
12 the material.
13    Q    So was it a phone call? An e-mail?
14    A    I don't remember.
15    Q    After receiving this letter, did you
16 reconsider your decision not to recognize
17 InterVarsity as a student organization?
18    A    The letter went to the president of the
19 university and we did not -- I know that, you
20 know, we did -- this letter was dated
21 November 27th. A decision was made to -- to
22 permit their registration. I do not recall the

Page 77

1 exact date of that permission to be -- to be
2 registered.
3    Q    Did you have any discussions with anybody
4 in the president's office regarding this letter?
5    A    No.
6    Q    Did you -- skip over that for now.
7    The letter mentions other universities
8 and experiences there. It mentions University of
9 Michigan and Michigan State. After receiving this
10 letter, at any point did you consult with policies
11 that are in place at University of Michigan or
12 Michigan State?
13    A    I don't remember.
14    Q    Did you -- so you said that after -- at
15 some point after this letter was received, the
16 decision was made to grant registration to
17 InterVarsity. About what time was that decision
18 made to grant registration to InterVarsity?
19    A    I don't remember the exact calendar. I
20 would have to go back and review.
21    Q    Was it in December of 2017?
22    A    I don't remember.

20 (Pages 74 - 77)

Page 78

1   Q   Was it in January of 2018?
2   A   I don't remember.
3   Q   Was it in February of 2018?
4   A   I don't remember.
5   Q   Was it in March of 2018?
6   A   Well, it was sometime in that period,
7   because I know that they were permitted to reserve
8   space. I don't have it right in front of me, but
9   I do remember that they were provided the RSO
10  status.
11      Q   And was the decision to provide that
12  status made before or after the lawsuit was filed?
13      A   I don't remember. I'd have to go back
14  and look at the material.
15      Q   Prior to this issue coming up in 2017,
16  had you ever received any complaints about
17  InterVarsity?
18      A   Not that I recall.
19      Q   Had you ever received any complaints
20  about its leadership policies?
21      A   Not that I recall.
22      Q   Were you made aware of any concerns over

Page 79

1   InterVarsity's leadership policies? And when I
2   say that, I'm asking you whether anyone else in
3   your office had raised any concerns regarding
4   InterVarsity's leadership policies prior to 2017.
5       A   Not that I recall.
6       Q   And so when InterVarsity was granted
7   recognized status, who made that decision?
8       A   It's my responsibility to for registered
9   student organizations. So it was my
10  responsibility. It's my responsibility to grant
11  registered status.
12      Q   So were you the one who made that
13  decision to grant registered status to
14  InterVarsity?
15      A   It's my responsibility to grant RSO
16  status to student organizations.
17      Q   And so it's fair to say that you were the
18  one who made the decision to grant registered
19  status?
20      A   It's my responsibility to grant
21  registered status to student organizations.
22      Q   Was there anyone else who made the

Page 80

1   decision to grant registered status to
2   InterVarsity?
3       A   I don't recall.
4       Q   Who did you consult on the decision to
5   grant registered status to InterVarsity?
6       A   Office of general counsel.
7       Q   Was there anyone other than the office of
8   general counsel that you consulted on that
9   decision?
10      A   Not that I recall.
11      Q   On March 6th -- I want to move us forward
12  a little bit to March 6th, 2018. That is the date
13  that InterVarsity filed its complaint in this
14  lawsuit. How did you become aware of this
15  lawsuit?
16      A   I believe I received it. I don't
17  remember if I -- I don't recall the -- the notice,
18  you know, of when I was served. I'm not an
19  attorney, so I will -- may not be -- may not be
20  using the right terminology, but I was named in it
21  and, thus, I did receive it.
22      Q   And so -- when you say you received it,

Page 81

1   you're talking about the formal legal papers, the
2   complaint in this lawsuit?
3       A   Yes.
4       Q   And so when you received those papers,
5   that was the moment you first became aware of the
6   lawsuit?
7       A   Well, the papers make statement of legal
8   proceedings.
9       Q   Had anyone told you about the lawsuit
10  prior to when you received those papers?
11      A   No, not that I recall.
12      Q   When you learned about the lawsuit, who
13  did you discuss it with?
14      A   I told general counsel.
15      Q   Did you discuss it with anybody else?
16      A   I might have discussed it with Ricardo
17  because he was also in there.
18      Q   And what did you say in that
19  conversation?
20      A   There's a lawsuit.
21      Q   And what else?
22      A   There's a lawsuit. We receive a lawsuit,

21 (Pages 78 - 81)

Page 82

1  there's no conversation.  It goes to general
2  counsel as our general counsel for the university.
3      Q    And what did Mr. Villarosa say to you
4  about the lawsuit?
5      A    Nothing.  At a point in time where we're
6  served a lawsuit, we -- we then take all further
7  direction from general counsel.  We're not
8  attorneys.  They represent us.  Well, he's an
9  attorney, but he's not an attorney in this -- in
10  this role, he is not -- he's not an attorney.  So
11  we refer it to general counsel.
12      Q    Was there anybody other than
13  Mr. Villarosa that you discussed this with when
14  you learned about the lawsuit?
15      A    I might have, you know, shared -- I have
16  had so many different supervisors.  They are
17  aware, but they know that it goes to general
18  counsel.
19      Q    Do you recall any specific conversations
20  that you had with people other than general
21  counsel?
22      A    No.  No.  It's a lawsuit, and at a point

Page 83

1  in time where there's a lawsuit, we don't have any
2  further conversation about the lawsuit because
3  it's -- because it is a lawsuit, we refer to
4  general counsel and then we take all further
5  direction from general counsel.  So, you know,
6  kind of the handoff.  We get the lawsuit.  General
7  counsel.  We wait for their direction.
8      Q    And on March 8th, 2018, InterVarsity was
9  informed it would be reinstated as a
10  recognized [sic] student organization.  You were
11  the one who made the decision to reinstate them?
12      A    Yes.
13      Q    And who did you consult with in making
14  that decision?
15      A    General counsel.
16      Q    Why did you make that decision?
17      A    I don't recall.
18      Q    Did you consult any sources, either
19  people or written sources, other than general
20  counsel when you made that decision?
21      A    No.
22      Q    How was that decision communicated to

Page 84

1  others in your office?
2      A    You know, we -- we communicate the -- we
3  communicate that they are now a registered student
4  organization.  There's not an announcement that --
5  you know, we don't go into a staff meeting, for
6  example, to state who is -- who has -- who are our
7  RSOs.  We have a -- we have a real-time list on
8  our -- well, give it 24, 48-hour real-time list on
9  our website of RSOs.  So if you were to go in
10  there today, you would see the ones that have been
11  registered from -- who have -- probably -- who
12  have applied for registration probably through
13  about, you know, Monday of this week, Tuesday of
14  this week.  So it would be uploaded there so that
15  people could see who the registered student
16  organizations are.
17          But there's no announcement to my office
18  of, you know, InterVarsity Christian Fellowship is
19  now a registered student organization.
20      Q    Who would have been responsible for
21  making that change on the website?
22      A    So Heather Marks was with us at the time.

Page 85

1  I believe Heather was still here.  You know, being
2  here this long, you sometimes wonder when people
3  come and go.  But it would have been -- it was
4  Heather who was in that role.  So I'd say, please,
5  you know, add this to the list.
6      Q    And do you recall --
7      A    It all -- the way that it works is --
8          THE REPORTER:  I'm sorry.  The last thing
9  I have is, "so please add this to the list."
10          THE WITNESS:  Okay.  Great.
11          So what happens is -- the way the system
12  works is that when you -- when it's registered, it
13  populates into the list.  But Heather will -- if
14  there's a -- if for some reason we don't see it,
15  she double-checks.
16  BY MS. WINDHAM:
17      Q    And how did you communicate to Heather
18  Marks that InterVarsity should be recognized and
19  added to that list?
20      A    Well, you know, I don't recall.  Again,
21  I'm not an expert on the technical aspects of the
22  product.  That would be Heather.  But we did go

22 (Pages 82 - 85)

Page 86

1  into the system and approve their status.  And I
2  believe the system then does activate it into the
3  list.
4      Q   And would you have communicated that to
5  her verbally, via e-mail, some other way?
6      A   Well, Ricardo is the individual who can
7  go into the system to make the necessary marks,
8  you know, clicks to activate the group.  And then
9  the system puts it right -- once it goes into
10  there and it's activated, it feeds into the list.
11      Q   And so --
12      A   I would refer -- if there are technical
13  questions about how that product works, I'm
14  certainly glad to get that information, but I
15  think suffice to say that they were registered,
16  and when they appear on the list, that is the
17  public facing of list of registered student
18  organizations.
19      Q   And you would have also communicated,
20  then, to Mr. Villarosa that InterVarsity would be
21  registered?
22      A   That's correct.

Page 87

1      Q   And how did you communicate that to him?
2      A   Verbally.
3      Q   And what else was said in that
4  conversation?
5      A   I don't recall.
6      Q   And what did he say to you in that
7  conversation?
8      A   Okay.
9      Q   Anything else?
10      A   I don't recall.  And I don't know
11  verbatim it was "okay," but it -- register them.
12  They were registered.
13      Q   And so InterVarsity was not recognized
14  because they'd been determined to be in violation
15  of the university's non-discrimination policy,
16  correct?
17      A   Yes.
18      Q   Is it your view that they are still in
19  violation of the university's non-discrimination
20  policy?
21      A   I'd have to review their documents.
22      Q   If their leadership qualifications are

Page 88

1  the same today as they were in 2017, is it your
2  view that InterVarsity is still in violation of
3  Wayne State's non-discrimination policy?
4      A   Students and student organizations are
5  expected to comply with all university policies.
6      Q   Is it your view that InterVarsity is in
7  violation of the non-discrimination policy today?
8      A   If their materials read that it is
9  determined that they are not following the
10  university non-discrimination policy, then one
11  could conclude -- or one could deduce that they
12  are not complying with the university's
13  non-discrimination policy.
14      Q   And you determined in 2017 that they were
15  not in compliance with the university's
16  non-discrimination policy?
17      A   The letter from general counsel that you
18  showed earlier does state that.
19      Q   And if InterVarsity has the same
20  leadership policy today that it had in 2017, are
21  they in violation of the university's
22  non-discrimination policy?

Page 89

1      MR. PAUWELS:  Asked and answered.
2      MS. WINDHAM:  It hasn't been answered.
3  BY MS. WINDHAM:
4      Q   You may answer.
5      A   We could allege that they are in
6  violation, but they are afforded the opportunity
7  to explain their position.
8      Q   Is it your allegation that they are not
9  in compliance?
10      A   Do you have a document to present that
11  explains their procedures?
12      Q   I am asking you your opinion; if their
13  policy today is the same as it was in 2017, would
14  your allegation be that they are not in
15  compliance?
16      A   My allegation would be that I would
17  present the question that I would believe that
18  they are not following the university's
19  non-discrimination policy.
20      Q   And you said they would then have an
21  opportunity to dispute that in your formal process
22  for that?

23 (Pages 86 - 89)

Page 90

1   A   Well, that's what we went through in
2   2017. So that is that process. I suspect that a
3   student code of conduct charged could be filed,
4   because section 4.19 of the student code of
5   conduct addresses compliance with university
6   policy.
7        Certainly, one does not want to pursue a
8   code of conduct allegation and would prefer to
9   work it out in a collegial manner. But we do have
10  the student code of conduct at our disposal if it
11  was deemed that that would be a route to take.
12  Q   And I want to come back to the code of
13  conduct process a little bit later. Since
14  InterVarsity was recognized in 2017, have you
15  received any complaints about the group?
16  A   No.
17  Q   Prior to 2017, do you recall receiving
18  any complaints about the group?
19  A   No.
20  Q   Are you aware -- actually, skip over that
21  for the moment.
22       After InterVarsity was recognized in

Page 91

1   2018, was there any change in the university's
2   non-discrimination policy?
3   A   Not that I was -- not that I'm aware of.
4   That's not under my office, but not that I'm aware
5   of.
6   Q   And was there any change in how your
7   office applies the university's non-discrimination
8   policy?
9   A   No. The office of equal opportunity is
10  the office that is responsible for the
11  university's non-discrimination policy. So we
12  were not -- you know, we follow the policy as it
13  is presented.
14  Q   And I know it applies in a lot of
15  different ways across the university. So just
16  speaking with regard to your office's application
17  of it for student organizations, the way you apply
18  it had not changed since March of 2018?
19  A   Correct.
20  Q   Is the non-discrimination policy enforced
21  across the board with regard to student
22  organizations?

Page 92

1   A   Well, I would -- I perhaps don't know
2   where you're going with that. So I would say that
3   we do enforce the university's non-discrimination
4   policy, but I guess I can predict what questions
5   may come later, which you will then challenge me
6   back on what I just said.
7   Q   So do you apply that policy to all
8   student organizations?
9   A   Well, I suspect you may ask a question
10  about gender identity.
11  Q   So do you apply that policy to all
12  student organizations?
13  A   It depends.
14  Q   What does it depend on?
15  A   There are some organizations that by --
16  nationally and historically are specific to gender
17  identity.
18  Q   So there are exceptions to the policy for
19  gender identity in some cases?
20  A   Yes. That's -- I think we can say that.
21  Q   Are there exceptions to the policy with
22  regard to sex in some cases?

Page 93

1   A   How do you define sex?
2   Q   Well, the policy lists both sex and
3   gender identity. And so -- you mentioned gender
4   identity. I'm wondering if there are also
5   exceptions with regard to sex?
6   A   Well, I think it defines -- you know, I
7   think we look at it as general identity is how --
8   so sex is what's assigned at birth. Gender
9   identity is how one identifies their gender. So
10  that's why I asked the question about how do you
11  define sex.
12       So if someone was identified at birth as
13  a -- anatomically as a female, but identifies as a
14  male, then that's gender identity. So it doesn't
15  relate to what one was assigned at birth by a
16  physician, or whomever delivered -- or whatever
17  was put on the birth certificate, but how that
18  individual identifies themself and what gender
19  they identify themselves.
20  Q   And are there any exceptions to the
21  policy with regard to race?
22  A   No.

24 (Pages 90 - 93)

Page 94

1    Q   Are there any exceptions to the policy
2    with regard to national origin?
3    A   No.
4    Q   Are there any exceptions to the policy
5    with regard to sexual orientation?
6    A   No.
7    Q   Are there any exceptions to the policy
8    with regard to religion?
9    A   No.
10   Q   So I have a document that I'm going to
11   show you, if you'll give me just a minute.  This
12   is a spreadsheet that should be in your folder,
13   WSU006642.
14   A   Yep.
15   Q   Are you familiar with this document?
16   A   Yes.  I'm familiar with -- I'm sorry.
17   Q   Go ahead.
18   A   I'm familiar that we can produce this
19   document, yes.  I see lots of documents like this.
20   So I would say I'm familiar with the document
21   because it's how we get reports.
22   Q   Who created this document?

Page 95

1    A   So this is a feed that comes from the --
2    so when the -- when the student fills out the
3    form, the form can then be downloaded and a report
4    can be run that the end result is this -- is what
5    you have presented here.
6    Q   And so who in your office created this
7    report?
8    A   So between -- the two individuals that
9    would have the technical wherewithal to know how
10   to produce that report would be Ricardo and
11   Heather.  There are -- we identify them as our
12   system administrators for that.
13       So, you know, Ricardo -- of anybody on
14   campus, the two of them know the most about the
15   use of that product because we're the -- other
16   units use this, because it has a lot of different
17   functions, but they're kind of the experts on
18   campus for it.  So they would know how to -- I
19   would not know how to pull that report.  I would
20   go to Ricardo or Heather and say, can you pull
21   this report for me.
22   Q   And was this report created at your

Page 96

1    request?
2    A   That I don't recall.
3    Q   Was it sent to you?
4    A   I don't recall.
5    Q   I'd like to have this marked as
6    Exhibit 5.
7       (Deposition Exhibit Number 5 was marked
8    for identification.)
9    BY MS. WINDHAM:
10   Q   This report -- I want to direct you to
11   line 23 and column V.  You'll see that column V
12   says, "Eligibility requirements or qualifications
13   necessary to run for office."
14   A   Yeah.  I'm going to scroll over there.
15   Hold on a second.
16   Q   Yeah.  It takes a minute.
17   A   Okay.  23.  Okay.  Okay.  I'm there.
18   Q   All right.  And V says, "Eligibility
19   requirements or qualifications necessary to run
20   for office."
21   A   I see that.
22   Q   And line 23 says, "Christian."

Page 97

1    A   Yes.
2    Q   How is this requirement different from
3    InterVarsity's requirement?
4       MR. PAUWELS:  Object to the form and
5    foundation to the extent that we're not -- it
6    hasn't been clear what time period this document
7    is referring to.
8    BY MS. WINDHAM:
9    Q   Directing you to -- before we get to
10   that, directing you to -- same thing, line 23.  If
11   you scroll back over to column B, you will see the
12   date of October 3rd, 2018, time stamp 2021.
13   A   10/3/2018, 2021?
14   Q   Yes.
15   A   I see that, uh-huh.
16   Q   This is a report from 2018.
17   A   Okay.
18   Q   And going back to V on line 23,
19   "Eligibility requirements or qualifications
20   necessary to run for office:  Christian," how is
21   this different from InterVarsity's requirements?
22   A   This was done after the decision was made

25 (Pages 94 - 97)

Page 98

1  to register InterVarsity.  And, you know, speaking
2  for myself, being in litigation about this topic,
3  that is why that is there.
4      Q    And I want to go now to line 30.
5      A    Okay.  Hold on a second.  Okay.  Yep, I'm
6  there.
7      Q    Just a second.  I'm checking on the --
8  which column we're looking for here.  So I want
9  you to move over to column W on line 30.
10      A    Yep.  I'm there.
11      Q    It says, "During any election or
12  selection process, the applicants will be asked
13  about their faith, beliefs and views.  Qualified
14  applicants may be asked about their willingness to
15  model the chapter's core messages through their
16  behavior so the messages are communicated with
17  integrity."
18          How is this different from InterVarsity's
19  requirements?
20      A    There's no proclamation of a specific
21  faith.  There's no proclamation of a specific
22  allegiance to a specific faith.  One can be --

Page 99

1  well, I'll stop there.
2      Q    If you move over to column V, you'll see
3  the statement "Alignment requirement:  Officers
4  must commit to lead the chapter in a way that is
5  consistent with the mission and faithful to the
6  message of Cru."
7          How does that differ from InterVarsity's
8  requirement?
9      A    That's not requiring an allegiance to a
10  faith.  I'm Jewish, but I could -- I could say
11  that I -- that I lead in a -- in the -- consistent
12  with the mission and faith of that message.  I
13  don't proclaim to the religion, but I can -- I can
14  represent and present my feelings, my mission and
15  faithfulness.
16          Just like one doesn't have -- well, I'm
17  using my own personal example of my personal
18  faith.  It doesn't exclude me from participating.
19  It doesn't exclude me from serving as an officer
20  because I'm not proclaiming, but I can certainly
21  support the values.  I can support the beliefs,
22  the philosophies without proclaiming my

Page 100

1  allegiance.
2      Q    So if you would agree to support the
3  values, but not necessarily agree to agree with
4  the values, you think that would be a permissible
5  dividing line?
6      A    I think that agreement -- one can agree,
7  but not have to specifically proclaim.  So does
8  one proclaim their allegiance versus one believes
9  in their values?  I may believe in Islamic values,
10  but I -- but not -- and I could be involved in the
11  Muslim Student Association and proclaim my -- and
12  say that, yes, I do believe that there are values
13  I agree with in the Koran, but I'm not proclaiming
14  my allegiance to Allah, and nor would I be
15  excluded from the group for not explaining -- for
16  not proclaiming my allegiance to Allah.
17      Q    So a little bit different requirement
18  than what we've just been talking about.  I want
19  to take you down to line 40.
20      A    Okay.
21      Q    We're going to be back here on column V
22  which is, "Eligibility requirements or

Page 101

1  qualifications necessary to run for office."
2      A    I'm there.
3      Q    And that states, "Must be a dedicated
4  Iraqi student that cares to help grow this
5  organization."
6          Is that in alignment with the
7  non-discrimination statement?
8      A    Yes.
9      Q    Why is it in alignment?
10      A    How does one define themselves as Iraqi?
11      Q    So in your opinion, this would not be
12  national origin discrimination?
13      A    I believe it complies.
14      Q    So I'm going to move down to line 59.
15  And again, I'm looking at column V, "Eligibility
16  requirements for qualifications necessary to run
17  for office."
18          Do you see that?
19      A    Yeah.  I'm just scrolling down there.
20  Yes, I'm there.
21      Q    "He/she must also be Catholic and willing
22  to be present at a majority of events and

Page 102

1  outings."
2      Is that in alignment with the
3  non-discrimination policy?
4      A   Yes.
5      Q   This is not religious discrimination
6  under the non-discrimination policy?
7      A   It depends on what does it mean to be --
8  "must also be Catholic."  What does that mean?
9  Does that mean that one is baptized?  Does that
10  mean that one likes to go to church?  Does that
11  mean that one likes the Catholic values?  It
12  doesn't proclaim that you must proclaim your
13  allegiance to Catholicism.
14     Q   Do you know whether these groups had been
15  recognized student organizations prior to 2018?
16     A   I can tell you in the case of the
17  Newman -- let me scroll over there.  One second.
18     Q   Yeah.  That should be 59.
19     A   Yeah.  I'm just -- I'm moving the cursor
20  over.  So Newman Catholic Center -- Newman
21  Catholic Center has been on campus for a long
22  time.  Sometimes they're registered; sometimes

Page 103

1  they're not.  It comes and goes.  But they're not
2  a new organization versus, like, our Iraqi
3  organization is newer.
4      Q   And they have -- don't they have some
5  dedicated space in the student center?
6      A   They rent that space.  That is rented by
7  the Archdiocese of Detroit.
8      Q   And how long have they rented that space
9  for, do you know?
10     A   Well, as far back -- I know as far back
11  as 1967, '68 when the building -- quick history
12  was that the building -- the upper part of this
13  building used to be called the Grosberg Religious
14  Center.
15         THE REPORTER:  Used to be called the...
16         THE WITNESS:  Grosberg --
17  G-R-O-S-B-E-R-G.  And back when this building was
18  built in '67, the religious organizations helped
19  build the building and then had that space in the
20  building.
21         There's only two groups -- I'm sorry --
22  three organizations left that still have a

Page 104

1  contractual relationship of leasing space in the
2  building.  That's Newman, Hillel -- HMD, Hillel of
3  Metro Detroit, and the Baptist Student Union.
4  BY MS. WINDHAM:
5      Q   And I know Newman Center, as you said, is
6  sometimes a recognized -- registered student
7  organization; it's sometimes not.  Is Hillel a
8  registered student organization?
9      A   No.  So Hillel has registered student
10  organizations that are advised by Hillel, but the
11  word Hillel of Metro Detroit is not a registered
12  student organization.
13         They have a student organization called
14  JSO, Jewish Student Organization.  That one stays
15  pretty constant in registration.  They have
16  another one called Students for Israel.  That kind
17  of comes and goes.
18     Q   And you mentioned -- I'm sorry, I missed
19  the name -- is it Baptist group that also has
20  rented space?
21     A   They have a room that they use weekly.
22  They're not nearly as active as it used to be.

Page 105

1  It's a room, and they gather once a week for a
2  lunch.
3      Q   Do they --
4      A   The student center would have more
5  details.  I just am aware of it.
6      Q   Are they also a registered student
7  organization?
8      A   You know, I'd have to go look at the
9  list.  550 groups, so sometimes I do have to look
10  at the list.
11     Q   Well put.
12     A   I happen to know Hillel because my son
13  works for a Hillel.  So I tend to know that.
14  Not -- he doesn't work here, at another
15  university.
16     Q   And has Hillel been -- have they had that
17  space for about as long as the Newman Catholic
18  Center has had their space?
19     A   Yes.  Yes.
20     Q   And you said that's when the student
21  center was built?
22     A   Yes.  Well, the current -- the building

27 (Pages 102 - 105)

Page 106

1  that we're in, yes.  It was around -- I think it
2  was around '67.  I was only three at the time, but
3  yeah.  Tom might remember.
4        I gave you a shout-out there, Tom.
5    Q   Just a couple more questions and I think
6  we're probably all ready for a lunch break.  So
7  talking about -- since 2018, has your office
8  received any complaints about registered student
9  organizations failing to follow the
10  non-discrimination policy?
11    A   No.  We get -- I will tell you we get
12  spats.  Typically, the spat is, why was that
13  person elected president and not me?  And there's
14  usually that -- this.  But nothing of the
15  non-discrimination policy.
16    Q   And you mentioned leadership spats.  Are
17  you aware of any complaints with regard to
18  membership where somebody has a complaint against
19  membership issues and the non-discrimination
20  policy?
21    A   No.  No.
22        MS. WINDHAM:  I think that was all I had

Page 107

1  for the moment.  So we can go ahead and break for
2  lunch.  Want to pick this up again at 12:40?
3        THE WITNESS:  That's fine with me.
4        MR. PAUWELS:  Yeah, that works.
5        MS. WINDHAM:  Okay.  Great.
6        (Whereupon, at 11:41 a.m., a lunch recess
7  was taken.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

Page 108

1        AFTERNOON SESSION
2           (12:44 p.m.)
3  Whereupon,
4        DAVID J. STRAUSS,
5  was called for continued examination, and having
6  been previously duly sworn was examined and
7  testified further as follows:
8        EXAMINATION BY COUNSEL FOR PLAINTIFFS
9  BY MS. WINDHAM:
10    Q   So we are back on the record.  And
11  Dr. Strauss, do you understand that you are still
12  under oath, just as you were this morning?
13    A   Yes.
14    Q   So I want to start with -- just follow up
15  on a couple more things that you -- issues that I
16  think you've probably dealt with personally and
17  then we'll move on to some kind of broader policy
18  questions.
19    A   Okay.
20    Q   Give me just a moment to pull up these
21  e-mails.
22    A   I just may continue to eat.  I tend to

Page 109

1  graze throughout the day.
2    Q   No problem.
3        Okay.  I just put three new exhibits into
4  the marked exhibit folder.  And the first one I'm
5  going to look at is WSU005401.  Are you able to
6  see that?
7    A   Yeah.  I had to refresh.  When you get a
8  new document, you have to go back and then you
9  have to come back in.
10    Q   Okay.
11    A   So that is 5401?
12    Q   Yes.
13    A   You got it.  Yes, I have it.
14    Q   And do you recognize this document?
15    A   Yes, I do.
16    Q   And these are some e-mails that you were
17  copied on regarding Diwali fireworks.
18    A   Yes.
19        MS. WINDHAM:  And I'm going to mark this
20  as Exhibit 6.
21        (Deposition Exhibit Number 6 was marked
22  for identification.)

28 (Pages 106 - 109)

Page 110

1    BY MS. WINDHAM:
2        Q    Is there a Wayne State policy against
3    using fireworks on campus?
4        A    I -- because it involved -- so we have a
5    fire marshal for the university.  And so I am
6    not -- I do not know the exact policy regarding
7    fireworks.  I would refer you to facilities.  But
8    I do know that when we have a question like this,
9    we will direct it to the appropriate unit.
10       Q    And would it be fair to say that you help
11   student organizations find the right person they
12   need to talk to about these kinds of questions?
13       A    Yes.
14       Q    And help them -- help to -- would it be
15   fair to say you help to facilitate their requests
16   in making sure they can carry out their events?
17       A    I facilitate their requests if they have
18   a question that needs answering.
19       Q    And that includes helping them to put on
20   religious ceremonies or events?
21       A    We assist them with any questions that
22   they have regarding any events that they would

Page 111

1    like to do on campus.
2        Q    And that sometimes is going to include
3    religious events?
4        A    Depends on how you define -- hard to
5    answer that on what is defined as a religious
6    event.
7        Q    Would you consider the Diwali fireworks
8    to be a religious event?
9        A    Well, it notes in this e-mail that it is
10   called a festival of Diwali.  I am not an expert
11   on world religions and their practices.
12       Q    But the student organization was able to
13   have their Diwali festival and have the fireworks
14   after this e-mail?
15       A    Yes.
16       Q    And I'm going to point you to WSU005404.
17       MR. PAUWELS:  5404?
18   BY MS. WINDHAM:
19       Q    Yes.
20       A    Okay.
21       Q    Are you familiar with this document?
22   Have you seen it before?

