UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Intervarsity Christian
Fellowship/USA, et al.,

                    Plaintiff(s),

v.                                          Case No. 3:19−cv−10375−RHC−SDD
                                                  Hon. Robert H. Cleland

Board of Governors of Wayne
State University, et al.,

                    Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

      Motion for Reconsideration – #71

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Robert H. Cleland **without** oral argument.

- RESPONSE DUE:  May 3, 2021

Courtesy copies are not required.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/L. Wagner
                                                       Case Manager

Dated:  April 22, 2021