# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| INTERVARSITY CHRISTIAN FELLOWSHIP/USA, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BOARD OF GOVERNORS OF WAYNE STATE UNIVERSITY, *et al.*,<br><br>    *Defendants*. | Civil Action No.<br>3:19-CV-10375-RHC-SDD<br><br>**JOINT STIPULATION OF DISMISSAL** |

The parties have reached an agreement to resolve all outstanding issues in the above-captioned case. Therefore, Plaintiffs move to dismiss Count 13 (Violation of ELCRA Section 402), Count 14 (Violation of ELCRA Section 302), and Count 20 (Due Process) with prejudice. Since all other claims have been resolved, this constitutes final judgment. Plaintiffs also relinquish all outstanding claims for damages, costs, and/or attorneys' fees. The parties have agreed that no further action is necessary to resolve this case.

For the foregoing reasons, the parties jointly request that this stipulation be affirmed. A proposed order is included.

41800332.2

| | |
|---|---|
| Dated: December 10, 2021 | Respectfully submitted, |
| By: /s/ Lori H. Windham<br>Lori H. Windham<br>Eric C. Rassbach<br>Daniel H. Blomberg<br>Eric S. Baxter<br>The Becket Fund for Religious Liberty<br>1200 New Hampshire Ave. NW,<br>Washington, DC, 20036<br>(202) 955-0095 phone<br>(202) 955-0090 fax<br>lwindham@becketlaw.org<br><br>Paul C. Schultz<br>Mitzel Law Group<br>1590 Eisenhower Place<br>Ann Arbor, MI 48108<br>734-668-4109<br>Fax: 734-668-4101<br>Email: pschultz@mitzellaw.com<br><br>*Counsel for Plaintiffs* | By: /s/ Andrew M. Pauwels<br>J. Michael Huget (P39150)<br>Leonard M. Niehoff (P36695)<br>Andrew M. Pauwels (P79167)<br>Rian C. Dawson (P81187)<br>Honigman LLP<br>315 E. Eisenhower, Suite 100<br>Ann Arbor, Michigan 48108<br>(734) 418-4200<br>mhuget@honigman.com<br>lniehoff@honigman.com<br>apauwels@honigman.com<br>rdawson@honigman.com<br><br>*Counsel for Defendants* |

41800332.2

## CERTIFICATE OF SERVICE (E-FILE)

I hereby certify that on December 10, 2021, I electronically filed the foregoing paper with the Clerk of Court using the ECF system, which sends notification of such filing to all attorneys of record.

Dated: December 10, 2021          By: /s/ Lori H. Windham
                                                   Lori H. Windham

                                                   *Counsel for Plaintiffs*

41800332.2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| INTERVARSITY CHRISTIAN FELLOWSHIP/USA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BOARD OF GOVERNORS OF WAYNE STATE UNIVERSITY, *et al.*,<br><br>*Defendants*. | Civil Action No. 3:19-CV-10375-RHC-SDD<br><br>**ORDER GRANTING JOINT STIPULATION AND ENTERING JUDGMENT** |

The Court, having considered the parties' Joint Stipulation for Dismissal and Resolution, ORDERS that

(1) The Joint Stipulation is hereby GRANTED; and

(2) Plaintiffs' Count 13 (Violation of ELCRA Section 402), Count 14 (Violation of ELCRA Section 302), and Count 20 (Due Process) are DISMISSED with prejudice; and

41800332.2

(3)

The Clerk of the Court shall mark this case closed for statistical purposes.

Dated: January 4, 2022

                                                  s/Robert H. Cleland
                                                  JUDGE ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT COURT