Page 112

1        A    I'm just reviewing it.
2        Q    Sure.  Take your time.
3        A    I am aware of the document.  I am cc'd on
4    it, on the -- there is one where -- Wednesday,
5    December 14th, 2016, 12:39 p m., and I am cc'd on
6    that.
7        MS. WINDHAM:  I'd like to have this
8    marked as Exhibit 7.
9        (Deposition Exhibit Number 7 was marked
10   for identification.)
11   BY MS. WINDHAM:
12       Q    And so this -- these e-mails regard
13   NASO -- is that Native American student
14   organization?
15       A    Yes.
16       Q    And they are seeking approval to carry
17   out a smudging ceremony in the student center?
18       A    Yes.
19       Q    And you were able to help them get that
20   approval?
21       A    Well, the -- the approval communications
22   were with the student center.

Page 113

1        Q    And so did you play any role in helping
2    them to get this approval or hold this event,
3    facilitate this event?
4        A    I would refer you to the narrative that's
5    in the e-mails.
6        Q    And I'm now going to point you to 5407.
7        A    Can I -- one thing real quick.
8        Q    Certainly.
9        A    I want to just note it, because you might
10   wonder -- because I looked down, and I want to let
11   you know that I'm not looking at notes.  My
12   insulin pump is on my belt.  And so if I have to
13   check where my blood sugars are at, it -- it tells
14   me there.  So if you see me eating, it could be
15   because my blood sugars are dropping.  Because I
16   have type I diabetes.
17       I just want to -- for the record, so you
18   don't think I'm -- what does he keep looking at?
19   Okay.  It's right here.  But it's clicked to my
20   belt.
21       Q    Thank you for noting that.  And if you,
22   you know, do have any issues or need a break for

29 (Pages 110 - 113)

Page 114

1  medical reasons, of course, tell me right away.
2      A   Thank you.  It's dropping, probably
3  because I walked outside.  So it gives me a reason
4  to eat the cake that's in my lunchbag.
5          Okay.  So let me go -- I apologize.  So
6  can you refer me back to which document you want
7  me to look at?
8      Q   WSU005407.
9      A   5407.  Okay.  I have it here.
10     Q   And are you familiar with this document?
11  Have you seen it before?
12     A   Well, I am -- no, I do not see my name on
13  any of the "to" or "from" of this document.
14     Q   So you're not familiar with it?
15     A   I don't see my name on the "to" or "from"
16  on the document.
17     Q   We'll move on to the next one.
18         Actually, I think we will move on to some
19  questions about policies and procedures.  And let
20  me just pull this document for a moment.  You
21  understand that you have been designated by Wayne
22  State to testify regarding policy and procedures

Page 115

1  regarding registered student organizations,
2  including all funding, access and benefits made
3  available to such organizations?
4      A   Yes.
5      Q   All right.  I want to ask you some
6  questions on that.  I know we've covered a lot of
7  that ground this morning, but I want to make sure
8  that I've got it.  And I got my notes out of order
9  in doing that, so sorry about that.  Give me just
10  a moment.
11         We talked a little bit this morning about
12  benefits for student organizations.  There's the
13  student activities funding, the ability to have
14  free room rentals or room reservations on campus.
15  Is that correct?
16         Space reservations.
17     Q   Space reservations.
18     A   Some are rooms, but some are outdoor
19  space.
20     Q   And what other benefits are made
21  available to student organizations?
22     A   So they can reserve space for free or

Page 116

1  some space reduced cost   They can apply for
2  funding from the student activity funding board.
3  They can say that they are a registered student
4  organization at Wayne State University.  Those are
5  the benefits
6         What about appearing on your website or
7  using --
8      A   Oh yes  You know   yeah  Yeah  As a
9  registered student organization, they appear on
10  the list of registered student organizations.  As
11  a registered student organization, they can
12  seek -- you know, you can come to our office for
13  assistance, but frankly, any student can come to
14  our office for assistance.
15         And do they use either OrgSync or
16  Engage -- and tell me if it's one or the other or
17  both -- as a way of communicating with students?
18     A   Well, so, OrgSync became Engage, so it's
19  kind of Coke and Pepsi.  So I would just say that,
20  you know, OrgSync just morphed into Engage, so the
21  current product is Engage.
22         So can they use that to communicate with

Page 117

1  students?  Depends on how -- what form of
2  communication you're asking.
3      Q   So you know, I would understand that, you
4  know, by appearing on your website, that's a way
5  for them to communicate to students.  But I was
6  wondering if there's any, like, messaging
7  capabilities or calendars or any other
8  functionality that they might use for that system
9  as a way to kind of help manage their organization
10  and communicate?
11     A   Correct.  So a student can inquire -- so
12  the answer is yes.
13     Q   And can you describe to me what
14  functionalities they have access to?
15         Yes.  Do you want details?
16     Q   Yes, please.
17         They -- the product has a calendar
18  resource, so they can post events on the calendar.
19  The product has a resource where a -- where, when
20  listed as a registered student organization, they
21  can list an e-mail address that others can see to
22  write them an e-mail to inquire to the

30 (Pages 114 - 117)

Page 118

1    organization.
2         The product has a -- has a resource
3    similar to like a Facebook group.  So members
4    of -- they can permit members of the organization
5    into that group.  The closest thing I would
6    compare it to would be like a Facebook group.
7         What they do not have access to is to do
8    an all-student e-mail to the campus student
9    enrollment group.
10        Q    Who is able to send those kind of
11   all-student e-mails?
12        A    So that is -- that is permission granted
13   by our office of -- our division of computing and
14   information technology.
15        Q    And are you aware of any occasions where
16   a student organization would be able to send an
17   all-student e-mail?
18        A    No.
1         Q    And if a student organization is not
2    registered, then they would not receive the
2    benefits of OrgSync or Engage?
2         A    That is correct.

Page 119

1         Q    Are there any other benefits that you
2    provide to student organizations?
3         A    They can participate in Festifall.  They
     can participate in student organizations day.
     They can participate in Winterfest.  Those would
     be the only additional ones to what we mentioned a
     minute or two ago.
8         Q    And how many -- I think we covered this
9    before.  You said there are about 550 registered
1    student organizations?
1         A    Yes.  We ended the 2019-2020 academic
1    year with approximately -- I think it might have
1    been just shy -- I can give you the exact number,
14   but 550.
15        Q    And do you have an estimate of what
16   percentage of Wayne State students are involved in
17   student organizations?
18        A    No.
19        Q    If you took your best guess, what would
20   it be?
21        A    I wouldn't be able to give a guess.  We
22   don't require rosters, so I wouldn't know.

Page 120

1         Q    From your perspective, what is the
2    purpose of having registered student organizations
3    at Wayne State University?  What do they bring or
4    add to the university?
5         A    Opportunity for student involvement.
6         Q    Anything else?
7         A    Ways for students to get involved in
8    campus, get -- just get involved.
9         Q    And what are the benefits for the
10   university if students are more involved on
11   campus?
12        A    Well, without giving you a dissertation
13   of what I studied in my doctoral program --
14        Q    We only have seven hours.
15        THE REPORTER:  I'm sorry.  I didn't hear
16   what you said.
17        MS. WINDHAM:  I apologize.  I was making
18   a joke.  I said we don't [sic] have seven hours.
19        THE WITNESS:  Or in my case,
20   five-and-a-half years of -- to degree.
21        What -- studies will tell you that
22   student involvement leads to feeling -- to being

Page 121

1    connected to campus.  And when a student is
2    connected to something or some things or someone
3    on campus, the data will show you that those
     students retain at a higher rate and graduate at a
5    higher rate.
          So we always say it's to something or
     some things.  Could be a student organization.
8    Could be an athletic team.  Could be doing
9    research with a professor.  As long as you're
1    connected, you are more likely to retain and
1    graduate.
1         Q    So it sounds like it would be fair to say
1    that's a benefit for the university, for Wayne
1    State, and a benefit for the students as well.
1         A    Yes.
1         Q    Why is it -- you're thinking about the
1    benefits that Wayne State offers for student
1    organizations, like communications and free or
1    reduced cost-space reservations and Festifall and
2    student organization fairs.  Why does the
2    university offer those benefits?
2         A    To provide students the opportunity for

Page 122

1 involvement.
2 　 And do you think having those benefits
3 increases student involvement?
4 A Yes.
5 Q Are there any -- I'm going to ask a
6 little bit about Greek groups and clubs -- with
7 regard to Greek groups, do they have access to any
8 additional or different benefits than other
9 registered student organizations?
10 A No.
11 Q I have a document I want to ask you
12 about. It will take just a moment here.
13 So I just added WSU001727.
14 A Okay.
15 Q Do you see that?
16 A Yes.
17 Q And are you familiar with this document?
18 Have you seen it before?
19 A No.
20 (Discussion held off the record.)
21 BY MS. WINDHAM:
22 Q So, Dr. Strauss, on 1727 -- you're

Page 123

1 familiar with this document?
2 A Yes.
3 Q And you've seen it before?
4 A Yes.
5 Q So it's an e-mail string and -- between
6 you and some others and Donna -- Dauphinais?
7 Dauphinais?
8 A Close enough. Dauphinais.
9 Q Okay. Dauphinais, thank you.
10 And what is -- what is her position at
11 the university?
12 A She is no longer at the university, but
13 at the time -- it is noted there on her signature.
14 Q So she worked on institutional
15 accreditation and compliance?
16 A Yes.
17 Q And she was asking you for a report on
18 student organizations. Do you know what the
19 purpose of that report was?
20 A Can I take a second to read the e-mail?
21 Q Certainly.
22 A Thanks for redacting my e-mail -- I mean

Page 124

1 my cell phone number. They all have it.
2 Okay. Thank you for the time. I've read
3 it. So thank you for allowing that. So if you
4 want to proceed with your questions.
5 Q Thanks. I just wanted to know what the
6 purpose of this report was or what it was going to
7 be used for.
8 A I could only note what is listed in the
9 e-mail communications.
10 Q And do you have any knowledge beyond
11 what's listed in the e-mail?
12 A HLC stands for Higher Learning
13 Commission. It's our accreditation body.
14 Q And so would this report be something
15 regarding accreditation?
16 A Perhaps. I would have to refer you to
17 the office that is responsible for accreditation.
18 Q I want to talk -- I had a couple of
19 follow-up questions about the approval process for
20 student organizations. What are different tiers
21 of approval, or student group tiers?
22 A We don't have those anymore. We

Page 125

1 experimented with tiers based on numbers of
2 students in the registration process, but it did
3 not -- and it was something that OrgSync provides
4 back then. But we quickly, within the first
5 semester of it being in place, disbanded it
6 because it was -- we tried something. It didn't
7 work. We disbanded it.
8 Q Makes sense.
9 A Yeah. I mean, you know, I always tell my
10 staff, try, you got to learn. But we were getting
11 feedback that it was confusing for students, so we
12 said, no, scrap it, just go back to the regular.
13 Q Was there any difference in benefits or
14 access if you were in a different tier group?
15 A It related to funding, to receiving
16 funding from the student activity funding board.
17 But we -- as I said, we --
18 THE REPORTER: I'm sorry. Receiving
19 funding...
20 THE WITNESS: I'm sorry. Receiving
21 funding from the student activity funding board.
22 But we disbanded -- we disbanded the rule

32 (Pages 122 - 125)

Page 126

1  so that it didn't -- no one ever had an ill effect
2  of that.
3  BY MS. WINDHAM:
4     Q   And when did you -- you said that that
5  happened within the space of one semester, more or
6  less. And do you remember what semester that was?
7     A   It was a fall semester. I'd have to -- I
8  don't recall which -- I'd have to dust off, but it
9  was a fall semester.
10    Q   How do students join student
11 organizations?
12    A   Sorry. My meters are beeping on me. Can
13 you please repeat that?
14    Q   How do students join student
15 organizations?
16    A   They can inquire by student
17 organizations. Of course we -- Festifall, student
18 organizations day, Winterfest. They inquire to
19 the student organization through seeing the list
20 on the website. Student organizations may hang
21 fliers around campus. Student organizations may
22 voice recruit, you know, hey, I have a friend

Page 127

1  that -- would you like to come with me to this --
2  to join this group?
3          They will have what we call info tables
4  in the student center where they'll have a table
5  for a day and students will stop by and sign up.
6  They might see a post on social media about a
7  group. They might follow a group on social media.
8     Q   Are you aware of any organizations,
9  student organizations, that are active on campus
10 that are not currently registered?
11    A   No.
12    Q   And so when a student wants to join an
13 organization, does the organization itself decide
14 how students join or who they're going to accept
15 as members?
16    A   Yes.
17    Q   And that's going to vary from
18 organization to organization?
19    A   Yes.
20    Q   All right. So I'm going to move on to --
21 I know we've talked a bit about the
22 non-discrimination policy, but I want to talk to

Page 128

1  you about that a little bit more and get the
2  exhibit in front of us.
3          Okay. So I've just added WSU001371.
4     A   Yes.
5     Q   And this -- are you familiar with this
6  document?
7     A   Yes.
8     Q   And this is the Wayne State
9  non-discrimination policy?
10    A   Non-discrimination and affirmative action
11 policy.
12    Q   Yes.
13         MS. WINDHAM: I would like to have this
14 marked as Exhibit 8.
15         (Deposition Exhibit Number 8 was marked
16 for identification.)
17 BY MS. WINDHAM:
18    Q   And obviously, you -- well, I say
19 obviously. As we've discussed, you considered
20 this policy with regard to student organizations?
21    A   Yes.
22    Q   And does the policy make any specific

Page 129

1  reference to student organizations?
2     A   Can you restate that?
3     Q   Does the policy make any reference to
4  student organizations?
5     A   I don't see those words in it.
6     Q   And does it say anything specific about
7  the membership criteria of student organizations?
8     A   It doesn't say student organizations, but
9  section 2.28.01.010 speaks to all operations,
10 employment opportunities, educational programs and
11 related activities.
12    Q   And so you understand that to apply to
13 student organizations and their membership
14 decisions?
15    A   Yes.
16    Q   And do you understand that to apply to
17 student organizations and their leadership
18 decisions?
19    A   Yes.
20    Q   If a student organization wants to form
21 around enhancing a specific moral or ethical
22 principle, are they able to do that?

33 (Pages 126 - 129)

Page 130

1    A   Yes.
2    Q   Can they require that their leaders
3  commit to advance that moral or ethical principle?
4    A   Can you say that again?
5    Q   If a student organization wants to
6  require its leaders to commit to advance a
7  particular moral or ethical principle, can the
8  organization do that?
9        MR. PAUWELS:  Objection.  Form and
10  foundation.
11  BY MS. WINDHAM:
12    Q   Does the -- let me rephrase that.
13        The non-discrimination policy does not
14  prohibit a group from forming around certain moral
15  or ethical principles?
16    A   Yes.
17    Q   And --
18    A   That's correct.
19    Q   And so the non-discrimination policy does
20  not prohibit a group from requiring that its
21  leaders advance certain moral or ethical
22  principles?

Page 131

1    A   Yes.  That's correct.
2    Q   And the non-discrimination policy does
3  not prohibit a group from requiring that its
4  leaders agree with certain moral or ethical
5  principles?
6    A   Can you state that again?
7    Q   The non-discrimination policy does not
8  prohibit a group from requiring that its leaders
9  agree with certain moral or ethical principles; is
10  that correct?
11        MR. PAUWELS:  I'm going to object to the
12  form and foundation.
13  BY MS. WINDHAM:
14    Q   You can answer.
15    A   I'm still trying to understand it so I
16  can give you a sufficient answer.
17    Q   So let me give you a concrete example.
18  The Wayne State University College Democrats,
19  they're allowed to advocate more progressive
20  causes, correct?
21    A   Yes, correct.
22    Q   And they can work to elect candidates

Page 132

1  that hold the same values that the College
2  Democrats hold?
3    A   Correct.
4    Q   And can they choose student group -- can
5  they -- let me rephrase.
6        Can they require that their student group
7  leaders advocate for progressive causes?
8    A   Any student that joins the student
9  organization has the opportunity to run for an
10  office.
11    Q   And can they require that their officers
12  advocate for progressive causes?
13    A   They can require that the student leaders
14  support the mission and objectives of the student
15  organization.
16    Q   Can they require that the student leaders
17  agree with the mission and objectives of the
18  organization?
19    A   No.
20    Q   So the College Democrats cannot require
21  that their student leaders agree with the goals of
22  their organization?

Page 133

1    A   No.  They can -- student leaders --
2  students join an organization for the goals and
3  mission of the organization.  And they run for a
4  leadership position because they want to be a
5  leader in that organization.
6        But in your example, they would not say
7  that one needs to align themselves with a
8  particular candidate in that particular party that
9  you're referring to, the College Dems.
10    Q   So there's a registered organization, the
11  Wayne State Young Democratic Socialists.  Lists
12  its goal as defending immigrants, divesting for
13  fossil fuels and supporting anti-poverty work.  It
14  required that its leaders agree with defending
15  immigrants, divesting for fossil fuels and
16  supporting anti-poverty work.
17    A   I think I'm having a challenge thinking
18  about how you're saying "agree."  Do they sign on
19  a document?  Do they stand up and profess?
20    Q   If they asked the leaders to sign a
21  document saying that they agree --
22        THE REPORTER:  I'm sorry.  If they

34 (Pages 130 - 133)

Page 134

1  asked...
2  BY MS. WINDHAM:
3  Q   If they asked the leaders to sign a
4  document saying that they agree with those goals,
5  would the organization be allowed to that?
6  A   I'm sorry, can you say that last
7  sentence?
8  Q   Would the organization be allowed to do
9  that?
10  A   If that was brought to my attention, I
11  would consult with general counsel.
12  Q   Would doing so be in violation of the
13  non-discrimination policy?
14  A   I would have to consult with general
15  counsel.
16  Q   And is it your opinion that it would
17  violate the non-discrimination policy?
18  A   It's not -- it's not to talk of my
19  opinion.  It's what is my role in the policies --
20  in upholding the policies and procedures of the
21  institution.  And, thus, if I had a question about
22  how I would uphold those, I will seek counsel from

Page 135

1  general counsel.
2  Q   And you were designated to speak to the
3  university's policies today?
4  A   I believe so.
5  Q   And you're able to speak to those
6  policies?
7  A   Yes.
8  Q   You understand and apply those policies
9  in your day-to-day work?
10  A   To the best of my ability.
11  Q   And so would it violate the
12  non-discrimination policy for a political group to
13  ask that its leaders agree with certain political
14  statements?
15  A   I believe so.  But before I made that
16  ruling to take action on a group, I would seek
17  clarification from general counsel.
18  Q   Do you know whether any registered
19  student organizations on campus ask their leaders
20  to agree with certain policies?
21  A   I do not.
22  Q   Do you know whether any registered

Page 136

1  student organizations ask their members to agree
2  with certain policies?
3  A   I do not.
4  Q   I'm going to take just a moment and pull
5  up a couple more documents.
6  A   Sure.
7       (Pause in the proceedings.)
8       THE WITNESS:  Can I just do something
9  real quick?
10  BY MS. WINDHAM:
11  Q   Certainly.  I apologize.  I'm having a
12  little bit of trouble getting everything in order.
13  A   No.  I -- I took a second to look at my
14  text messages, and if I don't tap this, then my
15  daughter will be very mad at me because her
16  off-campus house next year will not have Internet
17  when they move in.
18  Q   I appreciate the explanation.
19  A   Dealing with that will be more difficult
20  than a deposition, especially when all the classes
21  are online.  She goes to Michigan State, and
22  they're all online too.

Page 137

1       Okay.  Cool.  Thank you.
2  Q   Thank you.  So sorry about that.  I
3  finally got my documents sorted out.  I just added
4  to the folder WSU001838.
5  A   Okay.  I'll take a look.  Yep.
6  Q   Have you seen this document before?
7  A   It's pulling up here.
8       No.
9  Q   You're not familiar with the document?
10  A   I see lots of, you know, spreadsheets
11  that -- of registered student organization
12  material.  So I couldn't speak to seeing this
13  specific -- particular one.
14  Q   This is a document that you produced to
15  us as part of the litigation.  Do you know why it
16  was produced?
17  A   I do not.
18  Q   So I want to ask you a few questions
19  about Greek organizations.  I say Greek; I'm
20  saying that to mean social fraternities and
21  sororities.  I know there are also honor societies
22  using Greek letters.

35 (Pages 134 - 137)

Page 138

1    What is your role with regard to Greek
2 organizations on campus?
3    A    Social fraternities and sororities are
4 registered student organizations.
5    Q    And is the registration process for them
6 any different than it is for any other student
7 organizations?
8    A    No.
9    Q    So it's done annually, and it's done
10 through OrgSync or Engage?
11    A    Yes.
12    Q    And you -- I'll skip that.
13    Are Greek organizations exempt from the
14 non-discrimination policy?
15    A    No.
16    Q    Are they allowed to discriminate
17 according to sex?
18    A    They -- social Greek organizations have a
19 long-standing and historical -- what's the word
20 I'm looking for? -- long-standing and historical
21 position as gender-based organizations.
22    Q    Are they allowed to select members based

Page 139

1 on sex?
2    A    Fraternities were established for those
3 who identify male; sororities were established for
4 those who identify as female.  Of the social
5 Greeks.  There are co-educational organizations,
6 but those are what we call professional and honor
7 societies.
8    Q    And the social Greeks are allowed to
9 limit their membership based upon sex?
10    A    Based upon gender identity.
11    Q    And how would you define the distinction
12 between sex discrimination -- well, I won't say
13 discrimination, but between limitations based on
14 sex and limitations based on gender identity?
15    A    Sex is assigned at birth, not by the
16 individual.  Gender identity is what the
17 individual identifies as their gender.  There are
18 many, many forms of gender identity.  Identifying
19 one as male or one as female is based on assumed
20 anatomical parts.  Gender identity is what's here.
21    So if one identifies male, they may
22 anatomically not have the physiological [sic]

Page 140

1 construction that society assumes is male, but
2 they identify male and, thus, would want to or be
3 eligible to join a fraternity.
4    Q    And so fraternities -- social
5 fraternities can limit their membership to those
6 who identify as male?
7    A    Yes.
8    Q    And social sororities can limit their
9 membership to those who identify as female?
10    A    Yes.
11    Q    But they would go with the student's
12 gender identity rather than their sex assigned at
13 birth?
14    A    It depends on -- I mean -- kind of.  You
15 know, it's how does the individual -- you know,
16 it's how does the individual identify their
17 gender.  You know, we don't have the seven hours
18 to talk about the history of how this all came
19 about and society and student -- and -- in society
20 and then in a microcosm in fraternities and
21 sororities.  But I would say that, you know, as --
22 if you think back to when I was in a fraternity,

Page 141

1 you know, 35 years ago, it was a different
2 conversation than the society we're in now.
3    And so as we change with the times,
4 gender identity is how one identifies how they
5 want to affiliate in this particular setting of a
6 fraternity or -- a social fraternity or sorority.
7    Q    And so if a sorority said, we -- we're
8 going to limit our membership to women and we're
9 going to decide, you know -- we'll make the
10 determination about women based on your sex
11 assigned at birth rather than your gender
12 identity, would that be a violation of the
13 non-discrimination policy?
14    A    Yes.
15    Q    Why are -- well, before I ask why, where
16 is the exemption written down that would allow
17 Greek groups to limit their membership based on
18 gender identity?
19    A    I'm sorry, can you say that one more
20 time?
21    Q    Where is the exemption written down that
22 would allow Greek groups to limit their membership

36 (Pages 138 - 141)

Page 142

1 based on gender identity?
2     A   I don't recall.
3     Q   So are you -- how is that policy
4 communicated to others in your office?
5     A   When it comes to social fraternities and
6 sororities, we, as a university, subscribe to or
7 follow the policies, the historical -- the
8 historical operations of the fraternities and
9 sororities in this country and the practices that
10 are followed at all other higher education
11 institutions that have social Greek organizations.
12 So that is just something that has been a
13 historical understanding.
14         Again, I'm not an attorney, nor am I a
15 student of case law, but I do know at times this
16 has been challenged.  I know that's not
17 particularly why we're here today.  But I would
18 tell you that as a student affairs professional
19 for more than 30 years, that has been something
20 that has always been the accepted practice in
21 student affairs at colleges and universities in
22 this country.

Page 143

1     Q   And when you're looking to accepted
2 practices, it sounds like you would look to both
3 what's historically been done at Wayne -- well,
4 you would look to what's historically been done at
5 Wayne State, right?
6     A   In a micro sense, yes.  In a macro sense,
7 Michigan, Michigan State, et cetera.  But in a
8 micro sense, you know, this is how we administer
9 social Greek organizations in line with and in
10 practice with something that's been in place for
11 more than a century and is -- at the national
12 level, as these are national organizations, as
13 well as common practice at all institutions,
14 higher education institutions that have social
15 Greek -- not all have social Greek organizations,
16 but those that do.
17     Q   And So when you're looking to policies,
18 it sounds like you would also look to other
19 universities, like Michigan, Michigan State, your
20 prior experience at the Ohio State University?
21     A   That's correct.  There's certainly a fair
22 amount of benchmarking that occurs in the

Page 144

1 industry.
2     Q   And is that true with just Greek groups
3 or is that true with student groups more
4 generally?
5     A   That's true with, you know, any aspects
6 of student affairs administration, be it code of
7 conduct, student activity, student organizations.
8 The call that I probably won't make today at
9 4:00 is about -- with my peers about what we're
10 doing for COVID-19 safety.
11     Q   Actually, let me pull up the
12 interrogatories here.  Give me just a second.
13     A   Sure.
14     Q   I just added the document responses and
15 objections -- oh, sorry.  I'm looking at the wrong
16 one.  I was looking at the deposition.
17         Defendants' answers to plaintiffs' first
18 set of interrogatories.  Have you seen this
19 document before?
20     A   You want me to pull up the one that says
21 defs' [sic] answers to plaintiffs' first set of
22 interrogatories.

Page 145

1     Q   Yes, that's right.
2     A   Okay.  Cool, let me open it up here.
3         I don't recall if I've read it word for
4 word.
5     Q   Do you understand that this is a document
6 that your lawyers have produced for us in this
7 case?
8     A   Yes.
9     Q   And you understand that you have been
10 designated by Wayne State to speak to relevant
11 interrogatories?
12     A   Yes.
13     Q   So I'm going to the top of page 10.  And
14 this is part of the answer of interrogatory
15 number 6.
16         MS. WINDHAM:  By the way, I'm going to
17 ask that this be marked as Exhibit 9.
18         (Deposition Exhibit Number 9 was marked
19 for identification.)
20 BY MS. WINDHAM:
21     Q   And on top of page 10, last line in that
22 paragraph is, "Further, with regards to the

37 (Pages 142 - 145)

Page 146

1  registration of student organizations, Wayne State
2  defendants state that Title IX permits the
3  organization of single-sex sororities, social
4  fraternities and club sports teams."
5      A   I'm sorry, can I interrupt for a second.
6  You're saying page 10?
7      Q   Yes.
8      A   Okay.  Okay.  Are you reading -- were you
9  reading beginning at the top of page 10?
10     Q   It's the second sentence in that
11 paragraph.
12     A   Beginning with "further"?
13     Q   Yes.
14     A   Okay.  Thank you.  Because it also states
15 on page 22 about social Greek organizations and
16 Title IX on page 22.
17     Q   Okay.  Let's stick to page 10 for the
18 moment.  Is that statement accurate?
19     A   Yes, that is.
20     Q   And is it still true today?
21     A   Yes, it is.
22     Q   What does the university achieve by

Page 147

1  allowing that exemption to exist?
2      MR. PAUWELS:  Object to the form and
3  foundation.
4      You can answer.
5      THE WITNESS:  Answer?
6      MR. PAUWELS:  If you know the answer, you
7  can answer.
8      THE WITNESS:  Well, it's subjective.
9  It -- it allows those organizations to continue to
10 operate as they have, in the case of Greek social
11 organizations, for more than a hundred years.  And
12 in the case of club sports teams, permits them to
13 compete in competitions with other teams at other
14 universities.
15 BY MS. WINDHAM:
16     Q   And is it your understanding that
17 Title IX requires this exemption or just permits
18 this exemption?
19     A   I'm not an expert on Title IX as it
20 relates to gender identity and these activities.
21     Q   Would you be surprised if I told you it
22 permits it, but does not require it?

Page 148

1      A   Well, it says right there, we state that
2  Title IX permits the organizations, single-sex
3  social sororities, social fraternities and club
4  sports teams.
5      So I would stand behind that -- I would
6  stand with that statement.
7      Q   And I want to ask about club sports as
8  well.  Are club sports allowed to limit their
9  membership according to gender identity?
10     A   Yes.
11     Q   Are they allowed to limit their
12 membership based upon sex assigned at birth?
13     A   I can't answer that.
14     Q   You don't know?
15     A   Well, club sports is something that we
16 require them to be a registered student
17 organization, but they are administered by our
18 department of athletics, so they would have more
19 knowledge about the construct of club sports in
20 the club sports world of higher education.
21     So I would not -- I would stick with --
22 you know, again, I would refer you to someone that

Page 149

1  is more well versed on club sports.  They
2  require -- club sports are required to be
3  registered student organizations to then be a club
4  sport.  So we are going to administer them with
5  the -- you know, as is stated here.  We don't do
6  the day-to-day.  The department of athletics does.
7      Q   And -- but your office is still
8  involved -- your office still ultimately decides
9  whether or not they will be a registered student
10 organization?
11     A   Correct.  So we would -- what you see
12 here is what we would -- is what we stand by.
13     Q   I'm going to add another exhibit to the
14 folder here.  And this is entitled, WSU club
15 sports sample constitution.
16     A   Got it.
17     Q   Have you seen this document before?
18     A   No.
19     Q   Are you aware that this document appears
20 on Wayne State's website?
21     A   I'm aware that the recreation and fitness
22 center has a section of their website for club

38 (Pages 146 - 149)

Page 150

1   sports.
2       Q   Did anyone in your office create this
3   document?
4       A   I don't know.
5       Q   Was anyone in your office involved with
6   creating or posting this document?
7       A   I don't recall.
8       Q   And article III, section B of this
9   document says that "membership in -- enter club
10  name -- "shall not be denied because of age,
11  color, disability, familial status, height,
12  national origin, race, religion, sexual
13  orientation or weight."
14          Is that a correct reading of the
15  document?
16      A   It is article II, not article III.
17      Q   Thank you for the correction.  With that
18  correction, is it a correct reading of the
19  document?
20      A   Yes.  That's what I see in front of me.
21      Q   A d thi  d   um   t -- thi
22  non-discrimination statement does not include sex

Page 151

1   or gender identity, correct?
2       A   I don't see it written there.
3       Q   And so this non-discrimination -- and so
4   this statement is not consistent with the
5   university's non-discrimination statement?
6       A   It doesn't include what is in the -- it
7   doesn't include what in the non- -- everything
8   that's in the non-discrimination statement.
9       Q   If a registered student organization
10  listed this as its membership qualifications,
11  would you approve it or would you say that it
12  should be disapproved because it does not comport
13  with the university non-discrimination statement?
14      A   I would -- the university's
15  non-discrimination policy is a policy for the
16  entire university to abide by.
17      Q   And this statement is inconsistent with
18  that policy?
19      A   As I read it in section B, yes.  It's not
20  under --
21      Q   So a student organization that presented
22  this as its -- as part of its application for

Page 152

1   approval would be denied for being inconsistent
2   with the non-discrimination policy?
3       A   Would raise a concern to consult with
4   general counsel before making a final decision.
5       Q   And is it your opinion that this would be
6   inconsistent with the non-discrimination policy?
7       A   If I saw this, I would raise a concern to
8   the office of general counsel before making my
9   final decision.
10      Q   And you understand that you're here to
11  testify to the university's policies today?
12      A   Yes, but I'm not responsible for club
13  sports beyond registering them as a student
14  organization.
15          You'll note under section --
16  article VIII, operating body, section A, all
17  operations of the -- fill in the blank, enter the
18  team name -- would be coordinated through and with
19  the approval of the Mort Harris Recreation and
20  Fitness Center.
21      Q   You are responsible for the registration
22  of club sports as student organizations?

Page 153

1       A   That is correct.
2       Q   And so if a club sport presented a
3   constitution with this statement, they would not
4   be registered?
5       A   It would lead to a conversation with
6   general counsel for advice that could likely lead
7   to a non-registration.
8       Q   Because this, as written, appears to be
9   inconsistent with the non-discrimination
10  statement?
11      A   It's not inclusive of the -- everything
12  that we see in the university's non-discrimination
13  statement.
14      Q   Why is it that club sports are permitted
15  to limit their membership according to gender
16  identity?
17      A   Other than what is stated in the document
18  we looked at prior, I would refer to that.
19      Q   How long has that exemption been in
20  place?
21      A   I don't know.
22      Q   Do you know who created that exemption?

39 (Pages 150 - 153)

Page 154

1    A   No.
2    Q   How is that exemption communicated to
3    staff in your office?
4    A   The staff member who is responsible for
5    registering student organizations is aware of the
6    policy as it relates to fraternities and
7    sororities, social fraternities and sororities,
8    and that club sports on gender identity for the
9    purpose that they compete, that they meet the --
10   what requirements there are of the different
11   leagues that they compete in external to the
12   university.
13       Club sports is a step below
14   intercollegiate athletics.  So they compete with
15   local teams rather than in a conference like the
16   Big Ten.  Again, that's administered by the
17   department of athletics.  So I'm not an expert on
18   club sports, but that's a synopsis.
19   Q   Are intramural sports different from club
20   sports?
21   A   Yes.
22   Q   And are intramural sports teams

Page 155

1    registered student organizations?
2    A   No.  It's a program that's offered by the
3    university.
4    Q   And what department is in charge of that
5    program?
6    A   Recreation and intramural sports.
7    Q   And does your office have any involvement
8    with that program?
9    A   No.
10   Q   And for club sports, they are part of
11   larger regional or national organizations?
12   A   Correct.
13   Q   And it's the regional or national
14   organizations that might have rules about men's
15   teams versus women's teams?
16   A   For participation, correct.
17   Q   And so if club sports were required to
18   have co-ed teams, that could be a conflict with
19   their regional or national bodies?
20   A   Potentially.  Again, I'm not -- I would
21   say potentially, because it's not my area of
22   knowledge base, but I would say potentially.

Page 156

1    Q   And if they -- they lost the ability to
2    compete with other teams outside of Wayne State,
3    that would impair their ability to function as
4    club sports?
5    A   Yes, because they don't compete
6    internally.  They're established as the club team
7    that will go compete at Oakland University or
8    University of Michigan.  There's no
9    inter-competition.  That's what intramurals are.
10   Q   And so they have to follow the policies
11   of their league?
12   A   That is correct.
13   Q   Or their affiliated national or regional
14   organization?
15   A   That is correct.  So for example, there
16   are -- there's a very pop- -- we don't have it,
17   but there's a very popular football club sport
18   movement in the country that -- they even have,
19   you know, a national championship game in club
20   football that gets more spectators than we get at
21   our intercollegiate athletic football.
22   Q   May be the only one we have this year.

Page 157

1    A   It's -- right now -- are you in Michigan?
2    Q   No.  I'm not.  I'm in the D.C. area.
3    A   So in Michigan, currently, the governor's
4    order is still in place that no indoor recreation
5    facilities are permitted to be open.  So our
6    recreation fitness center -- I point that way
7    because it's right across the way -- is not
8    permitted to be open.  Like, all of our YMCAs are
9    not permitted to be open.
10   Q   I'm sure it's, as with everything,
11   forcing a lot of changes on campus this year.
12   A   It is.  It's unfortunate, but we'll get
13   there.
14       MS. WINDHAM:  I had just a couple of more
15   things that I want to cover, but I think at the
16   moment, I'm going to go ahead and ask that we take
17   a short break.  Say, ten minutes.  Does that work
18   for everybody?
19       THE WITNESS:  So 2:10?
20       MS. WINDHAM:  Yes.
21       THE WITNESS:  That's great.
22       MR. PAUWELS:  Sounds good.

40 (Pages 154 - 157)

Page 158

1      MS. WINDHAM:  See you back in ten.
2   Thanks.
3      (Whereupon, a short recess was taken.)
4   BY MS. WINDHAM:
5      Q   Dr. Strauss, you had mentioned earlier --
6   I think it was the student conduct board.  I'm
7   saying the wrong name, but like student conduct
8   processes?
9      A   It's called the student code of conduct.
10     Q   Thank you.  And what is the enforcement
11  mechanism for the student code of conduct?
12     A   Sure.  So the student code of conduct is
13  a board of governors policy.  It designates that
14  there be a student conduct officer.  And the
15  student conduct officer resides in the dean of
16  students' office.
17     Q   And so they are respons- -- well, let me
18  ask, who is responsible for investigating
19  complaints of potential violations of the student
20  code of conduct?
21     A   So if any member of the university
22  believes a student has violated the student code

Page 159

1   of conduct, any -- anybody.  If you believe a
2   student has violated the student code of conduct,
3   you would submit a -- you would submit a form that
4   says, you know, David Strauss violated section 4.6
5   of the student code of conduct.
6      Q   And how often do you have complaints that
7   are related to student organizations or activity
8   of the student organizations?
9      A   Very rarely.  Very rarely.
10     Q   It happens once a year or less than that?
11  More than that?
12     A   I would say once a year, maybe twice a
13  year.  And typically, it's around, like, violating
14  a policy of bringing food in from the outside that
15  they're not permitted to do.
16     Q   What does the process look like after you
17  get a complaint?
18     A   So we call it a charge.  Okay.  An
19  allegation.  So you have allegedly violated the --
20  you have a student code of conduct charge for
21  alleged violation of the student code of conduct.
22  The form would be -- the charge would be

Page 160

1   submitted.
2      The student conduct officer would then
3   contact the student or the representative of the
4   student organization to do what's called a
5   fact-finding meeting.  And that would begin the
6   investigation.
7      Q   And then who conducts the investigation?
8      A   The student conduct officer.  So one
9   thing just to -- for your -- just for information,
10  the code of conduct identifies non-academic
11  misconduct and academic misconduct.  Someone is
12  waving to me.  Sorry.
13     So there's non-academic misconduct and
14  academic misconduct.  Academic misconduct is
15  commonly referred to as cheating and plagiarism.
16  We do the administrative aspects of that, but the
17  adjudication by the schools and colleges.  We have
18  13 schools and colleges within the university.
19     So if you were a college of engineering
20  student, it would be by the dean's office in the
21  college of engineering.
22     When it comes to non-academic

Page 161

1   misconduct -- me and Tom get into a scrap on the
2   basketball court; that's non-academic misconduct.
3   That comes through my -- through our -- my office,
4   not me, but the conduct officer on my staff.
5      Q   Do Title IX complaints go through that
6   same process or is there a different process for
7   Title IX?
8      A   So we have a Title IX director.  And
9   if -- any Title IX complaint would go to the
10  Title IX director, and the Title IX director
11  resides in the office of equal opportunity.
12     Q   And so if you got a complaint and there
13  was relevance to Title IX, you would just transfer
14  it over to that office?
15     A   Correct.
16     Q   And you may have said, but who is it in
17  your office that's in charge of code of conduct --
18  who is in charge of receiving and then looking
19  into code of conduct violation?
20     A   Our student conduct officer.  Do you need
21  her name?
22     Q   Yes, please.

41 (Pages 158 - 161)

Page 162

1    A    Okay.  I'm going to spell it because it
2    doesn't pronounce like it spells.  So it's
3    N-I-K-O-L-I-N-A.  And her last name is C-A-M-A-J.
4    But it's pronounced Camaj.
5    Q    Camaj?
6    A    Uh-huh.
7    Q    Thank you.
8    A    You're welcome.  Nikolina -- and the
9    first name Nikolina.
10   Q    Nikolina Camaj.  Thank you.
11        So when you have -- well, let me go to
12   what may or may not be a different topic.  When
13   you're doing student organization registration,
14   they are, of course, required to acknowledge the
15   non-discrimination statement, right?
16   A    Yes.  Sorry.  I was nodding, I'm sorry.
17   I forget I'm here, I'm sorry.
18   Q    No problem.
19   A    You know, when you're with students, you
20   learn to just do a lot of this (nodding head).
21   Q    So they have to acknowledge
22   non-discrimination statement and somebody in your

Page 163

1    office reviews their application?
2    A    Ricardo.
3    Q    Yes.  And part of his review is looking
4    for any red flags regarding [sic] to the
5    non-discrimination statement, correct?
6    A    Well, several -- I mean, the whole --
7    he's reviewing the whole document.  So yes.
8    Q    Review for other things as well?
9    A    Yes.
10   Q    But the non-discrimination policy is part
11   of that?
12   A    Yes.
13   Q    And I know I've said non-discrimination
14   policy and non-discrimination statement.  I think
15   we understand each other, when I say that, I'm
16   talking about the university's non-discrimination
17   policy that we've looked at and reviewed together.
18   A    Oh, it's interchangeable, I understand
19   that, yes.  It's Coke and Pepsi.
20   Q    Thank you.  Diet Coke in my case.
21   A    I would like that, but we're a Pepsi
22   campus, so -- unfortunately...

Page 164

1    Q    My undergrad was as well.
2        So if the student organization is
3    registered, they say they're going to follow the
4    non-discrimination statement, but then in practice
5    they violate the non-discrimination policy, how
6    would your office handle that situation?
7    A    So if it was brought to our attention, we
8    would investigate, and our first call would be to
9    the office of general counsel.
10   Q    And so would that go through the charge
11   and student conduct charge process that you were
12   talking about a minute ago, or is there a
13   different process for that?
14   A    Potentially.
15   Q    So it could go through the student
16   conduct process, but it could also go through a
17   different process in your office?
18   A    Correct.  Well, the process is one of
19   mediation, addressing it, speaking with the group.
20   These are college students.  They're learning.
21   They're growing.  You're teaching them.  You have
22   discussions, explanations.

Page 165

1        We always would prefer that one learns
2    before we have to utilize the code of conduct, but
3    the code of conduct is there as an instrument if
4    we need it.  And it depends.  Some things are so
5    egregious that it immediately jumps to code of
6    conduct.
7    Q    And you're talking about meeting with a
8    group and having a mediation.  How often do you
9    have to do something like that?
10   A    Not even once a year.
11   Q    And that would be -- we're talking about
12   this -- well, let me ask you.  You know, what
13   we're discussing, having the mediation or maybe
14   having to, you know, take action because it's
15   egregious.  Are you speaking about that just in
16   regards to non-discrimination or are you speaking
17   about that with regard to rules more generally?
18   A    More generally, just conflict.  Conflict
19   in organizational management that would -- that
20   the -- that a student or students would bring to
21   our attention.
22   Q    And -- so who in your office other than

42 (Pages 162 - 165)

Page 166

1  your conduct officer might be involved in that?
2     A    In this particular example of student
3  organization conflict, it would likely be Ricardo
4  or me.  Because we would try and work with the
5  group to settle what differences occur before
6  conduct.
7     Q    And --
8     A    I'm sorry.  Go ahead.  I was just
9  saying -- and of course, if we ever have a
10  conflict, we're consulting with general counsel.
11  And if we believe it's something that is a breach
12  of policy, university policy, we're going to
13  consult with general counsel and seek guidance on
14  intervention.
15    Q    And if a group was determined to be
16  breaching the policy, whether it's
17  non-discrimination or some other policy, but
18  they're determined to be breaching a campus
19  policy, and mediation doesn't work, what would the
20  next step be after that?
21    A    There is the potential to withdraw their
22  registration as a student organization.

Page 167

1     Q    How many times have you had to take that
2  step?
3     A    Very, very rarely.
4     Q    Can you remember any specific instances
5  where you've had to withdraw registration of a
6  student organization for a conduct violation?
7     A    Yes.  But that's a different question.
8  So there's -- well, no, I'm sorry.  So I don't
9  withdraw -- conduct has a process of -- hearing
10  panel.  So there's -- you know, there's a process.
11  They have choices.
12        But I can tell you in my time here that
13  loss of registration status has been a sanction
14  against an organization as a code of conduct
15  sanction for being found responsible for the
16  violation.
17    Q    And how often has that kind of thing
18  happened?
19    A    Three or four times in my 18 years.
20    Q    And what kind of violations were those
21  that led to that kind of sanction?
22    A    Two were hazing -- no, I'm sorry.  Three

Page 168

1  were hazing, and one was alcohol, sexual
2  harassment.
3     Q    So pretty severe violations of the code?
4     A    Yes.  Enough that they were -- that they
5  lost their status as a registered student
6  organization for a period of time.
7     Q    And was it your office that made the
8  decision that they would lose that registered
9  status?
10    A    In part.  Not entirely.  It really is the
11  case -- I mean, in my head, I'm seeing four cases,
12  but I would have to -- each case has its
13  iniquities [sic], and I would have to explain each
14  of those to you.
15    Q    I'll go ahead and move on from that.  I
16  just added a new document to the exhibit folder
17  here.  And this is -- it says 2018/2019 IVCF
18  constitution.  Can you see that one?
19    A    2018/2019 IVCF constitution?
20    Q    Yes.
21    A    000043?
22    Q    Yes.  That's right.

Page 169

1     A    Yep.  Here it is.  Okay.  Got it.
2     Q    Okay.  And I am -- just make sure I've
3  got the right page here.  So if you go to page 10
4  of that document -- it's marked on the bottom
5  IVCF 000052.  Do you see that?
6     A    I'm getting there.  Yes, I'm there.
7     Q    Have you seen this document before?  Do
8  you recognize it?
9     A    I don't recall.
10    Q    Well, then, let me just ask you about one
11  line on this document.  You see there's a
12  paragraph there that says, "Eligibility
13  requirements or qualifications necessary to run
14  for office."
15    A    I see that, yes.
16    Q    And then starting on the second line
17  there, "Chapter leaders are expected to indicate
18  their agreement with InterVarsity's doctrine and
19  purpose statements and exemplify Christ-like
20  character, conduct and leadership."
21        If this is a requirement to be an
22  officer, does that violate the non-discrimination

43 (Pages 166 - 169)

Page 170

1  policy?
2      A    What is the date of this document that --
3  of the action of this document?
4      Q    For a moment, without regard to date, if
5  that -- if you receive an application with that
6  statement, does that violate the
7  non-discrimination policy?
8          MR. PAUWELS:  Object to the foundation.
9  BY MS. WINDHAM:
10     Q    You can answer.
11     A    It would raise a concern for me to seek
12  counsel from the office of general counsel.
13     Q    And you are here today designated to talk
14  about Wayne State's policies, and that includes
15  their non-discrimination policy, correct?
16     A    That is correct.
17     Q    And does this statement, as part of a
18  student organization requirement, violate the
19  non-discrimination policy?
20     A    I believe that -- it would lead me to
21  believe that it would and, thus, before I made any
22  definitive actions, I would seek counsel.

Page 171

1      Q    And if a student organization had this
2  policy and was able to become registered, would
3  they potentially face code of conduct violation
4  charges or other problems for enforcing this
5  policy?
6      A    Potentially.
7      Q    All right.  I want to ask you about just
8  a couple of other things.  We talked earlier -- we
9  had looked at the interrogatories and we talked
10  about the Title IX exemption and social
11  fraternities and sororities and also club sports.
12         Is it your understanding that social
13  fraternities and sororities are exempt from the
14  non-discrimination policy with regard to gender
15  identity and only gender identity?
16     A    That is correct.
17     Q    And is it your understanding that club
18  sports are exempt from the non-discrimination
19  policy with regard to gender identity?
20     A    That is correct.
21     Q    Are club sports exempt from the
22  non-discrimination policy with regard to sex?

Page 172

1      A    That is difficult for me to give you an
2  objective yes or no answer.
3      Q    I'll leave -- we can move on from that
4  one.  And then I had a couple of additional
5  student organization applications I wanted to show
6  you.  Give me just a moment.  I've got those
7  documents.  It will take me just a minute to pull
8  those up.
9          So before we go to those, I actually want
10  to go back to the non-discrimination policy just
11  for a moment.  And I apologize, I'm just checking
12  which exhibit number that is.  There it is.  This
13  is WSU001371.  And we've been looking at this
14  before.
15     A    1371.  Got it.
16     Q    And this is the non-discrimination policy
17  that we've been discussing today.
18     A    Yes.
19     Q    Does it include anything about
20  political -- well, does it include anything about
21  political beliefs?  And I'm looking here at
22  2.28.01.020.

Page 173

1      A    Yeah, that's where I'm reading.
2          I do not see that specifically stated in
3  that section.
4      Q    And does it say anything about moral or
5  philosophical beliefs?
6      A    No, I do not see that stated in there.
7      Q    So I'm going to pull up WSU003187.
8      A    3187?
9      Q    Yes.
10     A    Okay.
11     Q    And this is a student organization
12  registration request.  Have you seen this document
13  before?
14     A    Not that I recall.
15     Q    So I'm just going to ask you -- I'm not
16  going to ask you about your history or anything or
17  knowledge of this document or this organization.
18  I just want to ask you a question about one of the
19  things stated here.  Take me just a moment.
20         So if you look at page 6, there's a
21  section called, "Requirements for membership."
22     A    Okay.  Yeah, I'm there.

44 (Pages 170 - 173)

Page 174

1    Q    So it says, "In order to be a member of
2  the WSU IYSSF, a student must read and agree with
3  the IYSSF statement of principles which can be
4  found here" -- and it gives a link.
5    A    Uh-huh.
6    Q    Does it violate the non-discrimination
7  policy if this group asks its members to agree
8  with a certain statement of principles?
9    A    I'd have to read the principles.
10    Q    If the principles are purely political or
11  philosophical principles, don't get into any other
12  areas, would the group violate the
13  non-discrimination policy if they asked their
14  members to agree with certain political or
15  philosophical principles?
16    A    I'd have to read the specific principle.
17    Q    What would -- what political or
18  philosophical principles would be a problem for
19  the non-discrimination policy?
20        MR. PAUWELS:  Object to the form and
21  foundation.
22        THE WITNESS:  I think that's too broad of

Page 175

1  a question.
2  BY MS. WINDHAM:
3    Q    The non-discrimination policy referred to
4  a minute ago does not say anything with regard to
5  political beliefs or political party affiliation,
6  right?
7    A    It does not.
8    Q    And it does not say anything about
9  philosophical belief, right?
10    A    It does not use the words "philosophical
11  belief."
12    Q    And so if a student organization says,
13  you must agree with these certain political
14  principles to be a member of our organization,
15  would that violate the non-discrimination policy?
16    A    Potentially.  I'd have to read it in
17  detail and think about it.
18    Q    What things would you be looking for to
19  read and make that determination?
20    A    Well, are the principles or philosophies
21  discriminatory?
22    Q    What sort of discrimination are you

Page 176

1  talking about there?
2    A    If the principle and philosophy is stated
3  that we do not accept -- that we -- that we do not
4  accept -- you must affirm to -- you must read and
5  agree on our statement of principles which state
6  that we do not accept Jewish people in our
7  organization.
8    Q    Then that would be discriminatory?
9    A    Correct.
10    Q    And if an organization said, we have a
11  certain policy on reproductive justice and we ask
12  that our members agree to support women's
13  reproductive rights, would that be a violation of
14  the non-discrimination policy?
15    A    You used the word "we ask that they
16  support," correct?
17    Q    I'll amend that.  If they say, we require
18  that our members agree with and support women's
19  reproductive rights, would that be a violation of
20  the non-discrimination policy?
21    A    You know, I would have to think about it.
22  I mean, requiring -- let's use that example.

Page 177

1  Okay?  Well, we'd have to think, okay, the
2  requirement of reproductive right -- requirement
3  of a particular belief on reproductive rights, is
4  that squelching one's freedom of thought because
5  they have to -- because they have to abide to
6  that?
7    Q    And so if it was restricting members in
8  that way, then it would violate the
9  non-discrimination policy?
10    A    If it was used as a punitive action to
11  dismiss the person from the organization.
12    Q    And what about for leadership?  If they
13  said, to be a leader, you have to affirm that you
14  support reproductive rights, would that violate
15  the non-discrimination policy?
16    A    I believe so.
17    Q    Do you know of any student organizations
18  which require their leaders to affirm certain
19  beliefs in order to become leaders?
20    A    Well, when it's brought to my attention.
21  That's one of the -- that's why we're here today.
22    Q    And other than InterVarsity, are you

45 (Pages 174 - 177)

Page 178

1  aware of any student organization that required
2  their leaders to hold or agree with certain
3  principles?
4      A   Not to my knowledge.
5      Q   I have another document I'm going to pull
6  up. It's WSU003946. It's at the very bottom of
7  the folder for me.
8      A   3946?
9      Q   Yes.
10     A   Yep. Got it.
11     Q   And let me just make sure I've got the --
12  so I'm down on page 5 of that document.  Under
13  "requirements for membership" it says, "Membership
14  is open to any Wayne State student who has an
15  active interest in its activities and who are in
16  agreement with the policies of the DESIgn
17  movement."
18         If this is a requirement for membership
19  for a student organization, would that violate the
20  non-discrimination policy?
21     A   No.
22     Q   And why not?

Page 179

1      A   "Membership is open to any Wayne State
2  student who has an active interest in its
3  activities" -- okay, they're interested in the
4  activities -- "and who are in agreement with the
5  policies of DESIgn movement."
6         Well, I'd have to look further as to what
7  are the policy of DESIgn movement, and they're
8  talking about the policies of DESIgn movement.
9  We're talking about the beliefs, the philosophies.
10  We're addressing -- they're talking about
11  policies.  And so those are the, you know,
12  memorandum of operations, quote/unquote, of the
13  organization.
14         So on the surface level of what I'm
15  reading here, that would be my stand.  Of course,
16  I would do my -- I would need to have further
17  consideration, but in the -- for the sake of this
18  afternoon, that would be my -- that would be my
19  response.
20     Q   You said before that the
21  non-discrimination policy does not say anything
22  about political affiliation, correct?

Page 180

1      A   That's correct.
2      Q   And so if the Wayne State Democrats said,
3  you must be a registered member of the democratic
4  party to join our organization, would that violate
5  the non-discrimination policy?
6      A   Well, I think it's -- it's denying access
7  of association.  So there's discrimin- -- you're
8  discriminating, but then you have a policy that is
9  barring students because you're putting a
10  requirement on them.
11     Q   And so that would violate the
12  non-discrimination policy?
13     A   Well, it would be something that is
14  not -- is not -- it's not -- you can't prohibit
15  someone -- you can't require that of an
16  individual.  If someone wants to be in that
17  organization but is not affiliated with that
18  party, you can't require that.  Political
19  affiliation is not in the non-discrimination
20  policy.
21     Q   So is there another policy that would bar
22  that requirement?

Page 181

1      A   Well, there's a part of a clause in there
2  about operations of extracurricular activities,
3  but I would not be able to, at this present time,
4  present to you right then and there that specific
5  policy.
6      Q   But it would not be the
7  non-discrimination policy that they were
8  violating?
9      A   I would want to take another -- I would
10  take another read more carefully and more closely
11  at the non-discrimination policy.  And then if I
12  believed that there was a concern, I would raise a
13  red flag.  It would be enough of a concern for me
14  to investigate further before making a final
15  decision.
16     Q   And what would you need to investigate or
17  find out to make your final decision?
18     A   So are we -- are we barring -- are we
19  requiring a student to do something specific to be
20  in that organization?
21     Q   And is that with regard to the
22  non-discrimination policy or with regard to some

46 (Pages 178 - 181)

Page 182

1    other policy of your office?
2       A   It's something I'd have to look into
3    further.
4          MS. WINDHAM:  I have a couple more
5    things, but I think I want to actually take a
6    break here.  I think -- you'll be glad to know
7    we're pretty close to wrapping up, but I want to
8    propose about a 15-minute break just to look over
9    a couple more things, and then we can come back
10   and wrap up.  Does that work for everyone?
11         THE WITNESS:  Sure.
12         MS. WINDHAM:  Great.  So we'll be back at
13   3:05.
14         (Whereupon, a short recess was taken.)
15   BY MS. WINDHAM:
16      Q   Just a few minutes to wrap up a couple of
17   things I missed earlier.  I know we've done a lot
18   of discovery and document discovery in these
19   cases.  Dr. Strauss, I just wanted to ask you
20   whether, part of that process, you searched your
21   computer and e-mail for relevant documents?
22      A   The only thing that I looked up was to

Page 183

1    read our student code of conduct.
2       Q   And that was for preparing for deposition
3    today or -- I'm talking about the document
4    requests that we've done generally over the last
5    several months.
6       A   I don't -- you see my facial movement.  I
7    don't understand what you're asking.
8       Q   Sure.  So -- go ahead.
9       A   You know, fortunately, I don't spend
10   day-to-day in deposition, so you need to give me a
11   little more of an elementary explanation of the --
12   elementary presentation of the question.
13      Q   Sorry about that.  So over the last
14   several months, since November, we have sent your
15   lawyers a bunch of requests for different
16   documents or information that you have relevant to
17   this case and InterVarsity and relevant to student
18   organizations generally and your policies.
19         And as part of responding to those
20   requests, have you searched through your e-mail or
21   has someone at your request searched through your
22   e-mail to find any relevant documents?

Page 184

1       A   I haven't.
2       Q   And has anybody in your office searched
3    your e-mail at your request?
4       A   No.
5       Q   What about --
6       A   I mean, I've not told anybody, here's my
7    access ID and password; go check my e-mail.
8       Q   What about computer files that you may
9    have?  Have you searched those or has anybody else
10   searched those for relevant documents?
11      A   No.
12      Q   What about --
13      A   Not that I'm aware.  I mean, you're
14   finding documents from -- you know, you were
15   showing us documents from 2016.  Somehow you
16   received those.  But I didn't -- I don't remember
17   packaging them up and sending them to anybody.
18      Q   Have you or do you know if anybody in
19   your office has searched other communications,
20   like Teams threads or Slack threads or anything
21   like that?
22      A   Not to my knowledge.

Page 185

1       Q   What about communications on OrgSync or
2    Engage?
3       A   I mean, I was aware that there was a
4    request made for material from Engage, but there
5    was nothing that I looked at, read, accessed,
6    pulled down from the system -- you know what I
7    mean -- like downloaded it from the system.
8    Nothing like that, no.
9          But I know that there were some times
10   where -- I think I recall, like, you know, had to
11   go into some back files with Campus Labs for
12   OrgSync files, Campus Labs being the parent
13   company, but nobody -- nothing that I've read,
14   done, told.
15         I don't do anything unless the lawyers
16   tell me to do it.
17      Q   A good policy.
18      A   I will tell you -- can I tell you a
19   fun -- best thing is when we have a student-- a
20   student will say, I wasn't cheating.  So if they
21   call us -- you know, they'll get accused of
22   cheating and they'll call me because they think

47 (Pages 182 - 185)

Page 186

1  the dean of students is the magic person behind
2  the curtain.
3      Well, I'm going to have my lawyer call
4  you. I'm, like, awesome. I'm out. You can deal
5  with our lawyers. You just saved me some time.
6  So I'm, like, you're Kristen's (phonetic) problem
7  now, because Kristen is our liaison.
8      So we always laugh here when -- because
9  when a person says, I'm going to call my lawyer,
10  for us, that's the magic word to stop. So I don't
11  do anything unless Tom tells me to.
12      Q  Fair enough. We also talked a little bit
13  about when -- back in 2017, 2018, when you were
14  looking at the issue with InterVarsity and they
15  were not registered, then you made the decision to
16  go ahead and register them -- in that process, did
17  you consult or consider policies from other
18  universities, like, Michigan or Michigan State or
19  Ohio State?
20      A  You know, I do recall doing some web
21  surfing, but not in my decision-making. Just for
22  my own edification.

Page 187

1      Q  Do you recall what other universities or
2  policies you would have looked at, then?
3      A  I don't.
4      Q  And did that factor into your decisions
5  with regard to InterVarsity?
6      A  No.
7      Q  We talked a little bit ago about a couple
8  of -- we were looking at that spreadsheet and we
9  talked about a couple of student organizations and
10  there was the Newman Center who had a requirement
11  for leaders to be Catholic. There was an Iraqi
12  student organization that asked -- I forget if it
13  was members or leaders, but one, to be Iraqi. And
14  you had indicated that those were not problematic,
15  right?
16      A  Correct.
17      Q  And just looking at another student
18  organization -- this is actually another one I
19  mentioned a little bit earlier. There it is. We
20  mentioned Wayne State University Young Democratic
21  Socialists of America. They're currently on your
22  site as a registered organization. And they have

Page 188

1  certain goals that they have, working with labor
2  campaigns to organize student workers or staff,
3  defend immigrants through campaigns for sanctuary
4  campuses, divest our schools from fossil fuels, do
5  anti-poverty work through local mutual aid
6  programs in our communities.
7      If they ask that -- I won't say ask. If
8  they require their leaders to agree with those
9  goals, is that a violation of the
10  non-discrimination policy?
11      MR. PAUWELS: Object to the form.
12      THE WITNESS: As it's presented here, no.
13  BY MS. WINDHAM:
14      Q  And if they had a leader who changed her
15  mind and said, you know what, I'm no longer in
16  favor of organizing student workers, I don't think
17  that's the right way to go, and they said, okay,
18  we're going to remove this leader, would that be a
19  violation of the non-discrimination policy?
20      MR. PAUWELS: Object to the form and
21  foundation.
22      THE WITNESS: I think, in that case, it's

Page 189

1  not an issue of discrimination; it's an issue of
2  association. And it's an issue of our
3  organization and mission of our university as a
4  place of thinking and thought. And it would fall
5  to, are they -- are they prohibiting one's freedom
6  of thought?
7      When you look at the discrimination
8  policy, it's protected classes, for lack of a
9  better phrase. In this case, they're allegedly
10  dismissing this individual based on their thought,
11  on their political thought.
12      Well, that is -- again, I'm not a
13  constitutional law expert, but I think you have to
14  look at the foundation of our university and the
15  foundation of education and the academy. So
16  that's where there would be a challenge to decide
17  if what they were doing was not acceptable and,
18  thus, would be a code of conduct -- possible code
19  of conduct violation based on what the code of
20  conduct states about expectations of rights and
21  responsibilities for students or that students
22  must follow.

48 (Pages 186 - 189)

Page 190

BY MS. WINDHAM:

1   Q    And so -- are you aware -- has a student
2   group ever been penalized for refusing to accept a
3   member or leader based upon their freedom of
4   thought or philosophical and political beliefs?
5   A    I don't recall that coming -- that
6   particular example coming through the student code
7   of conduct.
8   Q    Are you aware of -- and I'll leave aside
9   InterVarsity and whether or not they fall into
10  that category for the moment.  Are you aware of
11  any student organization that was declined
12  registration, couldn't get registered status,
13  because they limited membership or leadership
14  based on political beliefs or freedom of thought?
15  A    Again, I don't recall.
16  Q    So you're not aware of any?
17  A    I don't recall any at this moment.
18  Q    Does your office have any involvement
19  with student scholarships?
20  A    No.
21  Q    Are you aware of whether the university

Page 191

1   employs any preferences or restrictions with
2   regard to giving student scholarships?
3   A    I'm not aware.  Totally out of my area.
4   Q    If an organization has goals, you know --
5   I'll stick to the Young Democratic Socialists just
6   because I have their page up.  If they have a goal
7   of defending immigrants through campaigns for
8   sanctuary campuses, will they be more effective at
9   that goal if their members agree with that goal?
10       MR. PAUWELS:  Object to the form and
11  foundation.
12       THE WITNESS:  That's a very subjective
13  question and would lead to a very subjective
14  answer.  Ask ten people's opinions; you'll get 15
15  opinions.
16  BY MS. WINDHAM:
17  Q    What's your best subjective answer?
18  A    Can you repeat the subjective question?
19  Q    If you -- the Young Democratic Socialists
20  have a goal of defending immigrants through
21  campaigns for sanctuary campuses, are they going
22  to be more effective if their members agree with

Page 192

1   that goal and support that goal?
2   A    Not necessarily.  Sometimes the best
3   point is a counterpoint.
4   Q    What about their leaders?  Will they be
5   more effective if their leaders agree with and
6   support that goal?
7   A    Not necessarily.  Sometimes having a
8   plant in the room to provoke the leaders leads to
9   the conclusion they want to achieve, of any group.
10  That's why you always plant a question in a town
11  hall.  I don't, but others may.
12  Q    And you've mentioned before, you know,
13  freedom of thought in your goals for the
14  university, and freedom of association.  Is it
15  part of your role to support freedom of
16  association at Wayne State?
17  A    We're a public institution.  I'm a public
18  employee.
19  Q    So is that a yes?
20  A    Yes.
21  Q    And is it part of your role to defend
22  free speech rights for students at your

Page 193

1   university?
2   A    It is my role to support free speech.
3   Q    That's fair.  I'm a lawyer, so I'm
4   lapsing back into legal language.
5       What about freedom of expression?  Is it
6   your role to support freedom of expression at the
7   university?
8   A    Yes.
9   Q    And your role to support freedom of
10  religious exercise at the university?
11  A    Yes.  People are entitled to religious --
12  to the freedom of religious thought.  I'm not --
13  again, I'm not a lawyer.  I'm not a historian.
14  But certainly, you know, people have that right.
15       Where I have to come into play
16  oftentimes -- not oftentimes.  But where I would
17  come into play if there's a -- if what is being
18  done leads to behavioral disruption that threatens
19  the safety of others, like a protest, if it gets
20  out of hand.  They don't, but if they did.
21  Q    Have you had to take any training with
22  regard to student free association or free speech

49 (Pages 190 - 193)

Page 194

1    or free exercise issues?
2        A   Not other than, you know, participating
3    in webinars and sessions at conferences presented
4    by my professional association, but nothing that
5    is a certification training per se.
6        Q   But that is a topic that you've had
7    training on as part of your normal -- part of your
8    normal duties; you would go to -- that you would
9    do -- sorry.  That was a long and poor question.
10   Let me --
11       A   No, I get it.  It's professional
12   development.  So training is more of an
13   educational procedure.  One is trained to be an
14   emergency medical technician.  Professional
15   development is learning to best assist you in your
16   job of working with students.
17           So I do partake in that primarily through
18   my -- the professional association that I'm a
19   member of.  And there are many, many student
20   affairs professional associations, depending on
21   what your role in student affairs is.  And so I
22   encourage my staff to take advantage of those

Page 195

1    resources.  So, yes.  To that end, sure.
2            So you know, free speech, you know, free
3    speech zones.  Especially right now with -- racial
4    unrest has been a hot topic, among my association,
5    NASPA, National Association of Student Personnel
6    Administrators.  So it -- kind of give you that
7    short -- short description.
8            And you know, regular reading -- the
9    Chronicle of Higher Education is our newsletter,
10   Inside Higher Ed, things like that, a lot of
11   reading.  Just like you get law journals, you
12   know, we get higher ed journals.
13       Q   Yes.  More than I like at some times.
14       A   Ditto.
15           MS. WINDHAM:  So I don't have any further
16   questions.
17           MR. PAUWELS:  Do you mind if we take ten
18   minutes just to let me collect my thoughts and
19   then we'll come back on the record?
20           (Whereupon, a short recess was taken.)
21       EXAMINATION BY COUNSEL FOR DEFENDANTS
22   BY MR. PAUWELS:

Page 196

1        Q   I just have a handful of questions for
2    you.  So if you recall, we were -- you were
3    discussing club sports --
4        A   Yes.
5        Q   -- with Ms. Windham.  Do you remember
6    that?  Do you recall that conversation?
7        A   I do.  Yes, I do.
8        Q   And you stated that, consistent with the
9    interrogatory response that you were shown as an
10   exhibit, club sports are permitted to limit
11   membership and leadership based on gender
12   identity; is that correct?
13       A   That is correct.
14       Q   And you were shown a document that was
15   called club sports sample constitution.  Do you
16   recall that?
17       A   I do.
18       Q   Do you mind pulling that document back up
19   on your screen for me.
20       A   I have to remember which number it was.
21   There it is.  Okay.
22           Okay.  I have it up on the screen.

Page 197

1        Q   Okay.  I'm going to direct you again to
2    article II, section B, the membership
3    qualifications.  And it states, "Membership in --
4    enter club name -- "shall not be denied because of
5    age, color, disability, familial status, height,
6    national origin, race, religion, sexual
7    orientation or weight."
8            Do you see that?
9        A   Yes, I do.
10       Q   And I believe you testified earlier that
11   to the extent this does not list sex or gender
12   identity, it would be generally inconsistent with
13   the non-discrimination policy; is that correct?
14       A   Yes.
15       Q   But it would be consistent with the
16   policy of Wayne State, as stated in the
17   interrogatory, to permit club sports to limit
18   their membership and leadership?
19       A   Yes.  Yes.  For their -- yes, for their
20   operations.
21       Q   And if your office saw an application for
22   registered student organization status for a club

50 (Pages 194 - 197)

Page 198

1   sport, say, the men's club basketball team, that
2   included this membership language, would they be
3   registered?
4       A   Yes, because it would be the men's club
5   basketball.  It would be a club sport.
6       Q   But if it was a non-club sport registered
7   student organization that stated its membership
8   qualifications in this way, it would be rejected?
9       A   That's correct.  It would be denied --
10      Q   I should say excluding Greek life, social
11  fraternities and sororities, based on the same
12  permitted limitations that you testified to
13  earlier?
14      A   Yes.  That's correct.
15          MR. PAUWELS:  I have nothing further.
16          MS. WINDHAM:  Nothing further for me.
17          (Whereupon, at 3:46 p.m., the remote
18  deposition of DAVID J. STRAUSS was concluded.)
19
20
21
22

Page 199

1           CERTIFICATE OF NOTARY PUBLIC
2           I, Denise M. Brunet, the officer before
3   whom the foregoing deposition was taken, do hereby
4   certify that the witness whose testimony appears
5   in the foregoing deposition was sworn by me; that
6   the testimony of said witness was taken by me
7   stenographically and thereafter reduced to print
8   by means of computer-assisted transcription by me
9   to the best of my ability; that I am neither
10  counsel for, related to, nor employed by any of
11  the parties to this litigation and have no
12  interest, financial or otherwise, in the outcome
13  of this matter.
14
                Denise M. Brunet
15          _____
16          Denise M. Brunet
17          Notary Public in and for
18          The District of Columbia
19
20  My commission expires:
21  December 14, 2022
22

Page 200

1   Andrew M. Pauwels, Esquire
2   apauwels@honigman.com
3               August 26, 2020
4   RE:   IVCF v. Wayne State University
5       8/13/2020, David Strauss (#4216085)
6       The above-referenced transcript is available for
7   review.
8       Within the applicable timeframe, the witness should
9   read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12      The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  cs-midatlantic@veritext.com
16
17  Return completed errata within 30 days from
18  receipt of testimony.
19      If the witness fails to do so within the time
20  allotted, the transcript may be used as if signed.
21
22          Yours,
23          Veritext Legal Solutions
24
25

Page 201

1   IVCF v. Wayne State University
2   David Strauss (#4216085)
3           E R R A T A   S H E E T
4   PAGE_____ LINE_____ CHANGE_____
5   _____
6   REASON_____
7   PAGE_____ LINE_____ CHANGE_____
8   _____
9   REASON_____
10  PAGE_____ LINE_____ CHANGE_____
11  _____
12  REASON_____
13  PAGE_____ LINE_____ CHANGE_____
14  _____
15  REASON_____
16  PAGE_____ LINE_____ CHANGE_____
17  _____
18  REASON_____
19  PAGE_____ LINE_____ CHANGE_____
20  _____
21  REASON_____
22
23  _____   _____
24  David Strauss               Date
25

51 (Pages 198 - 201)

Page 202

1   IVCF v. Wayne State University

2   David Strauss (#4216085)

3           ACKNOWLEDGEMENT OF DEPONENT

4     I, David Strauss, do hereby declare that I

5   have read the foregoing transcript, I have made any

6   corrections, additions, or changes I deemed necessary as

7   noted above to be appended hereto, and that the same is

8   a true, correct and complete transcript of the testimony

9   given by me.

10

11  _____  _____

12  David Strauss              Date

13  *If notary is required

14          SUBSCRIBED AND SWORN TO BEFORE ME THIS

15          _____ DAY OF _____, 20___.

16

17

18          _____

19          NOTARY PUBLIC

20

21

22

23

24

25

52 (Page 202)

[000043 - 9:04]

**0**

**000043**  168:21
**000052**  169:5
**03**  4:14
**06**  4:16

**1**

**1**  4:7 9:7,8 10:5
**10**  145:13,21 146:6
  146:9,17 169:3
**10/17/2017**  66:22
**10/23/17**  4:9
**10/3/2018**  97:13
**10375**  1:8
**109**  4:14
**10:00**  7:1
**10:03**  53:3
**10:15**  53:6
**11**  11:2,16 61:10
**11/27/17**  4:10,11
**112**  4:16
**11:41**  107:6
**1200**  2:9
**1250**  1:21
**128**  4:18
**12:39**  112:5
**12:40**  107:2
**12:44**  108:2
**13**  1:15 160:18
**1371**  172:15
**14**  199:21
**145**  4:21
**14541**  199:14
**14th**  112:5
**15**  182:8 191:14
**1727**  122:22
**1775**  65:7
**18**  42:2,3,3 167:19
**18-1/2**  10:21
**18th**  65:10

**19**  42:3,4 144:10
**195**  4:4
**1967**  103:11
**1991**  11:6
**1994**  11:6,7
**1st**  20:9

**2**

**2**  4:9 10:9 20:15
  65:7 68:5 72:3,4
**2.28.01.010**  129:9
**2.28.01.020.**
  172:22
**20**  42:4 64:19
  202:15
**20005**  1:22
**2000s**  48:19
**2002**  10:21 11:7
**20036**  2:11
**2005**  49:8
**2006**  49:8
**2012**  44:17
**2013**  44:17
**2016**  38:16 112:5
  184:15
**2017**  36:19 56:8
  57:21 59:1,9
  62:13,19 63:5
  65:10 66:5,5
  69:14 70:11 71:7
  77:21 78:15 79:4
  88:1,14,20 89:13
  90:2,14,17 186:13
**2017-2018**  63:19
  64:19
**2018**  36:2,18 78:1
  78:3,5 80:12 83:8
  91:1,18 97:12,16
  102:15 106:7
  186:13
**2018/2019**  168:17
  168:19

**2019-2020**  119:11
**202**  2:12
**2020**  1:15 200:3
**2021**  97:12,13
**2022**  199:21
**22**  146:15,16
**2290**  2:18
**23**  96:11,17,22
  97:10,18
**230,000**  26:19
**24**  84:8
**26**  200:3
**27th**  76:21
**2:10**  157:19
**2:19**  1:8

**3**

**3**  4:10 10:1 74:2,3
  75:4
**30**  1:12 15:19 98:4
  98:9 142:19
  200:17
**313**  2:20
**3187**  173:8
**35**  141:1
**350**  1:21
**3946**  178:8
**3:05**  182:13
**3:46**  198:17
**3rd**  62:13,19 63:5
  97:12

**4**

**4**  4:11 10:7 75:7,8
**4.19**  90:4
**4.6**  159:4
**40**  100:19
**4216085**  200:5
  201:2 202:2
**465-7290**  2:20
**48**  84:8

**48226**  2:19
**4:00**  144:9

**5**

**5**  4:3,12 96:6,7
  178:12
**5401**  109:11
**5404**  111:17
**5407**  113:6 114:9
**550**  29:12 105:9
  119:9,14
**59**  101:14 102:18

**6**

**6**  1:12 4:13 15:19
  109:20,21 145:15
  173:20
**660**  2:18
**67**  103:18 106:2
**68**  103:11
**6th**  80:11,12

**7**

**7**  4:15 112:8,9
**700**  2:10
**72**  4:9
**74**  4:10
**75**  4:11
**774**  66:18
**775**  66:13,18
**7:13**  66:22

**8**

**8**  4:17 128:14,15
**8/13/2020**  200:5
**8th**  83:8

**9**

**9**  4:8,19 145:17,18
**955-0095**  2:12
**96**  4:12
**9:04**  1:16

[a.m. - allegedly]                                                                 Page 2

| a | | | |
|---|---|---|---|

**a.m.** 1:16 107:6
**abide** 151:16
  177:5
**ability** 27:1 115:13
  135:10 156:1,3
  199:9
**able** 9:7 21:9
  72:11 109:5
  111:12 112:19
  118:10,16 119:21
  129:22 135:5
  171:2 181:3
**absolutely** 35:5
**academic** 20:18
  119:11 160:10,11
  160:13,14,14,22
  161:2
**academy** 189:15
**accept** 70:7 127:14
  176:3,4,6 190:3
**acceptable** 189:17
**accepted** 142:20
  143:1
**access** 115:2
  117:14 118:7
  122:7 125:14
  180:6 184:7
**accessed** 185:5
**accreditation**
  123:15 124:13,15
  124:17
**accuracy** 200:9
**accurate** 44:19
  146:18
**accused** 185:21
**achieve** 146:22
  192:9
**acknowledge**
  75:16 162:14,21

**acknowledgement**
  202:3
**acknowledgment**
  200:12
**action** 1:7 4:18
  128:10 135:16
  165:14 170:3
  177:10
**actions** 170:22
**activate** 86:2,8
**activated** 86:10
**active** 57:5 104:22
  127:9 178:15
  179:2
**activities** 19:15
  24:7,21 25:6,22
  26:5 27:8 49:3
  115:13 129:11
  147:20 178:15
  179:3,4 181:2
**activity** 18:1 20:19
  24:8 25:15 30:5
  116:2 125:16,21
  144:7 159:7
**actual** 62:7 66:2
**add** 85:5,9 120:4
  149:13
**added** 71:17 85:19
  122:13 128:3
  137:3 144:14
  168:16
**addition** 9:1 17:10
  22:17 61:5 72:7
**additional** 119:6
  122:8 172:4
**additions** 202:6
**address** 117:21
**addresses** 90:5
**addressing** 164:19
  179:10

**adjudication**
  160:17
**administer** 143:8
  149:4
**administered**
  148:17 154:16
**administration**
  31:4 144:6
**administrative**
  51:22 160:16
**administrators**
  95:12 195:6
**admissibility** 6:5
**adobe** 42:13 43:9
  43:15,19 44:18
  45:17 46:22 49:14
  53:17,22 54:19
  55:1,5
**advance** 18:12,14
  18:19 130:3,6,21
**advantage** 194:22
**advice** 14:22 153:6
**advised** 26:18
  104:10
**advisor** 27:21
  30:13
**advocate** 131:19
  132:7,12
**affairs** 24:18 70:2
  71:5,10 142:18,21
  144:6 194:20,21
**affiliate** 141:5
**affiliated** 156:13
  180:17
**affiliation** 175:5
  179:22 180:19
**affinity** 37:3
**affirm** 176:4
  177:13,18
**affirmative** 4:17
  128:10

**afforded** 89:6
**afternoon** 108:1
  179:18
**age** 150:10 197:5
**ago** 8:21 50:17
  54:18 119:7 141:1
  164:12 175:4
  187:7
**agree** 24:2 100:2,3
  100:3,6,13 131:4,9
  132:17,21 133:14
  133:18,21 134:4
  135:13,20 136:1
  174:2,7,14 175:13
  176:5,12,18 178:2
  188:8 191:9,22
  192:5
**agreement** 100:6
  169:18 178:16
  179:4
**ahead** 44:11 48:14
  49:3 53:12 55:14
  94:17 107:1
  157:16 166:8
  168:15 183:8
  186:16
**aid** 188:5
**al** 1:5,9
**alcohol** 168:1
**alert** 41:4
**alerting** 58:4
**align** 133:7
**alignment** 99:3
  101:6,9 102:2
**allah** 100:14,16
**allegation** 89:8,14
  89:16 90:8 159:19
**allege** 89:5
**alleged** 159:21
**allegedly** 159:19
  189:9

**allegiance** 98:22
99:9 100:1,8,14,16
102:13
**allocates** 18:2
**allotted** 200:20
**allow** 60:17
141:16,22
**allowed** 19:16
41:19 60:17
131:19 134:5,8
138:16,22 139:8
148:8,11
**allowing** 124:3
147:1
**allows** 147:9
**alters** 25:10
**ambassador** 12:15
**amend** 176:17
**america** 187:21
**american** 112:13
**amount** 143:22
**analysis** 72:20
**anatomical** 139:20
**anatomically**
93:13 139:22
**andrew** 2:16 6:8
200:1
**ann** 62:3 66:15
**announcement**
84:4,17
**annual** 48:2
**annually** 138:9
**answer** 37:13
72:11 89:4 111:5
117:12 131:14,16
145:14 147:4,5,6,7
148:13 170:10
172:2 191:14,17
**answered** 89:1,2
**answering** 110:18

**answers** 6:14
144:17,21
**anti** 133:13,16
188:5
**anybody** 33:9
58:20 59:20 61:6
73:9 77:3 81:15
82:12 95:13 159:1
184:2,6,9,17,18
**anymore** 44:21
124:22
**apauwels** 2:21
200:2
**apologize** 114:5
120:17 136:11
172:11
**appear** 86:16
116:9
**appearances** 2:22
3:1
**appearing** 3:22
116:6 117:4
**appears** 63:3
149:19 153:8
199:4
**appended** 202:7
**applicable** 200:8
**applicants** 98:12
98:14
**application** 25:8
25:13 47:3 64:9
91:16 151:22
163:1 170:5
197:21
**applications** 44:6
49:16 50:4 52:8
52:20 53:19 172:5
**applied** 84:12
**applies** 91:7,14
**apply** 18:3 24:6,10
25:2,18 26:8 27:9

28:7 48:4,5,11
49:10,22 91:17
92:7,11 116:1
129:12,16 135:8
**applying** 16:12
**appointed** 27:12
27:16
**appointments**
27:20 28:2
**appreciate** 136:18
**appropriate** 110:9
**approval** 112:16
112:20,21 113:2
124:19,21 152:1
152:19
**approve** 25:11
86:1 151:11
**approves** 25:10,10
**approximately**
119:12
**araiza** 2:6
**archdiocese** 103:7
**area** 29:15 155:21
157:2 191:3
**areas** 51:12
174:12
**arises** 33:3
**arose** 47:19 69:2
**arrived** 57:13
**article** 150:8,16,16
152:16 197:2
**aside** 190:9
**asked** 51:2 59:18
89:1 93:10 98:12
98:14 133:20
134:1,3 174:13
187:12
**asking** 5:22 51:4
57:18 74:8 79:2
89:12 117:2
123:17 183:7

**asks** 26:9 174:7
**aspects** 85:21
144:5 160:16
**assemble** 28:4
**assigned** 70:1 93:8
93:15 139:15
140:12 141:11
148:12
**assist** 24:19 29:17
110:21 194:15
**assistance** 116:13
116:14
**assistant** 11:11
**assistants** 11:18
12:1
**assisted** 199:8
**assists** 13:4
**associate** 11:11
12:8 13:15 45:12
**association** 100:11
180:7 189:2
192:14,16 193:22
194:4,18 195:4,5
**associations**
194:20
**assume** 8:6 15:20
56:4
**assumed** 139:19
**assumes** 140:1
**assuming** 22:2
**athletes** 57:3,9
**athletic** 121:8
156:21
**athletics** 148:18
149:6 154:14,17
**attached** 4:22 75:2
200:11
**attend** 19:5,12
34:18
**attending** 18:19
35:21

**attention** 58:4
  134:10 164:7
  165:21 177:20
**attorney** 5:11
  71:11 80:19 82:9
  82:9,10 142:14
  200:13
**attorney's** 9:5
**attorneys** 82:8
**august** 1:15 48:14
  200:3
**authority** 15:1
  32:6 33:14,16
  61:12
**available** 24:5,12
  43:16 115:3,21
  200:6
**avenue** 2:9,18
**aware** 56:12,14,20
  57:10,11 58:1,11
  58:14 59:4 61:9
  61:12 62:6,9,10,18
  66:2,4,6 67:6
  75:14,18 78:22
  80:14 81:5 82:17
  90:20 91:3,4
  105:5 106:17
  112:3 118:15
  127:8 149:19,21
  154:5 178:1
  184:13 185:3
  190:2,9,11,17,22
  191:3
**awesome** 186:4

**b**

**b** 1:12 15:19 97:11
  103:17 150:8
  151:19 197:2
**back** 20:17 23:6
  29:18 36:1,18
  40:11 42:6 45:3

48:14 49:14 54:17
  57:18 61:2 65:6
  66:5 77:20 78:13
  90:12 92:6 97:11
  97:18 100:21
  103:10,10,17
  108:10 109:8,9
  114:6 125:4,12
  140:22 158:1
  172:10 182:9,12
  185:11 186:13
  193:4 195:19
  196:18
**background** 10:16
**backwards** 18:14
**bad** 36:13
**baptist** 104:3,19
**baptized** 102:9
**bar** 180:21
**barring** 180:9
  181:18
**base** 155:22
**based** 6:5 43:18
  62:17 72:19 125:1
  138:21,22 139:9
  139:10,13,14,19
  141:10,17 142:1
  148:12 189:10,19
  190:4,15 196:11
  198:11
**basic** 13:5,7
**basketball** 161:2
  198:1,5
**bates** 4:12,13,15
  66:21
**becket** 2:8
**becketlaw.org**
  2:13
**becoming** 54:22
**beeping** 126:12

**began** 11:10
**beginning** 48:20
  48:21 146:9,12
**begun** 21:14,15
**behalf** 2:3,15 6:8
  9:3
**behavior** 98:16
**behavioral** 71:15
  193:18
**belief** 175:9,11
  177:3
**beliefs** 98:13 99:21
  172:21 173:5
  175:5 177:19
  179:9 190:5,15
**believe** 33:6 49:17
  73:12 80:16 85:1
  86:2 89:17 100:9
  100:12 101:13
  135:4,15 159:1
  166:11 170:20,21
  177:16 197:10
**believed** 181:12
**believes** 100:8
  158:22
**belt** 113:12,20
**benchmarking**
  143:22
**benefit** 23:18 24:2
  25:20 121:13,14
**benefits** 24:4,11
  115:2,12,20 116:5
  118:21 119:1
  120:9 121:17,21
  122:2,8 125:13
**best** 119:19 135:10
  185:19 191:17
  192:2 194:15
  199:9
**better** 37:13 51:20
  52:5 189:9

**beyerlein** 62:3
  66:15
**beyond** 124:10
  152:13
**big** 20:19 21:4,4
  57:7 154:16
**birth** 93:8,12,15
  93:17 139:15
  140:13 141:11
  148:12
**bit** 28:15 37:18,22
  53:16 56:8 80:12
  90:13 100:17
  115:11 122:6
  127:21 128:1
  136:12 186:12
  187:7,19
**blank** 152:17
**blomberg** 2:5
**blood** 113:13,15
**board** 1:8 18:1
  24:8,9,9,22 25:1,9
  25:15,16 26:1,5
  27:8,10 30:5
  91:21 116:2
  125:16,21 158:6
  158:13
**board's** 25:6
**bodies** 155:19
**body** 124:13
  152:16
**boerger** 3:4
**bottom** 169:4
  178:6
**bought** 39:9,22
  50:17
**box** 41:3,8
**breach** 166:11
**breaching** 166:16
  166:18

**break** 6:21,22
53:15 106:6 107:1
113:22 157:17
182:6,8
**bring** 120:3
165:20
**bringing** 159:14
**broad** 52:4 174:22
**broader** 108:17
**brought** 58:3
59:12 134:10
164:7 177:20
**brunet** 1:18 199:2
199:16
**build** 103:19
**building** 103:11
103:12,13,17,19
103:20 104:2
105:22
**built** 103:18
105:21
**bunch** 183:15
**buying** 39:16

**c**

**c** 2:1 4:1 5:1 13:10
162:3
**cake** 114:4
**calendar** 21:21
35:11 77:19
117:17,18
**calendars** 117:7
**call** 5:13,17 7:5
13:6 18:12,13,14
20:16 24:8 25:15
27:13,21 53:4
59:11 70:7,10,20
70:22 76:13 127:3
139:6 144:8
159:18 164:8
185:21,22 186:3,9

**called** 5:4 9:12
20:13,14 21:1,20
39:8,14,20,22
42:13 50:16 69:10
70:13 103:13,15
104:13,16 108:5
111:10 158:9
160:4 173:21
196:15
**calling** 70:13
**camaj** 162:4,5,10
**campaigns** 188:2
188:3 191:7,21
**campus** 11:19
19:15 21:8 23:9
24:7 26:10 34:17
36:4 39:12,12,13
50:16,22 51:4
56:15,17 95:14,18
102:21 110:3
111:1 115:14
118:8 120:8,11
121:1,3 126:21
127:9 135:19
136:16 138:2
157:11 163:22
166:18 185:11,12
**campuses** 40:3,5
57:13 188:4 191:8
191:21
**canceled** 19:17
**cancelled** 23:10
**candidate** 133:8
**candidates** 131:22
**capabilities** 117:7
**care** 13:5
**carefully** 181:10
**cares** 101:4
**carry** 110:16
112:16

**case** 8:20 28:8
55:16 71:8 102:16
120:19 142:15
145:7 147:10,12
163:20 168:11,12
183:17 188:22
189:9
**cases** 92:19,22
168:11 182:19
**category** 190:11
**catholic** 101:21
102:8,11,20,21
105:17 187:11
**catholicism**
102:13
**causes** 131:20
132:7,12
**cavalier** 3:3
**cc'd** 75:15 112:3,5
**cell** 124:1
**center** 12:16 20:19
31:2,4 102:20,21
103:5,14 104:5
105:4,18,21
112:17,22 127:4
149:22 152:20
157:6 187:10
**century** 143:11
**ceo** 74:11
**ceremonies** 110:20
**ceremony** 112:17
**certain** 130:14,21
131:4,9 135:13,20
136:2 174:8,14
175:13 176:11
177:18 178:2
188:1
**certainly** 53:5
55:11 64:6 86:14
90:7 99:20 113:8
123:21 136:11

143:21 193:14
**certificate** 93:17
199:1
**certification** 194:5
**certify** 199:4
**cetera** 22:12 143:7
**chain** 4:13,15
**challenge** 92:5
133:17 189:16
**challenged** 142:16
**championship**
156:19
**chance** 61:20
**change** 84:21 91:1
91:6 141:3 201:4
201:7,10,13,16,19
**changed** 91:18
188:14
**changes** 157:11
200:10 202:6
**chapter** 55:17,21
56:5 57:19 99:4
169:17
**chapter's** 98:15
**character** 169:20
**characterization**
15:13 24:3
**charge** 155:4
159:18,20,22
161:17,18 164:10
164:11
**charged** 90:3
**charges** 171:4
**cheating** 160:15
185:20,22
**check** 7:16 113:13
184:7
**checking** 22:15
98:7 172:11
**checks** 85:15

[choices - concern]                                                            Page 6

**choices**  167:11
**choose**  132:4
**christ**  169:19
**christian**  1:4
  35:15 36:3,14,21
  57:2,3,9 74:11
  84:18 96:22 97:20
**christina**  13:10
**christopher**  2:7
**chronicle**  195:9
**church**  102:10
**circumstances**
  19:9,13
**civil**  1:7
**clarification**  51:20
  135:17
**clarify**  15:18 69:1
  69:17
**clarifying**  68:7
**classes**  20:12,14
  23:1 136:20 189:8
**clause**  181:1
**cleaned**  49:4
**clear**  15:22 16:14
  56:3 57:17 97:6
**clearly**  8:3
**clicked**  113:19
**clicks**  86:8
**close**  61:9 123:8
  182:7
**closely**  71:13
  181:10
**closest**  118:5
**closure**  42:5
**cloud**  43:18 50:7
  50:22 52:12
**club**  15:12 146:4
  147:12 148:3,7,8
  148:15,19,20
  149:1,2,3,14,22
  150:9 152:12,22

153:2,14 154:8,13
  154:18,19 155:10
  155:17 156:4,6,17
  156:19 171:11,17
  171:21 196:3,10
  196:15 197:4,17
  197:22 198:1,4,5,6
**clubs**  122:6
**code**  17:19,21 90:3
  90:4,8,10,12 144:6
  158:9,11,12,20,22
  159:2,5,20,21
  160:10 161:17,19
  165:2,3,5 167:14
  168:3 171:3 183:1
  189:18,18,19
  190:7
**coke**  116:19
  163:19,20
**collect**  195:18
**collectively**  33:6
**college**  20:17
  57:13 131:18
  132:1,20 133:9
  160:19,21 164:20
**colleges**  21:6
  142:21 160:17,18
**collegial**  90:9
**collegiatelink**  39:8
  39:9,12
**color**  150:11 197:5
**columbia**  199:18
**column**  96:11,11
  97:11 98:8,9 99:2
  100:21 101:15
**come**  13:3 19:10
  24:16 29:18 34:8
  44:14 47:20 67:10
  70:4 85:3 90:12
  92:5 109:9 116:12
  116:13 127:1

182:9 193:15,17
  195:19
**comes**  30:7 95:1
  103:1 104:17
  142:5 160:22
  161:3
**comfortable**  5:18
**coming**  6:22 11:1
  54:1 70:6 78:15
  190:6,7
**commission**
  124:13 199:20
**commit**  99:4 130:3
  130:6
**committee**  25:2
  28:3,12
**common**  6:17
  143:13
**commonly**  160:15
**communicate**  7:2
  41:13,15,16 84:2,3
  85:17 87:1 116:22
  117:5,10
**communicated**
  83:22 86:4,19
  98:16 142:4 154:2
**communicating**
  116:17
**communication**
  53:1 117:2
**communications**
  40:11 43:13 51:8
  52:10,19 53:2
  112:21 121:18
  124:9 184:19
  185:1
**communicator**
  73:2
**communities**
  188:6

**community**  27:15
**companies**  39:16
  39:17
**company**  39:3,21
  50:16 185:13
**compare**  118:6
**compete**  147:13
  154:9,11,14 156:2
  156:5,7
**competition**  156:9
**competitions**
  147:13
**competitors**  39:9
**complaint**  80:13
  81:2 106:18
  159:17 161:9,12
**complaints**  78:16
  78:19 90:15,18
  106:8,17 158:19
  159:6 161:5
**complete**  202:2
**completed**  45:22
  200:17
**completing**  45:20
**compliance**  20:21
  20:22 88:15 89:9
  89:15 90:5 123:15
**complicated**  39:1
**complies**  101:13
**comply**  88:5
**complying**  88:12
**comport**  151:12
**computer**  54:3,4,7
  182:21 184:8
  199:8
**computing**  22:12
  118:13
**concern**  31:19
  60:15 152:3,7
  170:11 181:12,13

concerns 78:22
79:3
conclude 88:11
concluded 198:18
conclusion 192:9
concrete 131:17
conduct 17:19,21
51:15 71:16 90:3
90:5,8,10,13 144:7
158:6,7,9,11,12,14
158:15,20 159:1,2
159:5,20,21 160:2
160:8,10 161:4,17
161:19,20 164:11
164:16 165:2,3,6
166:1,6 167:6,9,14
169:20 171:3
183:1 189:18,19
189:20 190:8
conducts 160:7
conference 19:17
154:15
conferences 194:3
confirmation
62:15
conflict 155:18
165:18,18 166:3
166:10
confuse 57:4
confused 57:1
confusing 56:19
125:11
connect 19:18
connected 121:1,2
121:10
consent 6:2
consider 50:3
111:7 186:17
consideration
179:17

considered 128:19
consistent 99:5,11
151:4 196:8
197:15
constant 104:15
constitution
149:15 153:3
168:18,19 196:15
constitutional
189:13
constitutions 52:8
construct 148:19
construction
140:1
consult 31:18 32:5
33:5,8,9 47:21
68:20 69:3 77:10
80:4 83:13,18
134:11,14 152:3
166:13 186:17
consulted 47:11
59:20 72:9 73:9
80:8
consulting 32:12
32:15 73:7,8
166:10
contact 30:15
47:22 59:13,19
68:14 160:3
contacted 59:14
69:16
continue 108:22
147:9
continued 2:22 3:1
108:5
contract 30:16,17
contracts 30:7,8
31:2
contractual 104:1
controversy 36:15

conversation
58:17,21 81:19
82:1 83:2 87:4,7
141:2 153:5 196:6
conversations
61:8 65:20 82:19
converting 23:7
convince 48:22
convocation 21:2
cool 137:1 145:2
coordinated
152:18
coordinator 11:6
12:5,6,8,10,21,21
13:1,8,21,22 30:1
45:11,14
copied 71:21
73:21 75:19
109:17
copies 44:6 200:14
core 98:15
correct 14:20 15:5
26:3 38:7 41:5
63:5 74:7 75:4
86:22 87:16 91:19
115:15 117:11
118:22 130:18
131:1,10,20,21
132:3 143:21
149:11 150:14,18
151:1 153:1
155:12,16 156:12
156:15 161:15
163:5 164:18
170:15,16 171:16
171:20 176:9,16
179:22 180:1
187:16 196:12,13
197:13 198:9,14
202:8

correction 6:18
150:17,18
corrections 202:6
cost 26:16 116:1
121:19
counsel 4:3,4 5:7
6:1 7:3 32:5,12,15
33:8,10,12 47:22
59:14,15,17 60:9
62:16 63:1 65:17
68:14,18,19 69:10
69:16 71:1 73:7
75:13,14,16,17,20
76:5 80:6,8 81:14
82:2,2,7,11,18,21
83:4,5,7,15,20
88:17 108:8
134:11,15,22
135:1,17 152:4,8
153:6 164:9
166:10,13 170:12
170:12,22 195:21
199:10 200:14
counsel's 63:8,11
63:16,22 64:10,17
67:20 68:7 71:4
72:8
counterpoint
192:3
country 142:9,22
156:18
couple 23:6 37:1
48:22 53:14 106:5
108:15 124:18
136:5 157:14
171:8 172:4 182:4
182:9,16 187:7,9
course 42:3 73:8
114:1 126:17
162:14 166:9
179:15

[court - deposition]

**court** 1:1 7:3
161:2
**courtroom** 7:22
**cover** 157:15
**covered** 56:7
115:6 119:8
**covid** 34:13 41:20
144:10
**create** 150:2
**created** 94:22 95:6
95:22 153:22
**creating** 150:6
**credit** 18:15
**cristina** 65:8 67:3
**criteria** 26:6,7
129:7
**cru** 99:6
**cs** 200:15
**curious** 37:6
**current** 10:16,17
36:14 40:22 41:22
105:22 116:21
**currently** 43:7
127:10 157:3
187:21
**cursor** 102:19
**curtain** 186:2
**cut** 42:4
**cv** 1:8

**d**

**d** 5:1 45:5,7
**d.c.** 1:22 2:11
157:2
**daily** 34:13
**dance** 30:15
**daniel** 2:5 12:19
**data** 50:19,21 51:3
51:4,6,7,7,12,17
121:3
**date** 1:15 38:11,17
58:9 62:19 77:1

80:12 97:12 170:2
170:4 201:24
202:12
**dated** 4:9,10,11
62:12 65:9 76:20
**dates** 60:12
**daughter** 136:15
**dauphinais** 123:6
123:7,8,9
**david** 1:13,14 5:3
5:15 7:19 108:4
159:4 198:18
200:5 201:2,24
202:2,4,12
**day** 20:12,20 21:1
22:22,22 23:3,3,5
23:13 57:15 70:3
109:1 119:4
126:18 127:5
135:9,9 149:6,6
183:10,10 202:15
**days** 6:17 20:13
46:7 200:17
**deal** 186:4
**dealing** 136:19
**dealt** 108:16
**dean** 5:13 10:18
11:12 14:7 15:3
16:16 28:5 35:6
45:8 47:21 49:10
49:19 54:4 61:6
70:5,6 158:15
186:1
**dean's** 160:20
**deans** 21:6
**december** 77:21
112:5 199:21
**decide** 26:5 127:13
141:9 189:16
**decided** 59:16

**decides** 149:8
**decision** 26:21
27:2 28:9 32:1,13
32:16,17,19 33:1
47:13,13 59:1,5,7
59:8,21 60:2,16
62:6,10,22 72:9,14
72:18 73:5,10
76:16,21 77:16,17
78:11 79:7,13,18
80:1,4,9 83:11,14
83:16,20,22 97:22
152:4,9 168:8
181:15,17 186:15
186:21
**decisions** 33:21
129:14,18 187:4
**declare** 202:4
**declined** 190:12
**dedicated** 101:3
103:5
**deduce** 88:11
**deemed** 90:11
202:6
**defend** 188:3
192:21
**defendants** 1:10
2:15 4:4,7,19 6:9
144:17 146:2
195:21
**defending** 133:12
133:14 191:7,20
**define** 14:15 51:21
63:13 93:1,11
101:10 111:4
139:11
**defined** 111:5
**defines** 93:6
**definitive** 170:22
**defs** 144:21

**degree** 120:20
**dejonghe** 45:7
**delegate** 33:16
**delivered** 93:16
**demand** 25:13
**democratic** 133:11
180:3 187:20
191:5,19
**democrats** 131:18
132:2,20 180:2
**dems** 133:9
**denied** 72:21
150:10 152:1
197:4 198:9
**denise** 1:18 45:5
45:14 53:21 54:15
199:2,16
**denise's** 54:16
**denying** 180:6
**department** 14:6
22:12 148:18
149:6 154:17
155:4
**departments** 21:5
22:7,9
**depend** 92:14
**depending** 21:21
194:20
**depends** 14:15
29:18 32:13 35:10
92:13 102:7 111:4
117:1 140:14
165:4
**deponent** 200:13
202:3
**deposed** 8:10
**deposing** 200:13
**deposition** 1:12
4:6,8 6:2,4,6 7:3,4
7:8 9:2,8 10:13
15:20 16:2 72:4

[deposition - document]

74:3 75:8 96:7
109:21 112:9
128:15 136:20
144:16 145:18
183:2,10 198:18
199:3,5
**depth**  64:13
**describe**  24:1
117:13
**describing**  23:17
**description**  33:19
195:7
**design**  178:16
179:5,7,8
**designated**  9:2
10:4,8 16:19 19:1
30:13 114:21
135:2 145:10
170:13
**designates**  16:22
158:13
**designation**  17:4
**designee**  32:7
**detail**  175:17
**details**  8:20 105:5
117:15
**determination**
141:10 175:19
**determine**  33:6
**determined**  87:14
88:9,14 166:15,18
**determining**  68:21
**detroit**  2:19 103:7
104:3,11
**development**
12:13 14:6,10,11
194:12,15
**diabetes**  113:16
**dialogue**  40:14
**diet**  163:20

**differ**  23:13 99:7
**difference**  22:2,5
125:13
**differences**  166:5
**different**  39:4
48:17,18 82:16
91:15 95:16 97:2
97:21 98:18
100:17 122:8
124:20 125:14
138:6 141:1
154:10,19 161:6
162:12 164:13,17
167:7 183:15
**difficult**  136:19
172:1
**digital**  44:12
**direct**  41:9 70:22
96:10 110:9 197:1
**directed**  46:13
**directing**  97:9,10
**direction**  9:20
68:13 82:7 83:5,7
**directly**  11:21
12:2 13:12,17
14:2,14 34:9
**director**  11:11
12:9 13:14,15
45:12 161:8,10,10
**disability**  150:11
197:5
**disagree**  23:18
**disappointed**
21:11
**disapproved**
151:12
**disbanded**  125:5,7
125:22,22
**discovery**  182:18
182:18

**discrimin**  180:7
**discriminate**
138:16
**discriminating**
180:8
**discrimination**
4:17 69:7 87:15
87:19 88:3,7,10,13
88:16,22 89:19
91:2,7,11,20 92:3
101:7,12 102:3,5,6
106:10,15,19
127:22 128:9,10
130:13,19 131:2,7
134:13,17 135:12
138:14 139:12,13
141:13 150:22
151:3,5,8,13,15
152:2,6 153:9,12
162:15,22 163:5
163:10,13,14,16
164:4,5 165:16
166:17 169:22
170:7,15,19
171:14,18,22
172:10,16 174:6
174:13,19 175:3
175:15,22 176:14
176:20 177:9,15
178:20 179:21
180:5,12,19 181:7
181:11,22 188:10
188:19 189:1,7
197:13
**discriminatory**
175:21 176:8
**discuss**  60:1 68:11
68:13 76:2,5
81:13,15
**discussed**  68:16
75:3 81:16 82:13

128:19
**discussing**  165:13
172:17 196:3
**discussion**  60:8
76:8,10 122:20
**discussions**  60:11
61:7 77:3 164:22
**dismiss**  177:11
**dismissing**  189:10
**disposal**  90:10
**dispute**  89:21
**disruption**  193:18
**dissertation**
120:12
**distinction**  139:11
**district**  1:1,2
199:18
**ditto**  195:14
**divest**  188:4
**divesting**  133:12
133:15
**dividing**  100:5
**division**  19:16
118:13
**diwali**  109:17
111:7,10,13
**dj**  30:15,16
**djs**  30:21
**doctoral**  120:13
**doctrine**  169:18
**document**  7:10
37:17 49:18,21
50:10,12,20 51:2,5
61:21 62:5,8,12
66:20 71:17 89:10
94:10,15,19,20,22
97:6 109:8,14
111:21 112:3
114:6,10,13,16,20
122:11,17 123:1
128:6 133:19,21

[document - events]                                                                Page 10

134:4 137:6,9,14
144:14,19 145:5
149:17,19 150:3,6
150:9,15,19,21
153:17 163:7
168:16 169:4,7,11
170:2,3 173:12,17
178:5,12 182:18
183:3 196:14,18
**documents** 7:7
10:12 50:1,1,5
52:10,19 61:13
87:21 94:19 136:5
137:3 172:7
182:21 183:16,22
184:10,14,15
**doing** 18:17 21:12
26:9 35:13 64:12
115:9 121:8
134:12 144:10
162:13 186:20
189:17
**donna** 123:6
**door** 35:19
**double** 85:15
**downloaded** 61:21
95:3 185:7
**dr** 5:13,17,20 6:9
6:13 108:11
122:22 158:5
182:19
**dropping** 113:15
114:2
**dude** 67:10
**duly** 108:6
**dust** 126:8
**duties** 194:8

| e |
|---|

**e** 2:1,1 4:1,10,13
4:15 5:1,1 13:11
40:13,16,17 41:3,4

41:8,18 43:20
44:2 45:5,5,7,7
46:12 52:22 53:20
62:2 63:3 65:1,6,8
65:12 66:2,10,14
67:5,14,16 73:17
74:6 75:3,11,17,18
76:13 86:5 103:17
108:21 109:16
111:9,14 112:12
113:5 117:21,22
118:8,11,17 123:5
123:20,22 124:9
124:11 182:21
183:20,22 184:3,7
201:3,3,3
**earlier** 26:1 27:7
62:21 88:18 158:5
171:8 182:17
187:19 197:10
198:13
**early** 48:19
**easier** 49:4 70:12
**east** 70:19
**eastern** 1:2
**eat** 108:22 114:4
**eating** 113:14
**economic** 12:13
14:5,9,10
**ed** 155:18 195:10
195:12
**edification** 186:22
**education** 20:20
55:11 142:10
143:14 148:20
189:15 195:9
**educational**
129:10 139:5
194:13
**effect** 126:1

**effective** 191:8,22
192:5
**egregious** 165:5
165:15
**eight** 11:18
**either** 14:14 15:3
39:12 83:18
116:15
**elect** 131:22
**elected** 106:13
**election** 98:11
**electronic** 38:18
42:12
**elementary** 183:11
183:12
**eligibility** 96:12,18
97:19 100:22
101:15 169:12
**eligible** 140:3
**emergency** 194:14
**employed** 199:10
**employee** 192:18
**employees** 73:3
**employment**
129:10
**employs** 191:1
**encourage** 194:22
**ended** 119:11
**enforce** 92:3
**enforced** 91:20
**enforcement**
158:10
**enforcing** 171:4
**engage** 39:15,19
39:21 40:1,2,3
41:1,1 43:17 50:6
50:9 51:12 52:15
52:17 116:16,18
116:20,21 118:21
138:10 185:2,4

**engages** 12:15
**engineering**
160:19,21
**english** 22:12
**enhancing** 129:21
**enrollment** 118:9
**enter** 150:9 152:17
197:4
**entering** 74:9
**entire** 151:16
**entirely** 168:10
**entitled** 149:14
193:11
**equal** 91:9 161:11
**err** 32:14
**errata** 200:11,13
200:17
**especially** 136:20
195:3
**esquire** 2:4,5,6,7
2:16 200:1
**established** 139:2
139:3 156:6
**estimate** 31:20
60:13 119:15
**et** 1:5,9 22:12
143:7
**ethical** 129:21
130:3,7,15,21
131:4,9
**evaluation** 26:16
**event** 19:21,22
25:8 30:11 35:4,9
35:15,17,21 111:6
111:8 113:2,3
**events** 18:10,11
19:15 22:19 24:7
24:10 31:3 34:18
34:22 101:22
110:16,20,22
111:3 117:18

eventually  39:14
everybody  19:2
  28:21,21 29:4
  39:14 40:1 157:18
exact  38:11,17
  58:9 64:6 69:8
  77:1,19 110:6
  119:13
exactly  25:5
examination  4:2
  5:7 108:5,8
  195:21
examined  5:5
  108:6
example  84:6
  99:17 131:17
  133:6 156:15
  166:2 176:22
  190:7
exceptions  92:18
  92:21 93:5,20
  94:1,4,7
exclude  99:18,19
excluded  100:15
excluding  198:10
exemplify  169:19
exempt  138:13
  171:13,18,21
exemption  141:16
  141:21 147:1,17
  147:18 153:19,22
  154:2 171:10
exercise  193:10
  194:1
exhibit  7:9 9:6,7,8
  61:19 72:3,4 74:2
  74:3 75:4,7,8 96:6
  96:7 109:4,20,21
  112:8,9 128:2,14
  128:15 145:17,18
  149:13 168:16

172:12 196:10
exhibits  4:6,22
  6:19 7:8 109:3
exist  147:1
exit  67:8
expectations
  189:20
expected  88:5
  169:17
expensive  55:9
experience  143:20
experiences  77:8
experimented
  125:1
expert  85:21
  111:10 147:19
  154:17 189:13
experts  95:17
expires  199:20
explain  34:6 37:4
  39:6 89:7 168:13
explaining  67:22
  68:7 100:15
explains  89:11
explanation
  136:18 183:11
explanations
  164:22
expression  193:5,6
extent  97:5 197:11
external  154:11
extracurricular
  181:2
eye  1:21

f

face  171:3
facebook  118:3,6
facial  183:6
facilitate  110:15
  110:17 113:3

facilities  110:7
  157:5
facing  86:17
fact  19:16 160:5
factor  187:4
failing  55:5 106:9
fails  200:19
fair  8:8 21:4 49:9
  62:17 72:13 79:17
  110:10,15 121:12
  143:21 186:12
  193:3
fairs  18:5,8 121:20
faith  98:13,21,22
  99:10,12,18
faithful  99:5
faithfulness  99:15
fall  17:20 18:18
  19:9,13,17,18 20:7
  48:3,6,11,13,20
  66:4 126:7,9
  189:4 190:10
familial  150:11
  197:5
familiar  69:6
  94:15,16,18,20
  111:21 114:10,14
  122:17 123:1
  128:5 137:9
families  21:6
family  21:6
far  49:3 103:10,10
fast  70:19
favor  188:16
fca  57:9
february  78:3
federal  20:21
feed  95:1
feedback  125:11
feeds  86:10

feeling  120:22
feelings  99:14
fellowship  1:5
  35:15 36:3,14,21
  57:2,3,9 74:11
  84:18
female  93:13
  139:4,19 140:9
festifall  20:7,10,11
  21:3 22:2,7,17
  23:14 57:14 119:3
  121:19 126:17
festival  111:10,13
fiduciary  26:18
  30:6
filed  78:12 80:13
  90:3
files  54:8 184:8
  185:11,12
fill  42:21 152:17
filled  42:16,20
  43:2
fills  95:2
final  32:13 152:4,9
  181:14,17
finally  137:3
financial  30:12
  38:12,19 49:20
  50:1,4 51:16
  199:12
find  38:12 58:10
  61:2 65:3 110:11
  181:17 183:22
finding  160:5
  184:14
fine  5:16 107:3
fire  110:5
fireworks  109:17
  110:3,7 111:7,13
first  4:20 19:8
  20:16,16 23:1,2

45:5 73:14 81:5
109:4 125:4
144:17,21 162:9
164:8
**fitness** 149:21
152:20 157:6
**five** 60:7 64:2,5,7
120:20
**flag** 181:13
**flags** 163:4
**fliers** 126:21
**floor** 35:20
**folder** 9:6 71:17
94:12 109:4 137:4
149:14 168:16
178:7
**folks** 25:3,3
**follow** 38:20 56:20
91:12 106:9
108:14 124:19
127:7 142:7
156:10 164:3
189:22
**followed** 69:15
142:10
**following** 88:9
89:18
**follows** 5:6 108:7
**food** 13:6 159:14
**football** 156:17,20
156:21
**forcing** 157:11
**foregoing** 199:3,5
202:5
**forget** 162:17
187:12
**forgot** 12:19
**form** 26:9 36:16
38:3 42:12,14,15
42:16,20,22 43:2,9
43:15 45:21,22

46:21 47:1,16
58:5 95:3,3 97:4
117:1 129:20
130:9 131:12
147:2 159:3,22
174:20 188:11,20
191:10
**formal** 21:2 81:1
89:21
**formality** 69:19
70:4
**forming** 130:14
**forms** 43:13,19
44:1,6 45:17 46:5
46:12,22 49:14
53:17 54:1 139:18
**formscentral**
42:13 44:7,18
53:22 54:19
**forth** 40:11
**fortunately** 183:9
**forward** 18:15
20:7 80:11
**fossil** 133:13,15
188:4
**found** 167:15
174:4
**foundation** 38:4
97:5 130:10
131:12 147:3
170:8 174:21
188:21 189:14,15
191:11
**four** 12:5,7 43:11
167:19 168:11
**fourth** 23:7
**frankly** 116:13
**fraternities** 137:20
138:3 139:2 140:4
140:5,20 142:5,8
146:4 148:3 154:6

154:7 171:11,13
198:11
**fraternity** 30:2
140:3,22 141:6,6
**free** 115:14,22
121:18 192:22
193:2,22,22 194:1
195:2,2
**freedom** 177:4
189:5 190:4,15
192:13,14,15
193:5,6,9,12
**frequently** 31:20
**friend** 126:22
**front** 12:20 13:2
29:11 67:2 78:8
128:2 150:20
**froze** 36:9,10
**ftiac** 20:16
**fuels** 133:13,15
188:4
**full** 11:14,15,20
23:1,2,4
**fun** 21:10 185:19
**function** 156:3
**functionalities**
117:14
**functionality**
117:8
**functions** 95:17
**fund** 2:8 26:5,20
**funded** 26:2
**funding** 18:1 24:8
24:22 25:6,8,9,15
25:16 26:1 27:8
30:5 115:2,13
116:2,2 125:15,16
125:16,19,21,21
**funds** 18:2 24:6,10
55:11

**further** 65:8 82:6
83:2,4 108:7
145:22 146:12
179:6,16 181:14
182:3 195:15
198:15,16
**fyi** 36:10

**g**

**g** 5:1 45:7 103:17
103:17
**gaby** 2:6
**galante** 71:12
**game** 156:19
**garza** 4:9 65:9
67:3
**gather** 105:1
**gathering** 35:18
**gender** 92:10,16
92:19 93:3,3,8,9
93:14,18 138:21
139:10,14,16,17
139:18,20 140:12
140:17 141:4,11
141:18 142:1
147:20 148:9
151:1 153:15
154:8 171:14,15
171:19 196:11
197:11
**general** 32:5,12,15
33:8,10,11 37:14
38:14 47:22 59:14
59:15,17 60:9
62:16 63:1,8,11,16
63:22 64:10,16
65:17 67:20 68:6
68:14,18,19 69:10
69:11,16 71:1,4
72:8 75:13,14,16
75:17,20 76:5
80:6,8 81:14 82:1

82:2,7,11,17,20
83:4,5,6,15,19
88:17 93:7 134:11
134:14 135:1,17
152:4,8 153:6
164:9 166:10,13
170:12
**generally** 44:1
144:4 165:17,18
183:4,18 197:12
**getting** 21:8 31:2
60:9 125:10
136:12 169:6
**give** 20:11 38:17
60:13 61:18 64:12
65:1 73:13 84:8
94:11 108:20
115:9 119:13,21
131:16,17 144:12
172:1,6 183:10
195:6
**given** 1:14 22:3
71:10 202:9
**gives** 61:20 114:3
174:4
**giving** 120:12
191:2
**glad** 86:14 182:6
**go** 10:7 30:17,19
35:3 41:2,6,8 42:6
43:3 44:4,11 47:2
48:14 53:3,12
55:14 57:17 61:2
65:6 70:2 71:14
77:20 78:13 84:5
84:9 85:3,22 86:7
94:17 95:20 98:4
102:10 105:8
107:1 109:8 114:5
125:12 140:11
156:7 157:16

161:5,9 162:11
164:10,15,16
166:8 168:15
169:3 172:9,10
183:8 184:7
185:11 186:16
188:17 194:8
**goal** 133:12 191:6
191:9,9,20 192:1,1
192:6
**goals** 132:21 133:2
134:4 188:1,9
191:4 192:13
**goes** 40:14,17
41:11 82:1,17
86:9 103:1 104:17
136:21
**going** 7:9,12 8:6
9:4 11:20 15:6
16:2,11 18:14,15
19:20 20:7,9
23:11 24:3 29:16
32:14 34:17 36:1
36:18 40:21 49:14
52:7 55:7,20
56:19 60:11 61:15
64:22 66:5,9
70:15 72:10 73:14
74:14 92:2 94:10
96:14 97:18
100:21 101:14
109:5,19 111:2,16
113:6 122:5 124:6
127:14,17,20
131:11 136:4
141:8,9 145:13,16
149:4,13 157:16
162:1 164:3
166:12 173:7,15
173:16 178:5
186:3,9 188:18

191:21 197:1
**gonzalez** 2:6
**good** 5:9,10 21:12
36:13 37:21 53:7
56:6 157:22
185:17
**government** 27:13
**governor's** 157:3
**governors** 1:8
158:13
**graduate** 121:4,11
**grant** 77:16,18
79:10,13,15,18,20
80:1,5
**granted** 79:6
118:12
**graze** 109:1
**great** 62:2 85:10
107:5 157:21
182:12
**greek** 11:7 15:11
122:6,7 137:19,19
137:22 138:1,13
138:18 141:17,22
142:11 143:9,15
143:15 144:2
146:15 147:10
198:10
**greeks** 139:5,8
**grew** 70:18
**grosberg** 103:13
103:16
**ground** 6:14 115:7
**group** 28:11 30:14
37:20 45:18 56:12
60:21 61:10 86:8
90:15,18 100:15
104:19 118:3,5,6,9
124:21 125:14
127:2,7,7 130:14
130:20 131:3,8

132:4,6 135:12,16
164:19 165:8
166:5,15 174:7,12
190:3 192:9
**groups** 15:12
102:14 103:21
105:9 122:6,7
141:17,22 144:2,3
**grow** 101:4
**growing** 164:21
**guess** 28:19,20
51:1 92:4 119:19
119:21
**guidance** 166:13

| h |
| --- |

**h** 2:4,5 13:10 45:7
201:3
**half** 12:13 120:20
**hall** 41:19 67:7
192:11
**hampshire** 2:9
**hand** 193:20
**handful** 196:1
**handle** 164:6
**handoff** 83:6
**hang** 126:20
**happen** 24:7 41:22
46:1 47:18 105:12
**happened** 49:7
54:10 63:4 126:5
167:18
**happens** 31:21
34:12 85:11
159:10
**harassment** 168:2
**hard** 44:5,8 111:4
**harris** 152:19
**hazards** 65:2
**hazing** 167:22
168:1

**he'll** 67:11
**head** 6:15 38:13
  162:20 168:11
**hear** 36:9 120:15
**hearing** 6:19
  167:9
**heather** 45:10,11
  45:14,15 54:12,14
  54:14,15,16 84:22
  85:1,4,13,17,22
  95:11,20
**height** 150:11
  197:5
**held** 122:20
**help** 18:17 24:17
  24:20 30:10,11,12
  34:8 37:13 101:4
  110:10,14,14,15
  112:19 117:9
**helped** 103:18
**helping** 29:1
  110:19 113:1
**helps** 28:21
**hereto** 202:7
**hey** 67:9 126:22
**hi** 35:12,17,19
**hiccup** 17:12
**hiccups** 55:2
**higher** 55:10
  121:4,5 124:12
  142:10 143:14
  148:20 195:9,10
  195:12
**hilary** 3:4
**hillel** 104:2,2,7,9
  104:10,11 105:12
  105:13,16
**historian** 193:13
**historical** 138:19
  138:20 142:7,8,13

**historically** 92:16
  143:3,4
**history** 20:12
  54:12 103:11
  140:18 173:16
**hit** 42:21 44:3
**hlc** 124:12
**hmd** 104:2
**hold** 96:15 98:5
  113:2 132:1,2
  178:2
**homecoming** 23:8
**honigman** 2:17
**honigman.com**
  2:21 200:2
**honor** 137:21
  139:6
**honors** 11:8,9
**hope** 35:12
**host** 18:7,9 20:3
**hosted** 34:18
**hot** 195:4
**hour** 18:12 19:22
  84:8
**hours** 120:14,18
  140:17
**house** 31:10
  136:16
**huh** 6:15,15 21:20
  28:13 45:4 55:22
  66:13 67:4 74:16
  97:15 162:6 174:5
**hundred** 147:11

**i**

**identification** 9:9
  72:5 74:4 75:9
  96:8 109:22
  112:10 128:16
  145:19
**identified** 93:12

**identifies** 93:9,13
  93:18 139:17,21
  141:4 160:10
**identify** 93:19
  95:11 139:3,4
  140:2,6,9,16
**identifying** 139:18
**identity** 92:10,17
  92:19 93:3,4,7,9
  93:14 139:10,14
  139:16,18,20
  140:12 141:4,12
  141:18 142:1
  147:20 148:9
  151:1 153:16
  154:8 171:15,15
  171:19 196:12
  197:12
**ii** 150:16 197:2
**iii** 150:8,16
**immediately** 165:5
**immigrants**
  133:12,15 188:3
  191:7,20
**impair** 156:3
**inbox** 65:14
**include** 111:2
  150:22 151:6,7
  172:19,20
**included** 198:2
**includes** 110:19
  170:14
**including** 6:4
  11:16 15:11 115:2
**inclusive** 153:11
**inconsistent**
  151:17 152:1,6
  153:9 197:12
**increases** 122:3
**indicate** 169:17

**indicated** 187:14
**indirectly** 14:14
  14:16,17
**individual** 86:6
  93:18 139:16,17
  140:15,16 180:16
  189:10
**individuals** 53:1
  95:8
**indoor** 157:4
**industry** 144:1
**info** 23:15 127:3
**informal** 24:16
**information** 21:16
  38:12 50:9,21
  51:8,18 60:9
  65:14 86:14
  118:14 160:9
  183:16
**informed** 59:12
  62:11 65:19 83:9
**infrequently**
  31:22
**iniquities** 168:13
**initial** 32:16,17
  33:15 47:13 59:1
  59:5,7,8
**initiative** 13:7
**inquire** 17:11,22
  126:16,18
**inside** 22:3,5
  195:10
**instances** 167:4
**institution** 18:16
  49:2 134:21
  192:17
**institutional**
  123:14
**institutions** 142:11
  143:13,14

**instrument** 165:3
**insulin** 113:12
**integrity** 98:17
**inter** 156:9
**interact** 34:4,9
**interacted** 36:3,7
**interaction** 44:13
**interactions** 36:19
  56:9
**interactive** 34:15
**interchangeable**
  163:18
**intercollegiate**
  154:14 156:21
**interest** 27:10
  178:15 179:2
  199:12
**interested** 179:3
**intermediate**
  14:18
**internally** 41:13
  41:17 156:6
**internet** 136:16
**interrogatories**
  4:21 144:12,18,22
  145:11 171:9
**interrogatory**
  145:14 196:9
  197:17
**interrupt** 15:17,17
  146:5
**intervarsity** 1:4
  5:12 35:15 36:3
  36:13,21 55:15,17
  55:18,20 56:9,17
  57:2,12,14,22 58:2
  58:13,18 59:2,9
  68:21 69:2,14
  72:15 73:5 74:7
  74:11 76:17 77:17
  77:18 78:17 79:6

79:14 80:2,5,13
83:8 84:18 85:18
86:20 87:13 88:2
88:6,19 90:14,22
98:1 177:22
183:17 186:14
187:5 190:10
**intervarsity's** 64:8
  66:7 79:1,4 97:3
  97:21 98:18 99:7
  169:18
**intervention**
  166:14
**interviewers**
  28:11
**interviews** 28:6
**intramural** 154:19
  154:22 155:6
**intramurals** 156:9
**investigate** 164:8
  181:14,16
**investigating**
  158:18
**investigation**
  160:6,7
**investment** 55:4
**invite** 34:20
**invited** 18:20 21:7
**involved** 8:18 19:2
  19:4 21:8 23:9
  32:22 61:7,9,12
  65:18 100:10
  110:4 119:16
  120:7,8,10 149:8
  150:5 166:1
**involvement** 120:5
  120:22 122:1,3
  155:7 190:19
**iraqi** 101:4,10
  103:2 187:11,13

**islamic** 100:9
**israel** 104:16
**issue** 33:3 58:1,15
  58:17 59:4 60:19
  69:2,14 72:9
  78:15 186:14
  189:1,2
**issues** 24:20 32:22
  36:12,20 58:12
  63:7 66:6 71:15
  106:19 108:15
  113:22 194:1
**iteration** 39:4
**ivcf** 168:17,19
  169:5 200:4 201:1
  202:1
**ix** 20:20 146:2,16
  147:17,19 148:2
  161:5,7,8,9,10,10
  161:13 171:10
**iyssf** 174:2,3

**j**

**j** 1:13,14 5:3 45:7
  108:4 162:3
  198:18
**january** 10:21
  21:18,22 22:4
  78:1
**jewish** 99:10
  104:14 176:6
**job** 10:17 11:19
  30:18 34:14,15
  35:5 45:15 194:16
**jog** 44:21 46:20
**join** 126:10,14
  127:2,12,14 133:2
  140:3 180:4
**joins** 132:8
**joke** 120:18
**journals** 195:11
  195:12

**jso** 104:14
**jumps** 165:5
**justice** 176:11

**k**

**k** 162:3
**keep** 54:1 65:21,22
  113:18
**kept** 43:12 50:22
  51:4,5 52:12,17
  53:19 54:2 62:11
**kind** 50:20 83:6
  95:17 104:16
  108:17 116:19
  117:9 118:10
  140:14 167:17,20
  167:21 195:6
**kinds** 110:12
**know** 6:17,20,22
  6:22 7:6,11 14:21
  16:15 18:4 19:10
  20:6,6 24:2,15,17
  25:10 26:15 27:6
  28:20,22 29:14
  30:14,20 35:16,17
  35:17,20 36:1
  43:8 45:20 46:8
  48:14 49:13,17
  51:12 52:22 54:11
  54:12 55:10,15,16
  56:7 57:1 58:7
  60:21 64:2 65:13
  65:15,16,17,18,18
  65:21 67:7 68:17
  69:6,18,18,22,22
  70:5,10 72:12
  76:10,19,20 78:7
  80:18 82:15,17
  83:5 84:2,5,13,18
  85:1,5,20 86:8
  87:10 91:12,14
  92:1 93:6 95:9,13

95:14,18,19 98:1
102:14 103:9,10
104:5 105:8,12,13
110:6,8 113:11,22
115:6 116:8,12,20
117:3,4 119:22
123:18 124:5
125:9 126:22
127:21 135:18,22
137:10,15,21
140:15,15,17,21
141:1,9 142:15,16
143:8 144:5 147:6
148:14,22 149:5
150:4 153:21,22
156:19 159:4
162:19 163:13
165:12,14 167:10
176:21 177:17
179:11 182:6,17
183:9 184:14,18
185:6,9,10,21
186:20 188:15
191:4 192:12
193:14 194:2
195:2,2,8,12
**knowing** 57:14
76:11
**knowledge** 124:10
148:19 155:22
173:17 178:4
184:22
**koran** 100:13
**kristen** 186:7
**kristen's** 186:6

**l**

**l** 13:11 162:3
**labor** 23:3,3 188:1
**labs** 50:16,22 51:4
185:11,12

**lack** 189:8
**lane** 29:1
**language** 69:8
193:4 198:2
**lapsing** 193:4
**large** 27:14 64:6
**larger** 155:11
**laugh** 186:8
**laughs** 5:16
**law** 142:15 189:13
195:11
**lawsuit** 78:12
80:14,15 81:2,6,9
81:12,20,22,22
82:4,6,14,22 83:1
83:2,3,6
**lawyer** 186:3,9
193:3,13
**lawyers** 145:6
183:15 185:15
186:5
**lead** 99:4,11 153:5
153:6 170:20
191:13
**leader** 40:19 133:5
177:13 188:14,18
190:4
**leaders** 18:22
56:10 130:2,6,21
131:4,8 132:7,13
132:16,21 133:1
133:14,20 134:3
135:13,19 169:17
177:18,19 178:2
187:11,13 188:8
192:4,5,8
**leadership** 78:20
79:1,4 87:22
88:20 106:16
129:17 133:4
169:20 177:12

190:14 196:11
197:18
**leads** 120:22 192:8
193:18
**league** 156:11
**leagues** 154:11
**learn** 21:8 125:10
162:20
**learned** 81:12
82:14
**learning** 26:13
124:12 164:20
194:15
**learns** 165:1
**leasing** 104:1
**leave** 172:3 190:9
**led** 167:21
**left** 11:11 45:14
103:22
**legal** 1:20 81:1,7
193:4 200:23
**letter** 4:9,11 67:19
68:6 71:20 72:3
72:10,19 73:12
74:19,22 75:2,12
75:15,22 76:2,15
76:18,20 77:4,7,10
77:15 88:17
**letters** 137:22
**level** 143:12
179:14
**liaison** 186:7
**liberty** 2:8
**life** 11:7 12:6,7,9
12:10,21,22 13:6,8
13:16,22 26:10
30:3 45:12 198:10
**likes** 102:10,11
**limit** 139:9 140:5,8
141:8,17,22 148:8
148:11 153:15

196:10 197:17
**limitations** 139:13
139:14 198:12
**limited** 25:18
190:14
**lin** 4:10,11 74:6,10
74:19
**linda** 71:12,13,15
**line** 57:11 96:11
96:22 97:10,18
98:4,9 100:5,19
101:14 143:9
145:21 169:11,16
201:4,7,10,13,16
201:19
**link** 37:9,16 174:4
**list** 84:7,8 85:5,9
85:13,19 86:3,10
86:16,17 105:9,10
116:10 117:21
126:19 197:11
**listed** 117:20
124:8,11 151:10
**lists** 93:2 133:11
**litigation** 8:17
36:1 50:13 98:2
137:15 199:11
**little** 28:15 37:18
37:22 53:16 56:7
57:7 80:12 90:13
100:17 115:11
122:6 128:1
136:12 183:11
186:12 187:7,19
**llp** 2:17
**local** 154:15 188:5
**location** 1:17
**logistics** 30:12
**long** 8:21 10:19
43:8 49:9 53:5
54:18 85:2 102:21

103:8 105:17
121:9 138:19,20
153:19 194:9
**longer**   43:16 54:20
55:2 123:12
188:15
**look**   42:10 78:14
93:7 105:8,9
109:5 114:7
136:13 137:5
143:2,4,18 159:16
173:20 179:6
182:2,8 189:7,14
**looked**   113:10
153:18 163:17
171:9 182:22
185:5 187:2
**looking**   9:20 10:1
38:17 52:6 65:4
66:20 98:8 101:15
113:11,18 138:20
143:1,17 144:15
144:16 161:18
163:3 172:13,21
175:18 186:14
187:8,17
**lori**   2:4 5:11 15:16
**lose**   168:8
**loss**   167:13
**lost**   156:1 168:5
**lot**   15:7 46:7 54:20
54:21 91:14 95:16
115:6 157:11
162:20 182:17
195:10
**lots**   94:19 137:10
**luke**   4:9 71:10,13
72:8 76:11
**lunch**   105:2 106:6
107:2,6

**lunchbag**   114:4
**lwindham**   2:13

**m**

**m**   1:18 2:16 162:3
199:2,16 200:1
**macro**   143:6
**mad**   136:15
**magic**   186:1,10
**mail**   4:10,13,15
40:13,16,17 41:3,4
41:8,18 44:2
53:20 62:2 63:3
65:1,6,8,12 66:2
66:10,14 67:5,14
67:16 73:17 74:6
75:3,11,17,18
76:13 86:5 111:9
111:14 117:21,22
118:8,17 123:5,20
123:22 124:9,11
182:21 183:20,22
184:3,7
**mails**   43:20 46:12
52:22 108:21
109:16 112:12
113:5 118:11
**majority**   101:22
**maker**   32:1
**making**   27:20 49:1
56:1 73:10 83:13
84:21 110:16
120:17 152:4,8
181:14 186:21
**male**   93:14 139:3
139:19,21 140:1,2
140:6
**manage**   117:9
**management**
50:11 51:15 55:12
165:19

**manager**   13:2
**manner**   6:2,3,6
90:9
**manual**   51:22
**march**   42:5 78:5
80:11,12 83:8
91:18
**mark**   59:11,11
69:10 109:19
**marked**   9:8 72:3,4
74:2,3 75:7,8 96:5
96:7 109:4,21
112:8,9 128:14,15
145:17,18 169:4
**marketing**   12:9
13:14,16 45:12,13
**marks**   45:10,11
54:14 84:22 85:18
86:7
**marshal**   110:5
**material**   31:16
52:15,16,18 76:12
78:14 137:12
185:4
**materials**   9:21
51:13,14 68:20
69:4 88:8
**math**   38:15 44:16
**matter**   5:15
199:13
**mean**   14:17 28:20
29:2 30:18 32:6
34:6,22 37:13
51:11 64:18 102:7
102:8,9,10,11
123:22 125:9
137:20 140:14
163:6 168:11
176:22 184:6,13
185:3,7

**manager**   13:2 _(see above)_

**meaning**   66:17
**means**   199:8
**mechanism**
158:11
**media**   127:6,7
**mediation**   164:19
165:8,13 166:19
**medical**   114:1
194:14
**meet**   21:5 154:9
**meeting**   84:5
160:5 165:7
**meetings**   19:12,15
**member**   43:5 44:4
46:13,15 47:2,4,5
154:4 158:21
174:1 175:14
180:3 190:4
194:19
**members**   21:7
27:7,12,14,16
118:3,4 127:15
136:1 138:22
174:7,14 176:12
176:18 177:7
187:13 191:9,22
**membership**
106:18,19 129:7
129:13 139:9
140:5,9 141:8,17
141:22 148:9,12
150:9 151:10
153:15 173:21
178:13,13,18
179:1 190:14
196:11 197:2,3,18
198:2,7
**memorandum**
179:12
**memory**   44:22
46:20

**men's** 155:14 198:1,4
**mention** 55:19
**mentioned** 13:14 13:20 14:5 17:8 17:14 18:8 24:21 29:20 31:6 37:5 73:7 93:3 104:18 106:16 119:6 158:5 187:19,20 192:12
**mentions** 77:7,8
**merged** 39:2,10,13
**message** 40:20 99:6,12
**messages** 98:15,16 136:14
**messaging** 117:6
**meters** 126:12
**method** 53:1
**metro** 104:3,11
**michigan** 1:2 2:19 77:9,9,11,12 136:21 143:7,7,19 143:19 156:8 157:1,3 186:18,18
**micro** 143:6,8
**microcosm** 140:20
**microsoft** 41:18
**midatlantic** 200:15
**mills** 2:7
**mind** 15:16 188:15 195:17 196:18
**mine** 7:16
**minute** 35:12 61:15,19 94:11 96:16 119:7 164:12 172:7 175:4 182:8

**minutes** 46:10 157:17 182:16 195:18
**misconduct** 20:22 160:11,11,13,14 160:14 161:1,2
**missed** 104:18 182:17
**mission** 26:11 99:5 99:12,14 132:14 132:17 133:3 189:3
**mitchell** 27:22 29:20
**model** 98:15
**moment** 11:21 28:14 65:1,3,7 66:11 73:13 81:5 90:21 107:1 108:20 114:20 115:10 122:12 136:4 146:18 157:16 170:4 172:6,11 173:19 190:11,18
**monday** 23:4 65:9 84:13
**money** 25:12,13 26:19 30:4,6,6
**months** 50:17 60:22 183:5,14
**moral** 129:21 130:3,7,14,21 131:4,9 173:4
**morning** 5:9,10 108:12 115:7,11
**morphed** 116:20
**mort** 152:19
**move** 22:3 33:13 44:8,12,12 55:13 64:22 66:9 80:11

98:9 99:2 101:14 108:17 114:17,18 127:20 136:17 168:15 172:3
**moved** 53:16
**movement** 156:18 178:17 179:5,7,8 183:6
**moving** 102:19
**muslim** 100:11
**mutual** 188:5

## n

**n** 2:1 4:1,1 5:1 13:10,11 45:5,7 162:3,3
**n.w.** 1:21
**name** 7:18,19 13:9 13:10,11 40:22 45:5,6 50:18 104:19 114:12,15 150:10 152:18 158:7 161:21 162:3,9 197:4
**named** 80:20
**names** 64:15
**narrative** 65:15 66:3 67:17 113:4
**naso** 112:13
**naspa** 195:5
**national** 55:19 56:2,21,22 94:2 101:12 143:11,12 150:12 155:11,13 155:19 156:13,19 195:5 197:6
**nationally** 92:16
**native** 112:13
**neal** 13:11
**nearly** 104:22
**necessarily** 100:3 192:2,7

**necessary** 86:7 96:13,19 97:20 101:1,16 169:13 202:6
**need** 6:21 7:4,10 9:10 13:4 14:20 28:20 29:17 34:8 39:6 51:20 110:12 113:22 161:20 165:4 179:16 181:16 183:10
**needed** 47:10,20 59:13 63:20
**needs** 13:5,7 110:18 133:7
**neither** 199:9
**new** 2:9 20:15 45:13 50:18 61:19 65:2 103:2 109:3 109:8 168:16
**newer** 103:3
**newman** 102:17 102:20,20 104:2,5 105:17 187:10
**newsletter** 195:9
**nikolina** 162:8,9 162:10
**nine** 24:9
**nodding** 162:16,20
**non** 4:17 34:13 69:7 87:15,19 88:3,7,10,13,16,22 89:19 91:2,7,11,20 92:3 101:7 102:3 102:6 106:10,15 106:19 127:22 128:9,10 130:13 130:19 131:2,7 134:13,17 135:12 138:14 141:13 150:22 151:3,5,7,8

[non - operating]                                                          Page 19

151:13,15 152:2,6
153:7,9,12 160:10
160:13,22 161:2
162:15,22 163:5
163:10,13,14,16
164:4,5 165:16
166:17 169:22
170:7,15,19
171:14,18,22
172:10,16 174:6
174:13,19 175:3
175:15 176:14,20
177:9,15 178:20
179:21 180:5,12
180:19 181:7,11
181:22 188:10,19
197:13 198:6
**normal**  194:7,8
**normally**  20:3
**northwest**  2:9
**notary**  1:19 5:5
199:1,17 202:13
202:19
**note**  113:9 124:8
152:15 200:10
**noted**  123:13
202:7
**notes**  22:15 111:9
113:11 115:8
**notice**  4:8 5:22 9:4
9:12 15:21 80:17
**notified**  75:13
**notify**  68:18 75:13
**notifying**  68:19
75:20
**noting**  75:15
113:21
**november**  76:21
183:14
**number**  9:8 60:4
64:6 72:4 74:3

75:8 96:7 109:21
112:9 119:13
124:1 128:15
145:15,18 172:12
196:20
**numbers**  125:1

**o**

**o**  4:1 5:1 45:7
103:17 162:3
**oakland**  156:7
**oath**  7:21 108:12
**object**  36:16 38:3
97:4 131:11 147:2
170:8 174:20
188:11,20 191:10
**objection**  6:3,4
130:9
**objections**  4:7,19
9:12 144:15
**objective**  172:2
**objectives**  132:14
132:17
**obviously**  128:18
128:19
**occasions**  118:15
**occur**  166:5
**occurs**  143:22
**october**  62:13,19
63:5 97:12
**offer**  121:21
**offered**  26:17
155:2
**offers**  121:17
**office**  11:13 12:12
12:14 13:2 14:7,8
14:9,13,21 15:3
16:4,19 17:5,10,16
17:18 18:7,9
19:11 24:4,13
26:18 27:1,17,19
28:4,5 29:4 30:6

32:5 33:8,10,11
34:8 37:2 38:1,1
40:20 41:12 44:14
45:9 47:21,22
49:19 51:9 52:1
52:10 54:5 59:13
59:14,17 61:6,11
62:16 63:1,7,8,10
63:11,15,16 64:1
64:10,17 67:9,20
68:7 70:6 71:4
72:8 77:4 79:3
80:6,7 84:1,17
91:4,7,9,10 95:6
96:13,20 97:20
101:1,17 106:7
116:12,14 118:13
124:17 132:10
142:4 149:7,8
150:2,5 152:8
154:3 155:7
158:16 160:20
161:3,11,14,17
163:1 164:6,9,17
165:22 168:7
169:14 170:12
182:1 184:2,19
190:19 197:21
**office's**  16:16,17
91:16
**officer**  99:19
158:14,15 160:2,8
161:4,20 166:1
169:22 199:2
**officers**  99:3
132:11
**oftentimes**  57:1
193:16,16
**oh**  32:20 74:8
116:8 144:15
163:18

**ohio**  11:2 143:20
186:19
**okay**  7:15 9:19
10:11 17:18 35:13
53:8 57:17,20
61:21 65:5 66:9
70:14,18 71:19
73:14 85:10 87:8
87:11 96:17,17,17
97:17 98:5,5
100:20 107:5
108:19 109:3,10
111:20 113:19
114:5,9 122:14
123:9 124:2 128:3
137:1,5 145:2
146:8,8,14,17
159:18 162:1
169:1,2 173:10,22
177:1,1 179:3
188:17 196:21,22
197:1
**once**  8:13 35:10
40:4 45:22 46:21
47:1 49:11 60:5
86:9 105:1 159:10
159:12 165:10
**one's**  177:4 189:5
**ones**  65:22 84:10
119:6
**ongoing**  60:8 61:7
**online**  50:10,14
136:21,22
**open**  9:17 35:19
73:15 74:14 145:2
157:5,8,9 178:14
179:1
**opened**  62:1
**operate**  147:10
**operating**  152:16

**operation** 31:5
**operations** 129:9
  142:8 152:17
  179:12 181:2
  197:20
**opinion** 89:12
  101:11 134:16,19
  152:5
**opinions** 191:14
  191:15
**opportunities** 24:4
  24:11 129:10
**opportunity** 41:9
  89:6,21 91:9
  120:5 121:22
  132:9 161:11
**optional** 18:21
**order** 65:3 115:8
  136:12 157:4
  174:1 177:19
**org** 29:11 57:15
**organization** 18:5
  18:8 21:9 25:7
  26:9 29:9,13 30:2
  30:4 31:16 32:2
  32:18 33:21 34:7
  35:9 38:2,7 40:8
  40:14,19 42:10
  43:6 46:16,21
  47:1,14 48:1,10
  49:16 50:4 51:7
  51:13 52:9,14,20
  53:18 55:19 56:2
  56:15,21 57:12
  58:15 63:12,15,22
  72:16 76:17 83:10
  84:4,19 101:5
  103:2,3 104:7,8,12
  104:13,14 105:7
  111:12 112:14
  116:4,9,11 117:9

117:20 118:1,4,16
118:19 121:7,20
126:19 127:13,13
127:18,18 129:20
130:5,8 132:9,15
132:18,22 133:2,3
133:5,10 134:5,8
137:11 146:3
148:17 149:10
151:9,21 152:14
156:14 160:4
162:13 164:2
166:3,22 167:6,14
168:6 170:18
171:1 172:5
173:11,17 175:12
175:14 176:7,10
177:11 178:1,19
179:13 180:4,17
181:20 187:12,18
187:22 189:3
190:12 191:4
197:22 198:7
**organizational**
58:6 165:19
**organizations** 15:7
15:9,10 16:5,11,12
16:13,18,20,21
17:9,11,15,16,20
18:2,10,21 19:1,3
20:4 21:5,14,19
22:6,19,21,22 23:5
23:13 24:5 25:17
25:19 28:18 29:6
29:13,22 31:13
33:16 34:5,19
47:6 49:10 51:10
58:12 64:16 79:9
79:16,21 84:16
86:18 88:4 91:17
91:22 92:8,12,15

102:15 103:18,22
104:10 106:9
110:11 115:1,3,12
115:21 116:10
119:2,4,10,17
120:2 121:18
122:9 123:18
124:20 126:11,15
126:17,18,20,21
127:8,9 128:20
129:1,4,7,8,13,17
135:19 136:1
137:19 138:2,4,7
138:13,18,21
139:5 142:11
143:9,12,15 144:7
146:1,15 147:9,11
148:2 149:3
152:22 154:5
155:1,11,14 159:7
159:8 177:17
183:18 187:9
**organize** 18:7,9,11
22:19 188:2
**organizing** 188:16
**orgs** 22:13 34:16
**orgsync** 38:1,6,22
39:2,7,9,11,13
40:21 41:22 42:7
42:9 45:17 53:16
55:4,9 116:15,18
116:20 118:21
125:3 138:10
185:1,12
**orientation** 20:13
20:15 94:5 150:13
197:7
**origin** 94:2 101:12
150:12 197:6
**outcome** 199:12

**outcomes** 26:12,13
**outdoor** 115:18
**outings** 102:1
**outside** 28:4 47:21
  60:20 114:3 156:2
  159:14
**override** 27:2
  33:20
**overview** 30:19

**p**

**p** 2:1,1 5:1
**p.m.** 66:22 108:2
  112:5 198:17
**packaging** 184:17
**page** 2:22 4:2,6
  10:1,7 65:7
  145:13,21 146:6,9
  146:15,16,17
  169:3,3 173:20
  178:12 191:6
  201:4,7,10,13,16
  201:19
**panel** 167:10
**pantry** 13:6
**paper** 44:8
**papers** 81:1,4,7,10
**paragraph** 67:21
  68:5 145:22
  146:11 169:12
**parent** 185:12
**parking** 22:12
**part** 11:14,17,19
  12:1 16:2 17:5
  20:15,21 31:5
  33:18 34:14,14
  35:5,5 103:12
  137:15 145:14
  151:22 155:10
  163:3,10 168:10
  170:17 181:1
  182:20 183:19

192:15,21 194:7,7
**partake** 194:17
**participate** 22:20
  119:3,4,5
**participating**
  99:18 194:2
**participation**
  155:16
**particular** 36:7,19
  36:20 46:11 67:14
  67:15 130:7 133:8
  133:8 137:13
  141:5 166:2 177:3
  190:7
**particularly**
  142:17
**parties** 3:22 6:1
  199:11
**parts** 139:20
**party** 8:18 133:8
  175:5 180:4,18
**password** 184:7
**pause** 53:3 136:7
**pauwels** 2:16 6:8,8
  9:10 15:16 16:6
  36:16 38:3 89:1
  97:4 107:4 111:17
  130:9 131:11
  147:2,6 157:22
  170:8 174:20
  188:11,20 191:10
  195:17,22 198:15
  200:1
**pay** 12:13 60:20
**paying** 60:18
**payment** 38:13
**pdf** 9:15 10:2
**peers** 144:9
**penalized** 190:3
**people** 5:16 11:12
  28:22 57:4 61:11

71:9 82:20 83:19
  84:15 85:2 176:6
  193:11,14
**people's** 191:14
**pepsi** 116:19
  163:19,21
**percentage** 119:16
**period** 38:14 47:1
  48:2 49:14 60:10
  78:6 97:6 168:6
**permissible** 100:4
**permission** 77:1
  118:12
**permit** 76:22
  118:4 197:17
**permits** 146:2
  147:12,17,22
  148:2
**permitted** 19:14
  30:8 78:7 153:14
  157:5,8,9 159:15
  196:10 198:12
**person** 13:17 14:2
  14:13,18 19:14
  29:18 43:4 44:19
  46:4,9,11 47:15,16
  70:1,2,3 71:8
  76:10 106:13
  110:11 177:11
  186:1,9
**person's** 46:17
**personal** 1:12 9:1
  16:2,3 99:17,17
**personally** 34:4
  108:16
**personnel** 195:5
**perspective** 120:1
**phased** 40:2
**philosophical**
  173:5 174:11,15
  174:18 175:9,10

190:5
**philosophies** 99:22
  175:20 179:9
**philosophy** 176:2
**phone** 5:17 7:13
  41:18 76:13 124:1
**phonetic** 186:6
**phrase** 189:9
**physician** 93:16
**physiological**
  139:22
**pick** 53:12 107:2
**picnic** 21:4
**place** 20:2 49:3
  50:13 53:18 77:11
  125:5 143:10
  153:20 157:4
  189:4
**plagiarism** 160:15
**plaintiffs** 1:6 2:3
  4:3,8,20 5:7,12
  6:7 108:8 144:17
  144:21
**planning** 30:12
**plant** 192:8,10
**platform** 40:6
  41:12,22 51:15
  55:12
**play** 113:1 193:15
  193:17
**please** 6:14,19,21
  7:2,5,11,17 9:18
  16:15 23:20 42:19
  48:8 57:7 68:1,2
  70:16 85:4,9
  117:16 126:13
  161:22
**point** 29:16 38:6
  63:4 77:10,15
  82:5,22 111:16
  113:6 157:6 192:3

**policies** 51:3,22
  69:3 77:10 78:20
  79:1,4 88:5
  114:19 134:19,20
  135:3,6,8,20 136:2
  142:7 143:17
  152:11 156:10
  170:14 178:16
  179:5,8,11 183:18
  186:17 187:2
**policy** 4:18 17:21
  49:18,22 50:13,21
  51:6,17,21 52:4
  68:8 69:7 87:15
  87:20 88:3,7,10,13
  88:16,20,22 89:13
  89:19 90:6 91:2,8
  91:11,12,20 92:4,7
  92:11,18,21 93:2
  93:21 94:1,4,7
  102:3,6 106:10,15
  106:20 108:17
  110:2,6 114:22
  127:22 128:9,11
  128:20,22 129:3
  130:13,19 131:2,7
  134:13,17 135:12
  138:14 141:13
  142:3 151:15,15
  151:18 152:2,6
  154:6 158:13
  159:14 163:10,14
  163:17 164:5
  166:12,12,16,17
  166:19 170:1,7,15
  170:19 171:2,5,14
  171:19,22 172:10
  172:16 174:7,13
  174:19 175:3,15
  176:11,14,20
  177:9,15 178:20

[policy - pronounce]                                                                                    Page 22

179:7,21 180:5,8
180:12,20,21
181:5,7,11,22
182:1 185:17
188:10,19 189:8
197:13,16
**political** 135:12,13
172:20,21 174:10
174:14,17 175:5,5
175:13 179:22
180:18 189:11
190:5,15
**poor** 6:18 194:9
**pop** 35:11 156:16
**popular** 57:10
156:17
**populates** 85:13
**population** 27:15
**portion** 15:19
**portions** 10:9
**position** 10:16,20
11:3 33:18 45:8
46:17 89:7 123:10
133:4 138:21
**positions** 11:8
**possible** 68:6
189:18
**post** 117:18 127:6
**posting** 150:6
**potential** 158:19
166:21
**potentially** 155:20
155:21,22 164:14
171:3,6 175:16
**poverty** 133:13,16
188:5
**practice** 69:11,15
142:20 143:10,13
164:4
**practices** 111:11
142:9 143:2

**predict** 92:4
**prefer** 5:13 37:15
38:16 90:8 165:1
**preferences** 191:1
**premise** 39:17
**prepare** 10:12
18:18
**preparing** 183:2
**present** 3:3 58:20
76:7 89:10,17
99:14 101:22
181:3,4
**presentation**
183:12
**presented** 91:13
95:5 151:21 153:2
188:12 194:3
**president** 14:10
21:2 74:10,11,12
74:12,20 76:18
106:13
**president's** 77:4
**pretty** 52:4 104:15
168:3 182:7
**prevent** 8:2
**previously** 57:5
108:6
**pride** 37:3
**primarily** 194:17
**principle** 129:22
130:3,7 174:16
176:2
**principles** 130:15
130:22 131:5,9
174:3,8,9,10,11,15
174:18 175:14,20
176:5 178:3
**print** 199:7
**prior** 11:1 36:18
36:18 38:21,21
44:7 45:16 46:18

48:17 56:7,8 57:9
62:18 63:4 66:4,6
68:19 72:10 78:15
79:4 81:10 90:17
102:15 143:20
153:18
**probably** 30:20
46:8 55:16 56:18
61:14 84:11,12
106:6 108:16
114:2 144:8
**problem** 109:2
162:18 174:18
186:6
**problematic**
187:14
**problems** 24:20
54:21,22 55:3
171:4
**procedure** 194:13
**procedures** 51:22
89:11 114:19,22
134:20
**proceed** 124:4
**proceedings** 1:17
81:8 136:7
**process** 25:14
27:11 30:17 31:15
33:4 42:10 43:9
43:15 45:18 48:2
48:18 52:8,11
53:17 89:21 90:2
90:13 98:12
124:19 125:2
138:5 159:16
161:6,6 164:11,13
164:16,17,18
167:9,10 182:20
186:16
**processes** 158:8

**proclaim** 99:13
100:7,8,11 102:12
102:12
**proclaiming** 99:20
99:22 100:13,16
**proclamation**
98:20,21
**produce** 94:18
95:10
**produced** 137:14
137:16 145:6
**product** 21:13
39:7,8,17,20 40:6
40:15 42:13 43:16
50:6,10,14 51:13
54:19 55:7 85:22
86:13 95:15
116:21 117:17,19
118:2
**products** 39:10
**profess** 133:19
**professional** 139:6
142:18 194:4,11
194:14,18,20
**professionals**
24:19
**professor** 121:9
**program** 11:9,10
11:10 20:13,14
26:17 38:10
120:13 155:2,5,8
**programs** 13:5
22:18 24:6 30:2
37:3 129:10 188:6
**progressive**
131:19 132:7,12
**prohibit** 130:14,20
131:3,8 180:14
**prohibiting** 189:5
**pronounce** 162:2

pronounced  162:4

propose  182:8

protected  189:8

protest  193:19

protocol  68:18

provide  6:14
78:11 119:2
121:22

provided  72:20
78:9

provides  125:3

providing  55:6

provoke  192:8

provost  17:6 19:14
32:7

public  5:5 86:17
192:17,17 199:1
199:17 202:19

pull  37:7 61:15
67:11 95:19,20
108:20 114:20
136:4 144:11,20
172:7 173:7 178:5

pulled  185:6

pulling  137:7
196:18

pump  113:12

punitive  177:10

purely  174:10

purpose  20:10
120:2 123:19
124:6 154:9
169:19

pursue  90:7

pushing  23:6

put  7:12 21:15
24:10 93:17
105:11 109:3
110:19

puts  86:9

putting  9:5 180:9

**q**

qualifications
87:22 96:12,19
97:19 101:1,16
151:10 169:13
197:3 198:8

qualified  98:13

quantify  60:22

quantifying  60:4
64:12

question  8:7,8
24:16 26:1 29:10
29:12,14,19 31:19
32:10,11,13 33:3
37:13 47:10,18
48:8,17 51:1 56:3
58:5 59:10,11
68:3 69:9 89:17
92:9 93:10 110:8
110:18 134:21
167:7 173:18
175:1 183:12
191:13,18 192:10
194:9

questions  10:15
15:6,7 16:12,14
24:20 29:3 32:4
32:17,21 53:2,14
56:16 63:11,15,21
64:17 71:16 86:13
92:4 106:5 108:18
110:12,21 114:19
115:6 124:4,19
137:18 195:16
196:1

quick  20:11 38:15
103:11 113:7
136:9

quickly  125:4

quote  179:12

**r**

r  2:1 5:1 13:10
103:17,17 201:3,3

race  93:21 150:12
197:6

racial  195:3

raise  152:3,7
170:11 181:12

raised  60:15 79:3

range  64:7

rarely  36:5 159:9
159:9 167:3

rate  121:4,5

read  76:11 88:8
123:20 124:2
145:3 151:19
174:2,9,16 175:16
175:19 176:4
181:10 183:1
185:5,13 200:9
202:5

reading  146:8,9
150:14,18 173:1
179:15 195:8,11

ready  106:6

real  84:7,8 113:7
136:9

realize  23:18
56:18

really  168:10

reason  7:11 23:2
32:22 44:5 85:14
114:3 200:11
201:6,9,12,15,18
201:21

reasons  50:9 114:1

recall  34:3 36:11
36:19 38:11 42:1
56:9 58:9,16,22
59:3,22 62:7

65:14,14 67:16,18
68:9,15,17 69:8,13
76:9,22 78:18,21
79:5 80:3,10,17
81:11 82:19 83:17
85:6,20 87:5,10
90:17 96:2,4
126:8 142:2 145:3
150:7 169:9
173:14 185:10
186:20 187:1
190:6,16,18 196:2
196:6,16

receipt  200:18

receive  46:12
80:21 81:22
118:20 170:5

received  47:16
75:11,14,17,18
76:11 77:15 78:16
78:19 80:16,22
81:4,10 90:15
106:8 184:16

receives  30:4

receiving  75:21
76:15 77:9 90:17
125:15,18,20
161:18

recess  53:10 107:6
158:3 182:14
195:20

recognition  33:15
33:22

recognize  71:20
73:5,17 74:22
76:16 109:14
169:8

recognized  48:4,5
48:11 52:9 57:22
72:15 79:7 83:10
85:18 87:13 90:14

90:22 102:15 104:6
**reconsider** 76:16
**reconvene** 53:6
**record** 6:1 7:18 15:19,22 38:18 74:9 108:10 113:17 122:20 195:19
**recordkeeping** 37:22 52:2
**records** 38:12,19 43:12,19,20,22 49:13,15,21
**recreation** 149:21 152:19 155:6 157:4,6
**recruit** 126:22
**red** 163:4 181:13
**redacting** 123:22
**reduced** 116:1 121:19 199:7
**refer** 37:7 59:16 62:22 63:7,10,20 63:21 64:16 65:17 70:21 82:11 83:3 86:12 110:7 113:4 114:6 124:16 148:22 153:18
**reference** 56:1 129:1,3
**referenced** 200:6
**referred** 37:15 64:9 69:8 160:15 175:3
**referring** 45:2 52:18 56:17 97:7 133:9
**refers** 63:15
**refresh** 9:10 109:7

**refusing** 190:3
**regard** 10:8 16:9 16:10,17 17:16 28:17 29:5,21 31:12 36:13,20 40:11 47:6 51:3 69:14 71:5 91:16 91:21 92:22 93:5 93:21 94:2,5,8 106:17 112:12 122:7 128:20 138:1 165:17 170:4 171:14,19 171:22 175:4 181:21,22 187:5 191:2 193:22
**regarding** 10:5 16:4 50:21 77:4 79:3 109:17 110:6 110:22 114:22 115:1 124:15 163:4
**regards** 145:22 165:16
**regional** 155:11,13 155:19 156:13
**register** 32:18 47:13,14 48:12,20 59:2,8 60:17 87:11 98:1 186:16
**registered** 15:9,11 16:13 18:20 21:9 25:18 29:8 32:2 48:12 49:11 60:16 68:22 69:5 77:2 79:8,11,13,18,21 80:1,5 84:3,11,15 84:19 85:12 86:15 86:17,21 87:12 102:22 104:6,8,9 104:11 105:6

106:8 115:1 116:3 116:9,10,11 117:20 118:20 119:9 120:2 122:9 127:10 133:10 135:18,22 137:11 138:4 148:16 149:3,9 151:9 153:4 155:1 164:3 168:5,8 171:2 180:3 186:15 187:22 190:13 197:22 198:3,6
**registering** 16:21 17:8,10,14 31:15 152:13 154:5
**registration** 31:17 32:4 38:2,7 40:8 40:12 41:11 42:10 43:6 44:15 45:18 46:16 48:1 51:14 52:14,21 53:18 59:12 63:12,16,22 66:7 72:21 76:22 77:16,18 84:12 104:15 125:2 138:5 146:1 152:21 153:7 162:13 166:22 167:5,13 173:12 190:13
**regular** 125:12 195:8
**reinstate** 83:11
**reinstated** 83:9
**rejected** 198:8
**relate** 93:15
**related** 20:22 51:9 52:11,19 58:6 61:13 125:15 129:11 159:7

199:10
**relates** 147:20 154:6
**relationship** 104:1
**relevance** 161:13
**relevant** 8:14 145:10 182:21 183:16,17,22 184:10
**religion** 94:8 99:13 150:12 197:6
**religions** 111:11
**religious** 2:8 102:5 103:13,18 110:20 111:3,5,8 193:10 193:11,12
**remember** 5:19 8:20,22 35:14 36:6,7,12 49:6 50:18 64:15 67:13 67:15 76:14 77:13 77:19,22 78:2,4,9 78:13 80:17 106:3 126:6 167:4 184:16 196:5,20
**remote** 1:17 198:17
**remotely** 3:22 5:4
**remove** 188:18
**rent** 103:6
**rentals** 115:14
**rented** 103:6,8 104:20
**repeat** 23:20 48:8 68:2 126:13 191:18
**rephrase** 130:12 132:5
**report** 11:21 12:2 12:4,5,7 13:12,17

[report - rooms]

14:2,13,18 15:3,4
95:3,7,10,19,21,22
96:10 97:16
123:17,19 124:6
124:14
**reported**  1:18
**reporter**  1:19 7:4
22:9 23:19 42:18
48:7 57:6 68:1
70:16 85:8 103:15
120:15 125:18
133:22
**reports**  12:8,10,12
13:5 14:12,18
15:4 32:8 94:21
**repository**  43:17
50:8,15 52:13
54:1
**represent**  82:8
99:14
**representative**
34:7 160:3
**representatives**
19:1 28:5 34:5
36:4 56:10
**reproductive**
176:11,13,19
177:2,3,14
**request**  25:9,11
26:2 67:17,18,19
68:5,9 69:20,21
70:4,11 96:1
173:12 183:21
184:3 185:4
**requests**  110:15
110:17 183:4,15
183:20
**require**  119:22
130:2,6 132:6,11
132:13,16,20
147:22 148:16

149:2 176:17
177:18 180:15,18
188:8
**required**  18:21
24:17 133:14
149:2 155:17
162:14 178:1
202:13
**requirement**  97:2
97:3 99:3,8
100:17 169:21
170:18 177:2,2
178:18 180:10,22
187:10
**requirements**
96:12,19 97:19,21
98:19 100:22
101:16 154:10
169:13 173:21
178:13
**requires**  147:17
**requiring**  99:9
130:20 131:3,8
176:22 181:19
**research**  43:21
64:13,13 121:9
**reservations**  31:1
115:14,16,17
121:19
**reserve**  60:18 78:7
115:22
**reserved**  60:19
**reside**  14:20
**resides**  12:14
158:15 161:11
**resolution**  33:7
**resource**  117:18
117:19 118:2
**resources**  195:1
**respond**  7:5

**responded**  51:3
**responding**  183:19
**respons**  158:17
**response**  179:19
196:9
**responses**  4:7,19
9:5,12 144:14
**responsibilities**
16:4 17:9,15,22
25:6 28:17 29:21
31:12 189:21
**responsibility**
16:20 17:1 29:5,8
30:3 32:9 46:17
46:18 73:2,4 79:8
79:10,10,15,20
**responsible**  17:19
27:19 29:15 31:1
45:1 46:4,15 47:8
84:20 91:10
124:17 152:12,21
154:4 158:18
167:15
**restate**  129:2
**restricting**  177:7
**restrictions**  191:1
**result**  95:4
**retain**  50:19 121:4
121:10
**retention**  49:18,21
50:12,21 51:2,6,17
**retired**  54:18
71:12
**retreating**  18:14
**retreats**  18:13,13
**return**  200:13,17
**review**  7:7,10
26:14,14 44:4
46:3 47:3 52:7
77:20 87:21 163:3
163:8 200:7

**reviewed**  10:12
46:2 163:17
**reviewing**  46:4
47:9 112:1 163:7
**reviews**  25:9 31:17
31:18 43:5 163:1
**ricardo**  28:19 41:7
69:17 70:12,13,15
70:20,22 73:1,1
81:16 86:6 95:10
95:13,20 163:2
166:3
**right**  7:17 9:6 16:6
29:16 38:13 41:4
44:16 61:4 66:19
67:1,7 78:8 80:20
86:9 96:18 110:11
113:19 114:1
115:5 127:20
143:5 145:1 148:1
157:1,7 162:15
168:22 169:3
171:7 175:6,9
177:2 181:4
187:15 188:17
193:14 195:3
**rights**  17:22
176:13,19 177:3
177:14 189:20
192:22
**rigid**  29:1
**risky**  44:17
**role**  16:17 82:10
85:4 113:1 134:19
138:1 192:15,21
193:2,6,9 194:21
**room**  35:18
104:21 105:1
115:14,14 192:8
**rooms**  115:18

rosters  119:22
route  90:11
rpr  1:18
rso  25:21 78:9
 79:15
rsos  15:10 84:7,9
rule  125:22
rules  6:14 155:14
 165:17
ruling  135:16
run  6:16 95:4
 96:13,19 97:20
 101:1,16 132:9
 133:3 169:13
ryan  27:22 30:10
 30:15

**s**

s  2:1 4:1 5:1 13:10
 45:5 103:17 201:3
safb  27:22
safe  64:8,11,14
safety  144:10
 193:19
sake  179:17
salary  12:13
sample  149:15
 196:15
sanction  167:13
 167:15,21
sanctuary  188:3
 191:8,21
sarah  71:10,12
 72:7 76:11
saved  186:5
saw  37:5 67:13,15
 152:7 197:21
saying  35:17
 133:18,21 134:4
 137:20 146:6
 158:7 166:9

says  25:9 62:15
 67:9 96:12,18,22
 98:11 144:20
 148:1 150:9 159:4
 168:17 169:12
 174:1 175:12
 178:13 186:9
scholars  11:10
scholarships
 190:20 191:2
school  63:19 64:20
schools  160:17,18
 188:4
scrap  125:12
 161:1
screen  9:21,22
 67:11 196:19,22
screens  9:20
scroll  96:14 97:11
 102:17
scrolling  62:9
 101:19
se  194:5
searched  182:20
 183:20,21 184:2,9
 184:10,19
second  53:13
 96:15 98:5,7
 102:17 123:20
 136:13 144:12
 146:5,10 169:16
section  90:4 129:9
 149:22 150:8
 151:19 152:15,16
 159:4 173:3,21
 197:2
see  9:7,17,19 10:7
 19:11 29:16 34:14
 37:12,15 41:19
 53:13 61:22 62:4
 62:7,12 65:10

66:12,19 74:17
 84:10,15 85:14
 94:19 96:11,21
 97:11,15 99:2
 101:18 109:6
 113:14 114:12,15
 117:21 122:15
 127:6 129:5
 137:10 149:11
 150:20 151:2
 153:12 158:1
 168:18 169:5,11
 169:15 173:2,6
 183:6 197:8
seeing  6:19 126:19
 137:12 168:11
seek  116:12
 134:22 135:16
 166:13 170:11,22
seeking  112:16
seen  61:14 62:5
 65:12 66:1 67:5
 71:22 73:13,19
 111:22 114:11
 122:18 123:3
 137:6 144:18
 149:17 169:7
 173:12
select  25:4 28:10
 138:22
selected  24:22
 27:8
selection  27:11
 98:12
semester  19:18
 48:20,21 66:6
 125:5 126:5,6,7,9
senate  27:13
send  118:10,16
sending  184:17

sends  40:20
sense  37:14 70:7
 125:8 143:6,6,8
sent  44:1 96:3
 183:14 200:14
sentence  134:7
 146:10
separate  14:8
september  20:9
 65:10
served  80:18 82:6
service  26:16
services  13:7
serving  27:10
 99:19
session  108:1
sessions  20:18
 194:3
set  4:20 144:18,21
sets  51:18
setting  31:3 141:5
settle  166:5
setup  22:1
seven  120:14,18
 140:17
severe  168:3
sex  92:22 93:1,2,5
 93:8,11 138:17
 139:1,9,12,14,15
 140:12 141:10
 146:3 148:2,12
 150:22 171:22
 197:11
sexual  20:22 94:5
 150:12 168:1
 197:6
shaking  6:15
share  7:9,9 9:6
 61:19
shared  82:15

**sheet** 200:11
**shifted** 12:20
**short** 42:4 53:10
  157:17 158:3
  182:14 195:7,7,20
**shout** 106:4
**show** 9:4 94:11
  121:3 172:5
**showed** 15:20
  88:18
**showing** 62:8
  184:15
**shown** 196:9,14
**shows** 10:4
**shuffling** 55:10
**shy** 119:13
**sic** 26:1 52:9 83:10
  120:18 139:22
  144:21 163:4
  168:13
**side** 32:14
**sign** 21:19 30:8,18
  127:5 133:18,20
  134:3 200:12
**signature** 123:13
  199:14
**signed** 200:20
**signing** 21:15
**silent** 7:13
**similar** 21:18 22:1
  118:3
**single** 46:9 146:3
  148:2
**sit** 70:4
**site** 187:22
**sitting** 46:9
**situation** 58:1
  62:18 164:6
**six** 27:14,16
**skip** 77:6 90:20
  138:12

**slack** 184:20
**slip** 5:20
**slow** 57:6 70:16
**smudging** 112:17
**snack** 61:20
**social** 127:6,7
  137:20 138:3,18
  139:4,8 140:4,8
  141:6 142:5,11
  143:9,14,15 146:3
  146:15 147:10
  148:3,3 154:7
  171:10,12 198:10
**socialists** 133:11
  187:21 191:5,19
**societies** 137:21
  139:7
**society** 140:1,19
  140:19 141:2
**solutions** 1:20
  200:23
**somebody** 14:6
  15:4 41:10 106:18
  162:22
**someone's** 41:2
**son** 105:12
**sororities** 137:21
  138:3 139:3 140:8
  140:21 142:6,9
  146:3 148:3 154:7
  154:7 171:11,13
  198:11
**sorority** 30:3
  141:6,7
**sorry** 12:18 15:17
  17:12 22:9,15
  23:19,21 40:21
  42:18 44:10 45:11
  48:5,7,15 57:6
  61:18 64:19 68:1
  70:16 85:8 94:16

103:21 104:18
115:9 120:15
125:18,20 126:12
133:22 134:6
137:2 141:19
144:15 146:5
160:12 162:16,16
162:17 166:8
167:8,22 183:13
194:9
**sort** 18:9 26:15
  175:22
**sorted** 137:3
**sounds** 37:21 53:7
  56:6 71:3 121:12
  143:2,18 157:22
**sources** 68:20 69:4
  83:18,19
**space** 31:3 60:18
  60:18,20,20 78:8
  103:5,6,8,19 104:1
  104:20 105:17,18
  115:16,17,19,22
  116:1 121:19
  126:5
**spat** 106:12
**spats** 106:12,16
**speak** 37:20 68:2
  135:2,5 137:12
  145:10
**speaking** 33:14
  91:16 98:1 164:19
  165:15,16
**speaks** 129:9
**specific** 29:3,7
  36:13 56:9 58:16
  60:12 63:9 82:19
  92:16 98:20,21,22
  128:22 129:6,21
  137:13 167:4
  174:16 181:4,19

**specifically** 36:6
  37:12 52:7 69:13
  100:7 173:2
**spectators** 156:20
**speech** 192:22
  193:2,22 195:2,3
**spell** 45:6 162:1
**spells** 162:2
**spend** 183:9
**spirit** 20:19 23:8
**spirited** 23:11
**sport** 149:4 153:2
  156:17 198:1,5,6
**sports** 15:12 19:17
  23:10 146:4
  147:12 148:4,7,8
  148:15,19,20
  149:1,2,15 150:1
  152:13,22 153:14
  154:8,13,18,19,20
  154:22 155:6,10
  155:17 156:4
  171:11,18,21
  196:3,10,15
  197:17
**spots** 28:7
**spreadsheet** 4:12
  94:12 187:8
**spreadsheets**
  137:10
**spring** 66:5,7
**squelching** 177:4
**staff** 16:13 25:3
  30:8 43:5 44:4
  46:7,13,15,16 47:2
  47:4,5,15 48:22
  84:5 125:10 154:3
  154:4 161:4 188:2
  194:22
**staffs** 25:3

**stamp**  97:12
**stamped**  4:12,13
4:15 61:22 66:11
66:21
**stand**  133:19
148:5,6 149:12
179:15
**standing**  138:19
138:20
**stands**  124:12
**start**  5:22 11:15
20:12,14 23:3
33:11 38:9 48:13
55:14 108:14
**started**  6:13 36:1
36:15 44:18 45:16
50:13
**starting**  169:16
**state**  1:9,13 5:12
7:17 8:15,19 9:3
10:20 11:1,2,13
20:21 55:17 77:9
77:12 84:6 88:18
110:2 114:22
116:4 119:16
120:3 121:14,17
128:8 131:6,18
133:11 136:21
143:5,7,19,20
145:10 146:1,2
148:1 156:2 176:5
178:14 179:1
180:2 186:18,19
187:20 192:16
197:16 200:4
201:1 202:1
**state's**  88:3 149:20
170:14
**stated**  149:5
153:17 173:2,6,19
176:2 196:8

197:16 198:7
**statement**  81:7
99:3 101:7 146:18
148:6 150:22
151:4,5,8,13,17
153:3,10,13
162:15,22 163:5
163:14 164:4
170:6,17 174:3,8
176:5
**statements**  135:14
169:19
**states**  1:1 101:3
146:14 189:20
197:3
**status**  48:6,11,12
52:9 78:10,12
79:7,11,13,16,19
79:21 80:1,5 86:1
150:11 167:13
168:5,9 190:13
197:5,22
**stay**  29:1
**stays**  104:14
**stenographically**
199:7
**step**  154:13 166:20
167:2
**steps**  75:21
**stick**  16:9 146:17
148:21 191:5
**stipulate**  6:1,7
**stipulated**  6:9
**stop**  34:22 35:4
99:1 127:5 186:10
**stopping**  35:8,14
**strange**  70:14
**strauss**  1:13,14 5:3
5:9,13,13,14,17,20
5:20 6:9,13 7:19
108:4,11 122:22

158:5 159:4
182:19 198:18
200:5 201:2,24
202:2,4,12
**street**  1:21
**strike**  63:9
**string**  65:8 123:5
**structure**  58:6
**student**  11:18 12:1
12:9,10,16 13:5,6
13:15,22 14:12,21
15:2,7,9,10 16:4
16:10,13,17,20,21
17:8,11,14,16,19
17:20,20 18:1,2,4
18:8,10,20 20:3,18
21:4,9,14,18 22:6
22:13,19,21,22
23:5,13 24:5,8,9
24:18,21 25:5,7,15
25:17,18,22 26:10
27:7,12,13,15,15
28:17 29:6,9,11,12
29:13,17,22 30:2,4
30:21 31:2,4,12,15
32:2 33:15,21
34:5,7,15,18 35:9
38:2,6 40:7,14,19
42:10 43:6 45:12
45:18 46:15 47:6
48:1,5,10 50:3
51:7,9,13 52:9,14
52:20 53:17 55:17
55:21 56:5,14
57:15,18 58:14
63:12,15,21 70:1
71:5,9 72:15
76:17 79:9,16,21
83:10 84:3,15,19
86:17 88:4 90:3,4
90:10 91:17,21

92:8,12 95:2
100:11 101:4
102:15 103:5
104:3,6,8,9,12,13
104:14 105:4,6,20
106:8 110:11
111:12 112:13,17
112:22 115:1,12
115:13,21 116:2,3
116:9,10,11,13
117:11,20 118:8,8
118:11,16,17,19
119:2,4,10,17
120:2,5,22 121:1,7
121:17,20 122:3,9
123:18 124:20,21
125:16,21 126:10
126:14,16,17,19
126:20,21 127:4,9
127:12 128:20
129:1,4,7,8,13,17
129:20 130:5
132:4,6,8,8,13,14
132:16,21 133:1
135:19 136:1
137:11 138:4,6
140:19 142:15,18
142:21 144:3,6,7,7
146:1 148:16
149:3,9 151:9,21
152:13,22 154:5
155:1 158:6,7,9,11
158:12,14,15,19
158:22,22 159:2,2
159:5,7,8,20,21
160:2,3,4,8,20
161:20 162:13
164:2,11,15
165:20 166:2,22
167:6 168:5
170:18 171:1

172:5 173:11
174:2 175:12
177:17 178:1,14
178:19 179:2
181:19 183:1,17
185:19,20 187:9
187:12,17 188:2
188:16 190:2,7,12
190:20 191:2
193:22 194:19,21
195:5 197:22
198:7
**student's** 140:11
**students** 10:18
  11:13,19 12:16
  13:3 14:7 15:3
  16:17 18:11 19:10
  19:19 20:15 21:13
  23:9 24:22 26:8
  27:14 28:5,7,10
  30:7,18 34:15
  43:2 44:13 45:9
  47:21 49:5,10,19
  54:5,16 57:12
  61:6 70:6 88:4
  104:16 116:17
  117:1,5 119:16
  120:7,10 121:4,14
  121:22 125:2,11
  126:10,14 127:5
  127:14 133:2
  158:16 162:19
  164:20 165:20
  180:9 186:1
  189:21,21 192:22
  194:16
**studied** 120:13
**studies** 120:21
**subjective** 147:8
  191:12,13,17,18

**submission** 42:14
  58:5
**submit** 42:21 44:4
  45:20 159:3,3
**submits** 31:16,16
**submitted** 42:16
  44:2 46:21 47:1
  160:1
**subscribe** 142:6
**subscribed** 202:14
**success** 20:18,19
**successful** 55:6
**suffice** 86:15
**sufficient** 131:16
**sugars** 113:13,15
**suite** 1:21 2:10,18
  61:11
**summer** 42:2,2
**supervisor** 65:19
**supervisors** 82:16
**supervisory** 15:1
**supply** 25:12
**support** 13:4
  26:11 35:2 99:21
  99:21 100:2
  132:14 176:12,16
  176:18 177:14
  192:1,6,15 193:2,6
  193:9
**supporting** 54:20
  55:2 133:13,16
**sure** 15:21 55:16
  57:8 61:2,17
  110:16 112:2
  115:7 136:6
  144:13 157:10
  158:12 169:2
  178:11 182:11
  183:8 195:1
**surface** 179:14

**surfing** 186:21
**surprised** 147:21
**suspect** 90:2 92:9
**switch** 38:1 40:3
**sworn** 5:5 108:6
  199:5 202:14
**synopsis** 154:18
**system** 38:18
  40:17 43:18 50:7
  51:16 54:3,4,8
  65:2 85:11 86:1,2
  86:7,9 95:12
  117:8 185:6,7

## t

**t** 4:1,1 13:10 201:3
  201:3
**table** 21:10 127:4
**tables** 21:19 23:16
  127:3
**take** 6:21 7:5 26:2
  57:21 61:15 73:2
  73:4 75:21 82:6
  83:4 90:11 100:19
  112:2 122:12
  123:20 135:16
  136:4 137:5
  157:16 165:14
  167:1 172:7
  173:19 181:9,10
  182:5 193:21
  194:22 195:17
**taken** 53:10 107:7
  158:3 182:14
  195:20 199:3,6
**takes** 65:3 96:16
**talk** 19:11 51:20
  67:10 70:19
  110:12 124:18
  127:22 134:18
  140:18 170:13

**talked** 53:15
  115:11 127:21
  171:8,9 186:12
  187:7,9
**talking** 15:10 40:4
  45:17 46:22 53:15
  54:21 55:13,15,20
  56:4 67:19 81:1
  100:18 106:7
  163:16 164:12
  165:7,11 176:1
  179:8,9,10 183:3
**tap** 136:14
**task** 29:8
**teaching** 164:21
**team** 28:16,21
  121:8 152:18
  156:6 198:1
**teams** 41:18 146:4
  147:12,13 148:4
  154:15,22 155:15
  155:15,18 156:2
  184:20
**technical** 85:21
  86:12 95:9
**technician** 194:14
**technology** 6:16
  41:15,16 118:14
**tell** 8:7 30:19
  37:14 46:8 102:16
  106:11 114:1
  116:16 120:21
  125:9 142:18
  167:12 185:16,18
  185:18
**tells** 113:13 186:11
**ten** 63:17 64:3,5,7
  154:16 157:17
  158:1 191:14
  195:17

**tend** 105:13
108:22
**terminology** 80:20
**testified** 5:6 108:7
197:10 198:12
**testify** 10:5,8
114:22 152:11
**testifying** 7:22 8:3
**testimony** 6:5
199:4,6 200:9,18
202:8
**text** 136:14
**thank** 5:19 6:11
7:14 10:11 16:7
37:19 53:8,9
66:19 113:21
114:2 123:9 124:2
124:3 137:1,2
146:14 150:17
158:10 162:7,10
163:20
**thanks** 123:22
124:5 158:2
**themself** 93:18
**thing** 18:9 23:15
44:17 85:8 97:10
113:7 118:5 160:9
167:17 182:22
185:19
**things** 16:3 18:5
30:22 37:2 49:4
108:15 121:2,7
157:15 163:8
165:4 171:8
173:19 175:18
182:5,9,17 195:10
**think** 16:14 35:6
44:19 48:16 49:15
51:19 52:4 56:2
57:2 63:20 64:11
64:14 66:16,17,17

73:6 86:15 92:20
93:6,7 100:4,6
106:1,5,22 108:16
113:18 114:18
119:8,12 122:2
133:17 140:22
157:15 158:6
163:14 174:22
175:17 176:21
177:1 180:6 182:5
182:6 185:10,22
188:16,22 189:13
**thinking** 8:3 46:9
69:4 121:16
133:17 189:4
**thomas** 3:3
**thought** 15:18
56:16 74:8 177:4
189:4,6,10,11
190:5,15 192:13
193:12
**thoughts** 195:18
**thousand** 40:4
**threads** 184:20,20
**threatens** 193:18
**three** 27:11 43:10
51:11,18 103:22
106:2 109:3
167:19,22
**thursday** 1:15
**tier** 125:14
**tiers** 124:20,21
125:1
**till** 11:7
**time** 1:16 11:14,14
11:15,17,20 12:1
20:16 38:14 44:20
46:22 48:2,18
49:6,14 55:5
60:10,14,15 72:13
77:17 82:5 83:1

84:7,8,22 97:6,12
102:22 106:2
112:2 123:13
124:2 141:20
167:12 168:6
181:3 186:5
200:19
**timeframe** 200:8
**timers** 11:19
**times** 8:12 34:13
60:1,7 63:14,19,21
67:6,9 141:3
142:15 167:1,19
185:9 195:13
**tip** 61:3
**title** 10:17 12:7
20:20 30:1 45:13
146:2,16 147:17
147:19 148:2
161:5,7,8,9,10,10
161:13 171:10
**today** 7:21 8:4 9:2
10:13 84:10 88:1
88:7,20 89:13
135:3 142:17
144:8 146:20
152:11 170:13
172:17 177:21
183:3
**told** 81:9,14
147:21 184:6
185:14
**tom** 74:6,10,19
106:3,4 161:1
186:11
**tongue** 61:4
**top** 145:13,21
146:9
**topic** 10:5,9 67:16
98:2 162:12 194:6
195:4

**totally** 191:3
**touched** 27:6
28:15
**town** 192:10
**track** 38:2
**train** 15:17
**trained** 194:13
**training** 193:21
194:5,7,12
**transcript** 4:22
200:6,20 202:5,8
**transcription**
199:8
**transfer** 161:13
**transition** 41:21
**transitioned** 40:5
42:7
**transportation**
12:15
**trepidation** 33:7
**trial** 6:5
**tried** 125:6
**trouble** 6:16,18,19
136:12
**true** 144:2,3,5
146:20 202:8
**truthfully** 8:3
**try** 5:19 23:11
68:1 125:10 166:4
**trying** 50:18
131:15
**tuesday** 84:13
**turn** 7:12
**twice** 49:1 159:12
**two** 9:20 18:12
19:22 20:13 39:10
50:17 51:11 71:9
71:14 95:8,14
103:21 119:7
167:22

[type - walked]                                                                    Page 31

**type**  25:14 113:16
**types**  18:5
**typically**  71:14
  106:12 159:13

**u**

**uh**  6:15,15 21:20
  28:13 45:4 55:22
  66:13 67:4 74:16
  97:15 162:6 174:5
**ultimate**  28:9 32:1
**ultimately**  32:6,9
  149:8
**undergrad**  164:1
**understand**  7:20
  8:6 15:8,12 21:17
  51:1 55:21 108:11
  114:21 117:3
  129:12,16 131:15
  135:8 145:5,9
  152:10 163:15,18
  183:7
**understanding**
  16:10 52:5 142:13
  147:16 171:12,17
**understood**  16:6
**unfortunate**
  157:12
**unfortunately**
  163:22
**union**  104:3
**unit**  110:9
**united**  1:1
**units**  22:8,11
  95:16
**universities**  77:7
  142:21 143:19
  147:14 186:18
  187:1
**university**  1:9,13
  11:2,8,9 17:2,3,21
  21:5 22:7,8,11

25:14 26:11 30:5
38:18 44:21 49:20
51:16,21 54:17
74:12 76:19 77:8
77:11 82:2 88:5
88:10 90:5 91:15
105:15 110:5
116:4 120:3,4,10
121:13,21 123:11
123:12 131:18
142:6 143:20
146:22 151:13,16
154:12 155:3
156:7,8 158:21
160:18 166:12
187:20 189:3,14
190:22 192:14
193:1,7,10 200:4
201:1 202:1
**university's**  87:15
  87:19 88:12,15,21
  89:18 91:1,7,11
  92:3 135:3 151:5
  151:14 152:11
  153:12 163:16
**unquote**  179:12
**unrest**  195:4
**unusual**  19:9,12
**updated**  65:21,22
**uphold**  134:22
**upholding**  134:20
**upload**  37:18
  73:14
**uploaded**  66:17
  84:14
**upper**  103:12
**usa**  1:5 55:18 74:7
**usage**  40:2
**use**  15:9 26:6
  38:22 39:3,19
  40:7,10,16 41:12

41:16 51:15 64:7
95:15,16 104:21
116:15,22 117:8
175:10 176:22
**users**  54:21
**uses**  40:1
**usually**  19:10
  21:21,21 106:14
**utilize**  165:2
**utilizing**  53:21

**v**

**v**  5:12 96:11,11,18
  97:18 99:2 100:21
  101:15 200:4
  201:1 202:1
**values**  99:21 100:3
  100:4,9,9,12
  102:11 132:1
**various**  11:8
**vary**  127:17
**verbal**  6:14
**verbally**  86:5 87:2
**verbatim**  87:11
**verify**  200:9
**veritext**  1:20
  200:14,23
**veritext.com**
  200:15
**versed**  149:1
**versus**  100:8 103:2
  155:15
**vice**  14:10
**video**  36:10
**view**  87:18 88:2,6
**views**  98:13
**viii**  152:16
**villa**  31:8,10
**villarosa**  28:19
  31:6,9,11 32:8,20
  43:7 46:19 58:3
  58:21 59:10,18

60:2 61:5 62:3
65:9 66:15 67:3
68:12,16 70:14
73:8 82:3,13
86:20
**villarosa's**  33:14
  33:21
**villarosas**  41:7
**violate**  134:17
  135:11 164:5
  169:22 170:6,18
  174:6,12 175:15
  177:8,14 178:19
  180:4,11
**violated**  158:22
  159:2,4,19
**violating**  159:13
  181:8
**violation**  87:14,19
  88:2,7,21 89:6
  134:12 141:12
  159:21 161:19
  167:6,16 171:3
  176:13,19 188:9
  188:19 189:19
**violations**  158:19
  167:20 168:3
**virtual**  1:12 19:20
  20:9
**virtually**  21:12
**visible**  35:1
**voice**  126:22
**vote**  26:20,22
**vs**  1:7

**w**

**w**  98:9
**wait**  66:16 83:7
**waiver**  6:3
**walk**  61:18
**walked**  114:3

[walking - working]                                              Page 32

**walking** 41:19
**walks** 29:11,13
**want** 10:15 28:16
  30:20 34:21 37:20
  37:21 42:6 55:13
  57:21 70:21 80:11
  90:7,12 96:10
  98:4,8 100:18
  107:2 108:14
  113:9,10,17 114:6
  115:5,7 117:15
  122:11 124:4,18
  127:22 133:4
  137:18 140:2
  141:5 144:20
  148:7 157:15
  171:7 172:9
  173:18 181:9
  182:5,7 192:9
**wanted** 15:21
  30:14 33:20 37:1
  60:19 124:5 172:5
  182:19
**wants** 127:12
  129:20 130:5
  180:16
**warrior** 12:6,7,21
  12:22 13:8 37:2
**washington** 1:22
  2:11
**waving** 160:12
**way** 17:6 19:18
  21:7 23:9 40:18
  48:14 49:2 53:22
  67:14 85:7,11
  86:5 91:17 99:4
  116:17 117:4,9
  145:16 157:6,7
  177:8 188:17
  198:8

**wayne** 1:8,13 5:12
  8:15,18 9:3 10:20
  11:1,13 55:17
  88:3 110:2 114:21
  116:4 119:16
  120:3 121:13,17
  128:8 131:18
  133:11 143:3,5
  145:10 146:1
  149:20 156:2
  170:14 178:14
  179:1 180:2
  187:20 192:16
  197:16 200:4
  201:1 202:1
**ways** 91:15 120:7
**we've** 43:5 50:14
  100:18 115:6
  127:21 128:19
  163:17 172:13,17
  182:17 183:4
**web** 40:6 42:21
  186:20
**webinars** 194:3
**website** 37:5 42:15
  84:9,21 116:6
  117:4 126:20
  149:20,22
**wednesday** 23:1
  112:4
**week** 20:1 21:22
  23:1,2,4,5,7,8,8,11
  35:10 84:13,14
  105:1
**weekly** 104:21
**weeks** 23:7
**weight** 150:13
  197:7
**welcome** 19:4
  20:17 21:3 162:8

**wellness** 12:11
  13:7,20 14:1
**went** 42:4 50:9
  66:18 71:15 76:18
  90:1
**wherewithal** 95:9
**wife** 5:16
**willing** 101:21
**willingness** 98:14
**wilson** 4:10,11
  74:12,20
**windham** 2:4 5:8
  5:11,21 6:11,12
  9:13 16:1,8 22:14
  23:21,22 36:17
  38:5 43:1 48:9
  53:5,7,9,11 57:16
  68:4 71:2 72:2,6
  74:1,5,13 75:6,10
  85:16 89:2,3 96:9
  97:8 104:4 106:22
  107:5 108:9
  109:19 110:1
  111:18 112:7,11
  120:17 122:21
  126:3 128:13,17
  130:11 131:13
  134:2 136:10
  145:16,20 147:15
  157:14,20 158:1,4
  170:9 175:2 182:4
  182:12,15 188:13
  190:1 191:16
  195:15 196:5
  198:16
**winter** 48:21
**winterfest** 21:20
  22:13,18 23:14
  57:15 119:5
  126:18

**withdraw** 166:21
  167:5,9
**witness** 5:4 8:18
  9:3,11 22:11
  42:20 53:6,8 57:8
  70:18 85:10
  103:16 107:3
  120:19 125:20
  136:8 147:5,8
  157:19,21 174:22
  182:11 188:12,22
  191:12 199:4,6
  200:8,10,12,19
**women** 141:8,10
**women's** 155:15
  176:12,18
**wonder** 85:2
  113:10
**wondering** 37:11
  93:4 117:6
**woodward** 2:18
**word** 15:9 52:5
  104:11 138:19
  145:3,4 176:15
  186:10
**words** 129:5
  175:10
**work** 8:14 12:20
  29:5 42:11 44:15
  54:17 57:11 70:2
  71:10 90:9 105:14
  125:7 131:22
  133:13,16 135:9
  157:17 166:4,19
  182:10 188:5
**worked** 11:1 71:13
  123:14
**workers** 188:2,16
**working** 30:21
  188:1 194:16

| | |
|---|---|
| **works** 28:3 40:18 71:4 85:7,12 86:13 105:13 107:4 | **y** |
| **world** 111:11 148:20 | **yeah** 13:22 22:5 25:20 37:19 41:1 42:2 43:10 44:3 45:10 46:14 53:21 67:21 70:9 96:14 96:16 101:19 102:18,19 106:3 107:4 109:7 116:8 116:8 125:9 173:1 173:22 |
| **wrap** 182:10,16 | |
| **wrapping** 182:7 | |
| **write** 117:22 | |
| **writing** 7:10 | |
| **written** 83:19 141:16,21 151:2 153:8 | |
| **wrong** 144:15 158:7 | **year** 19:7,8 20:8 20:16 21:11 23:6 49:1,11 63:14,18 63:19 64:10,20 119:12 136:16 156:22 157:11 159:10,12,13 165:10 |
| **wsu** 4:17 149:14 174:2 | |
| **wsu001371** 128:3 172:13 | |
| **wsu001715** 73:15 | **years** 10:21 11:2 43:11 48:22 70:13 120:20 141:1 142:19 147:11 167:19 |
| **wsu001716** 71:18 | |
| **wsu001717** 74:15 | |
| **wsu001727** 122:13 | |
| **wsu001774** 66:21 | |
| **wsu001775** 61:22 66:11 | **yep** 62:1,1 73:16 94:14 98:5,10 137:5 169:1 178:10 |
| **wsu001838** 137:4 | |
| **wsu003187** 173:7 | |
| **wsu003946** 178:6 | **yesterday** 19:16 |
| **wsu005401** 4:13 109:5 | **ymcas** 157:8 |
| **wsu005404** 4:15 111:16 | **young** 133:11 187:20 191:5,19 |
| **wsu005407** 114:8 | **z** |
| **wsu006642** 4:12 94:13 | **zones** 195:3 |
| **x** | **zoom** 19:22 |
| **x** 1:3,11 | |

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

Page 201

1   IVCF v. Wayne State University

2   David Strauss (#4216085)

3                 E R R A T A   S H E E T

4   PAGE_____ LINE_____ CHANGE_____

5   _____

6   REASON_____

7   PAGE_____ LINE_____ CHANGE_____

8   _____

9   REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____        10/15/20
                                            _____

24  David Strauss                          Date

25

Page 202

1     IVCF v. Wayne State University

2     David Strauss (#4216085)

3                    ACKNOWLEDGEMENT OF DEPONENT

4         I, David Strauss, do hereby declare that I

5     have read the foregoing transcript, I have made any

6     corrections, additions, or changes I deemed necessary as

7     noted above to be appended hereto, and that the same is

8     a true, correct and complete transcript of the testimony

9     given by me.

10

11    _____          __10/15/20__

12    David Strauss                     Date

13    *If notary is required

14                         SUBSCRIBED AND SWORN TO BEFORE ME THIS

15         __15__ DAY OF __October__, 20__20__.

16

17

18                    _____

19                    NOTARY PUBLIC

20

21

22

23

24

25